

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AH/KDE                                            *271 Cadman Plaza East*
                                                  *Brooklyn, New York 11201*

August 24, 2016

By ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zorana Danis, Fabio Tordin, Luis Bedoya and
                 Roger Huguet, Criminal Docket Nos. 15-240 (RJD),
                 15-CR-564 (RJD), 15-CR-569 (RJD) and 15-CR-585 (RJD)

Dear Judge Dearie:

        The government respectfully submits this letter in response to the Court's order dated August 23, 2016, directing the government to file the redacted transcripts of the

pleas entered by the above-referenced defendants. The redacted transcripts will be filed as exhibits on the applicable dockets referenced above.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By:      /s/
Keith D. Edelman
Assistant U.S. Attorney
718-254-6328

cc:   Counsel of record (by ECF)