# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF and Federal Express**

Direct Dial: +1 212 878 3439
E-mail: edward.ocallaghan@cliffordchance.com

April 19, 2017

The Honorable Pamela K. Chen
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Jeffrey Webb, et al., 15 Cr. 252 (PKC)

Dear Judge Chen:

We write to respectfully request that the Court adjourn the sentencing control date for our client, defendant Jeffrey Webb, currently set for May 11, 2017, along with the dates for the parties' sentencing submissions (the next due date being April 27, 2017), for a period of approximately six months.

We have consulted with Assistant United States Attorney M. Kristin Mace regarding this request, and the government has no objection to the proposed adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

 /s/ Edward C. O'Callaghan
Edward C. O'Callaghan
Ernie Gao

cc:   United States Attorney's Office, Eastern District of New York (by ECF)