FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 25 2017 ★
PK BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ALFREDO HAWIT, et al.,

Defendants.

- - - - - - - - - - - - - - - - - -X

[PROPOSED] ORDER

Docket No. 15-CR-252 (S-1) (PKC)

Upon the ex parte March 27, 2017 application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney M. Kristin Mace,

IT IS HEREBY ORDERED that disclosure in the above-captioned case, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, of the search warrant and affidavit in support of the warrant signed by the Honorable Robert M. Levy, United States Magistrate Judge, on March 24, 2017 (17-MISC-271), may be deferred until three months before the start of jury selection in the trial of the above-captioned case.

IT IS FURTHER ORDERED that, because the Court has found that the government's countervailing interest in protecting the safety of the witnesses and their families and the integrity of the government's ongoing investigation outweighs the

public's qualified right to access, the government's ex parte application of March 27, 2017 shall remain sealed until further order of the Court.

Dated: Brooklyn, New York
~~March~~ April 11, 2017

s/PKC

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York