FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 20 2018 ★

BROOKLYN OFFICE

Sua Excelência, JUÍZA PAMELA KI MAI CHEN,

BROOKLYN FEDERAL COURT JUDGMENT – NOVA YORK – USA

Excelência, no dia 03 de NOVEMBRO de 2017, REGISTREI e foi entregue em seu Gabinete, inúmeros DOSSIÊS, que retratam a CORRUPÇÃO na Administração do Futebol Brasileiro. HOJE 12 de AGOSTO de 2018, estou REGISTRANDO, mais uma vez, para que seja entregue em seu Gabinete, mais 20 (VINTE) DOSSIÊS , que relatam a CORRUPÇÃO na Administração do Futebol Brasileiro, a luta da IMPRENSA INVESTIGATIVA, A ILEGALIDADE NA ELEIÇÃO DA CBF.

Tudo, devidamente, REGISTRADO E ENTREGUES NO BRASIL AOS ÓRGÃOS FEDERAIS INVESTIGATIVOS : PROCURADORIA GERAL DA REPÚBLICA-PGR, MINISTÉRIO PÚBLICO FEDERAL-MPF,COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO-PR-RJ.

Sua Excelência, PAMELA KI MAI CHEN,

** USA , HELP US TO ARREST THE CORRUPT BRAZILIANS OF OUR SOCCER ADMINISTRATION. JAIL ON THEM !! **


Rio de Janeiro, 12 de AGOSTO de 2018


Moises Campos de Lima
Formação em Administração desde 1984
Chefe da Segurança da Seleção Brasileira na " COPA USA/1994 "
Tetra-Campeão do Mundo COPA USA/1994
Coordenador Serviços Gerais da CBF - 1989/2008
Secretário Controle de Doping CBF
Condecorado pela Presidência da República com a Medalha do Mérito Desportivo
Condecorado pela Câmara Federal com a Medalha do Mérito Legislativo
Carta de Elogios/Transparência/Seriedade do " F. B. I - EUA"
Carta de Elogios/Transparência/Seriedade da Divisão de Patrulha/Policia da Califórnia - EUA
Fundador e Presidente do GRUPO DOURADOS de CORDOVIL/RJ/BRASIL
GRANDE BENEMÉRITO do SINDECLUBES/RJ/BRASIL


Adress.Av.Bras de Pina,1920 Apto.104-Vista Alegre-Rio de Janeiro-Brasil
ZIP CODE.: 21235-603

YOUR HONOR

PAMELA CHEN

BROOKLYN FEDERAL COURT JUDGMENT - NY - USA



MOISES CAMPOS DE LIMA AND WALMIR ALVES DINIZ, Brazilians here in this COURT, and all the team that is in Brazil formed by SERGIO PINTO SILVA and PAULO ROBERTO MEDEIROS PINTO, who have been fighting since 1999 to all involved in the WORLD FOOTBALL CORRUPTION SCANDAL to be severely punished by this FEDERAL AMERICAN COURT.

Our fight in Brazil with Republic Senator, Mr. Romario de Souza Faria, the Ministry Federal Public, the Attorney General of the Republic and the Coordinating Force of Lava Jato operation, we are very confident that the Brazilian Justice will also do its part, punishing severely all those involved in CORRUPTION IN THE BRAZILIAN FOOTBALL.

Excellency, in Brazil the investigations are under the command of the MPF-GENERAL ACCOUNTANT OF THE REPUBLIC, Dr. RAQUEL ELIAS FERREIRA DODGE, and the COORDINATOR OF LAVA JATO OPERATION, Dr. DELTAN MARTINAZZO DALLAGNOL.

We have taken the opportunity to deliver here in your Cabinet at the highest Federal Court of Brooklyn-NY, a copy of our entire struggle in Brazil since 1999, THE DOSSIERS DELIVERED IN THE MPF / PGR / LAVA JATO OPERATION, AND A PARALLEL REPORT OF THE CPI OF THE FOOTBALL DELIVERED IN ALL THE FEDERAL AREAS COMBATING CORRUPTION IN BRAZIL

We are sure that this work that your honor is doing will be the follow-up in the soccer world, to the end of corruption, we hope that this CORE SEVERELY PUNISH THE CORRUPTS AND CORRUPTS OF A SPORT THAT IS THE JOY OF THE PEOPLE OF THIS PLANET.

## ** USA, HELP US TO ARREST THE CORRUPT BRAZILIANS OF OUR SOCCER ADMINISTRATION. JAIL ON THEM !! **

Rio de Janeiro, November 3rd, 2017.

Moises Campos de Lima
Formação em Administração desde 1984
Chefe da Segurança da Seleção Brasileira na " COPA USA/1994 "
Tetra-Campeão do Mundo COPA USA/1994
Coordenador Serviços Gerais CBF - 1989/1998
Secretário Controle de Doping CBF
Condecorado pela Presidência da República com a Medalha do Mérito Desportivo
Condecorado pela Câmara Federal com a Medalha do Mérito Legislativo
Carta de Elogios/Transparência/Seriedade do " F. B. I - EUA"
Carta de Elogios/Transparência/Seriedade da Divisão de Patrulha/Policia da Califórnia - EUA
Fundador e Presidente do GRUPO DOURADOS de CORDOVIL/RJ/BRASIL
GRANDE BENEMÉRITO do SINDECLUBES/RJ/BRASIL

Adress: Av. Bras de Pina, 1920 Ap 104 – Vista Alegre – Rio de Janeiro/RJ – Brasil

Zip code: 21235-603



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 0 2018 ★

BROOKLYN OFFICE



# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 50º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.**

- A FARRA DA CBF E ALGUNS DE SEUS ASSALARIADOS NA RUSSIA
- MP DENUNCIA 17 ENVOLVIDOS EM ESQUEMA DE CORRUPÇÃO NO FUTEBOL DA PARAÍBA.
- SEM DEL NERO NA CBF, FIFA LIBERA U$ 100 MILHÕES COMO LEGADO DA COPA DE 2014.
- JUÍZA AFASTA AMADEU RODRIGUES DA PRESIDENCIA DA FEDERAÇÃO PARAIBANA DE FUTEBOL.
- JUSTIÇA ENVIA PARA JULGAMENTO EX-PRESIDENTE DO BARCELONA EM CASO QUE ENVOLVE CBF.
- EX-PRESIDENTE DO BARCELONA É PROCESSADO POR SE APROPRIAR DE DINHEIRO DA CBF.
- RICARDO TEIXEIRA DESVIOU DINHEIRO DA CBF EM ESQUEMA COM WALCKE E ROSELL.
- UMA DERROTA A MAIS.
- SOU O PRESIDENTE DE FATO E DE DIREITO DA CBF, DIZ CORONEL NUNES.
- JUSTIÇA DOS EUA DEFINE DATA PARA MARIN PAGAR RESTITUIÇÃO AO PAÍS.

PGR / MPF No.  20180077534          PR – RJ No. 00068010/2018

DATA: 05 de ABRIL de 2018

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180077534
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Jul 16, 2018 at 9:18 PM

De: **MPF**
Data: 16 de julho de 2018 15:39
Assunto: MPF 20180077534



Ilmo. Sr.

Resposta à manifestação nº **20180077534** (14/07/2018).

Prezado Senhor,

PROTOCOLO: PR-RJ-00068010/2018

MPF - **PR-RJ-00068010/2018**.

**Descrição:**

**** 50o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF!!!! ****

Rio de Janeiro, 14 de JULHO de 2018

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da Força Tarefa Operação Lava Jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o *50o*, QUINQUAGÉSIMO COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A OUVIDORIA DA PGR, O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI, E, BANIDO **

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR

NA CORTE FEDERAL DO BROOKLYN, EM 06 DAS 07 ACUSAÇÕES APRESENTADAS, CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** SENTENÇA MARCADA NA CORTE FEDERAL DO BROOKLYN PARA 17 DE AGOSTO DE 2018 **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI, DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E ( J. HAWILLA - MORREU ), INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.**

**** MARCO POLO DEL NERO: BANIDO PELA FIFA EM 27 DE ABRIL DE 2018 ****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, VEJAM ABAIXO, ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DOS PRESIDENTES RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN, MARCO POLO DEL NERO.

**** ALEXANDRE SILVA DA SILVEIRA, ESTÁ DESCRITO NO PRIMEIRO PROTOCOLO NO MPF-PR-RJ de No. 00059472/2016 DATADO

DE 08 DE AGOSTO DE 2016, até o momento, É, citado em Vários Dossiês devidamente protocolados no MPF-PR-RJ,(66 DOSSIÊS).

* O SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA  (ALEXANDRE SILVEIRA).

http://blogdojuca.uol.com.br/2012/02/o-secretario-particular-de-ricardo-teixeira/

*SECRETÁRIO PARTICULAR DE: RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN, MARCO POLO DEL NERO.
ALEXANDRE SILVA DA SILVEIRA - CPF.012249477-62
O DELATOR ALEJANDRO BURZACO DIZ QUE: DE 2006 à 2012,
PAGAMOS 600 MIL POR ANO = 600 x 7 (anos) =U$ 4,2 MILHÕES,
EM CONTAS BANCARIAS INDICADAS POR ELE OU SEU SECRETÁRIO PESSOAL, ALEXANDRE SILVEIRA.** .

https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-da-cbf-e-que-algumas-das-maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtml

**** DESCRIÇÃO ****

1 ) **** A FARRA DA CBF E ALGUNS DE SEUS !!! ASSALARIADOS !!! NA RUSSIA.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2018/06/27/a-farra-da-cbf-e-alguns-de-seus-assalariados-na-russia/

2 ) MINISTÉRIO PÚBLICO DENUNCIA 17 ENVOLVIDOS EM ESQUEMA DE CORRUPÇÃO NO FUTEBOL DA PARAÍBA.

UOL - SANTOS

* FEDERAÇÃO DE FUTEBOL DA PARAÍBA, ALIADA DE MARCO POLO DEL NERO, Cel.NUNES-Presidente em Exercicio, ROGÉRIO CABOCLO, RECEBE MENSALMENTE REPASSES ALTÍSSIMOS DA CBF. (MENSALÃO),

Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2018/06/20/mp-denuncia-17-envolvidos-em-esquema-de-corrupcao-no-futebol-da-paraiba.htm

3 ) SEM DEL NERO NA CBF, FIFA LIBERA U$ 100 MILHÕES COMO LEGADO DA COPA DE 2014.

JAMIL CHADE, ALMIR LEITE - ESTADÃO.

Veja Link.: https://esportes.estadao.com.br/noticias/futebol,sem-del-nero-na-cbf-fifa-libera-us-100-milhoes-como-legado-da-copa-de-2014,70002370150

4 ) JUSTIÇA AFASTA AMADEU RODRIGUES DA PRESIDÊNCIA DA FEDERAÇÃO PARAIBANA DE FUTEBOL.

WSCOM

Veja Link.:https://www.wscom.com.br/noticia/justica-afasta-amadeu-rodrigues-da-presidencia-da-federacao-paraibana-de-futebol/

5 ) JUSTIÇA ENVIA PARA JULGAMENTO EX-PRESIDENTE DO BARCELONA EM CASO QUE ENVOLVE CBF.

AFP - UOL

* SANDRO ROSSEL - 6.850.000 EUROS
* CONTRATO NIKE COM A CBF
* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO
* RICARDO TERRA TEIXEIRA - 8.393.328 EUROS

* 15 MILHÕES DE EUROS
* GRUPO SAUDITA DALLAH ALBARAKA
* ANDORRA

Veja Link.:https://esporte.uol.com.br/ultimas-noticias/afp/2018/06/29/justica-envia-para-julgamento-ex-presidente-do-barcelona-em-caso-que-envolve-cbf.htm

6 ) EX-PRESIDENTE DO BARCELONA É PROCESSADO POR SE APROPRIAR DE DINHEIRO DA \*\*CBF\*\*

AFP - UOL

* RICARDO TEIXEIRA
* NIKE
* ANDORRA, SUIÇA, ARABIA SAUDITA,
* UPTREND, EMPRESA ABERTA EM NOVA JERSEY.
* CARTÕES VISA PLATINIUM

Veja Link.:https://esporte.uol.com.br/ultimas-noticias/efe/2018/06/29/ex-presidente-do-barcelona-e-processado-por-se-apropriar-de-dinheiro-da-cbf.htm

7 ) \*\*\* RICARDO TEIXEIRA DESVIOU DINHEIRO DA CBF EM ESQUEMA COM VALCKE E ROSELL \*\*

JAMIL CHADE, MOSCOU, ESTADÃO

* RICARDO TEIXEIRA - 8,5 MILHÕES DE EUROS.
* SANDRO ROSELL - 6,5 MILHÕES DE EUROS.
* CONTAS DE TEIXEIRA.
* CONTRATO NIKE/CBF.
* INVESTIGADO NA FRANÇA , ESPANHA, EUA.
* MPF BRASIL.

Veja Link.: https://esportes.estadao.com.br/noticias/futebol,ricardo-teixeira-desviou-dinheiro-da-cbf-em-esquema-com-valcke-e-rosell ,70002377246

8 ) UMA DERROTA A MAIS.

JUCA KFOURI / BLOG DO PAULINHO

* MARCELO CAMPOS PINTO
* ANDRÉS SANCHES
* RICARDO TEIXEIRA

!! TANTO É VERDADE QUE JÁ FORAM CONQUISTADAS CINCO E O PRESENTE É O QUE É, COM CLUBES INADIMPLENTES E CARTOLAS CORRUPTOS OU FORA DE JOGO, POR CAUSA DO FBI E DA INTERPOL, OU AINDA DANDO AS CARTAS, \*\*GRAÇAS A LENIÊNCIA DAS AUTORIDADES BRASILEIRAS\*\* !!

Veja Link.:https://blogdopaulinho.com.br/2018/07/08/uma-derrota-a-mais/

9 ) SOU O PRESIDENTE DE FATO E DE DIREITO DA CBF, DIZ CORONEL NUNES.

JAMIL CHADE, RUSSIA - ESTADÃO

* CORONEL NUNES, ESTÁ NO MPF/PR-RJ, Protocolo No. 00064846/2016, datado de 10 de SETEMBRO de 2016, e, em vários Protocolos Registrados na PR-RJ. (63 PROTOCOLOS).
* INVESTIGADO PELO MINISTÉRIO PÚBLICO DO PARÁ, NO USO DE R$ 3,5 MILHÕES DE VERBA PÚBLICA.

Veja Link.:https://esportes.estadao.com.br/noticias/futebol,sou-o-presidente-de-fato-e-de-direito-da-cbf-diz-coronel-nunes,70002396464

10 ) \*\*\*\* JUSTIÇA DOS EUA - CORTE FEDERAL DO BROOKLYN - DEFINE DATA PARA JOSÉ MARIA MARIN - PRESO - PAGAR RESTITUIÇÃO AO PAÍS. \*\*\*\*

CESAR SACHETO / WEMERSON GOMES - R-7

Veja Link.: https://esportes.r7.com/justica-dos-eua-define-data-para-marin-pagar-restituicao-ao-pais-10072018

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - SUB-PROCURADOR DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

\*\*\*\* O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!\*\*\*\*

\*\*\*\* QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! \*\*\*

Case 1:15-cr-00252-PKC-RML Document 1056 Filed 08/20/18 Page 8 of 150 PageID #: 14887

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



BRASIL

# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 49. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.**

- AS PROPINAS DA NIKE.
- O GRANDE BAILE DA TRAFFIC.
- SEM MARCO POLO DEL NERO, CBF QUER U$ 100 MILHÕES DA FIFA POR COPA DE 2014.
- EM LIVRO, JOSEPH BLATTER APONTA CAIXA PRETA DA ISL E DE JOÃO HAVELANGE.
- REVELAÇÃO DE EX-PRESIDENTE DA FIFA CONFIRMA ENVOLVIMENTO DA GLOBO NA CORRUPÇÃO DO FUTEBOL MUNDIAL.
- COM TRÊS PRESIDENTES, CBF AINDA É COMANDADA POR MARCO POLO DEL NERO.
- EMPRESA CITADA NO JULGAMENTO DE MARIN PERMANECE NA CBF E EXIBE MARCA EM AVIÃO DA SELEÇÃO.
- FILHO E SOCIO DE DENUNCIADO NA OPERAÇÃO LAVA JATO, DEIXOU CBF TV EM MEIO AO ESCÂNDALO DE PASADENA.
- ASSESSOR QUE BLINDAVA CORONEL, FOI VETADO DA RUSSIA POR INVESTIGAÇÃO DOS EUA/FBI.

- PRESIDENTE DA CBF, É, ISOLADO PELA CÚPULA DO FUTEBOL MUNDIAL.

PGR / MPF No.   20180071156          PR – RJ No. 00060461/2018

DATA: 20 de JUNHO de 2018



**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180071156
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Jun 25, 2018 at 9:41 PM

De: **MPF**
Data: 25 de junho de 2018
Assunto: MPF 20180071156



Ilmo. Sr.,

Resposta à manifestação nº **20180071156** (20/06/2018).

Prezado Senhor,

PROTOCOLO: PR-RJ-00060461/2018

Sua Manifestação continuará em atendimento no MPF sob o número **PR-RJ-00060461/2018**.

#### Descrição:

\*\*\*\* 49o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF . !!! \*\*\*\*

Rio de Janeiro, 20 de JUNHO de 2018    às  23;19

Ilma. Sra. Dra.  RAQUEL ELIAS FERREIRA DODGE  -  MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr.  CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. DR. DELTAN MARTINAZZO DALLAGNOL  -  MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da
Força Tarefa Operação Lava Jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e,
a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 49o. QUADRAGÉSIMO NONO,
COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A
OUVIDORIA DA PGR,  O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA,
FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\* PRESIDENTES: PRESO,  CITADOS,  INDICIADOS,  PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA,
ESTADOS UNIDOS DA AMERICA/FBI, E, BANIDO \*\*

\*\* JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, \*\*\* CONDENADO PELO JURI POPULAR
NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS,

CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O
ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA
NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** SENTENÇA MARCADA NA CORTE FEDERAL DO BROOKLYN PARA 17 DE AGOSTO DE 2018 **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI,
DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO
DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E ( J. HAWILLA - MORREU ), INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.**

**** MARCO POLO DEL NERO: BANIDO PELA FIFA EM 27 DE ABRIL DE 2018 ****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO, VEJAM ABAIXO, ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DOS PRESIDENTES
RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN, MARCO POLO DEL NERO.

**** ALEXANDRE SILVA DA SILVEIRA, ESTÁ DESCRITO NO PRIMEIRO PROTOCOLO NO MPF-PR-RJ de No. 00059472/2016 DATADO
DE 08 DE AGOSTO DE 2016, até o momento, É, citado em Vários Dossiês devidamente protocolados no MPF-PR-RJ,(66 DOSSIÊS).

* O SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA (ALEXANDRE SILVEIRA).

http://blogdojuca.uol.com.br/2012/02/o-secretario-particular-de-ricardo-teixeira/

*SECRETÁRIO PARTICULAR DE: RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN, MARCO POLO DEL NERO.
ALEXANDRE SILVA DA SILVEIRA - CPF.012249477-62
O DELATOR ALEJANDRO BURZACO DIZ QUE: DE 2006 à 2012.
PAGAMOS U$ 600 MIL POR ANO = 600 x 7 (anos) =U$4,2 MILHÕES,
EM CONTAS BANCARIAS INDICADAS POR ELE OU SEU SECRETÁRIO PESSOAL, ALEXANDRE SILVEIRA.** .

https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-da-cbf-e-que-algumas-
das-maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtml

** D E S C R I Ç Ã O **

1 ) AS PROPINAS DA NIKE.
Blog do Paulinho
Veja Link.: https://blogdopaulinho.com.br/2018/05/31/as-propinas-da-nike/

2 ) O GRANDE BAILE DA TRAFFIC
ALLAN DE ABREU E CARLOS PETROCILO - FOLHA DE SÃO PAULO
** A TRAJETÓRIA DE J. HAWILLA NO SUBMUNDO DO FUTEBOL**
!! J. HAWILLA O DELATOR. !!

Veja Link.: http://piaui.folha.uol.com.br/materia/o-grande-baile-da-traffic/

3 ) SEM MARCO POLO DEL NERO, CBF QUER U$ 100 MILHÕES DA FIFA POR COPA DE 2014
JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link.: https://esportes.estadao.com.br/noticias/futebol,sem-marco-polo-del-nero-cbf-quer-us-100-milhoes-
da-fifa-por-copa-de-2014,70002341880

4 ) EM LIVRO, JOSEPH BLATTER APONTA *** CAIXA PRETA*** DA ISL E DE JOÃO HAVELANGE.
JAMIL CHADE - GENEBRA - ESTADÃO

* JOÃO HAVELANGE U$ 1 MILHÃO.
* RICARDO TERRA TEIXEIRA U$ 12,4 MILHÕES.
* ISL.
* TV BRASILEIRA (DIRETOR RESPONSÁVEL PELOS CONTRATOS DE TRANSMISSÃO ENTRE CBF E TV CITADA ESCONDIDINHO).

Veja Link.: https://esportes.estadao.com.br/noticias/futebol,em-livro-joseph-blatter-aponta-caixa-preta-da-isl-e-de-havelange,70002342202

5 ) REVELAÇÃO DE EX-PRESIDENTE DA FIFA **CONFIRMA** ENVOLVIMENTO DA !!!! GLOBO !!!! NA CORRUPÇÃO DO FUTEBOL
MUNDIAL.
JOAQUIM DE CARVALHO - DCM

Veja Link.:https://www.diariodocentrodomundo.com.br/revelacao-de-ex-presidente-da-fifa-confirma-envolvimento-da-globo-
na-corrupcao-do-futebol-mundial-por-joaquim-de-carvalho/

6 ) COM TRÊS PRESIDENTES, CBF *** AINDA É COMANDADA POR MARCO POLO DEL NERO ***.

13/07/2018                                    Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 20180071156
Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 13 of 150 PageID #:
                                                    14892

JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link.: https://esportes.estadao.com.br/noticias/futebol,com-tres-presidentes-cbf-ainda-e-comandada-por-del-nero,70002345088

7   ) EMPRESA ** CITADA ** NO JULGAMENTO DE MARIN, !!!! PERMANECE NA CBF !!!! E EXIBE MARCA EM AVIÃO DA SELEÇÃO.
    Blog DO PAULINHO


** SENHORA PROCURADORA GERAL DA REPÚBLICA, SENHORES PROCURADORES FEDERAIS **
* PITCH INTERNATIONAL LLP *
- CONTRATO RENOVADO NO PERÍODO DE 2011 À 2022 COM À CBF
- ESTÁ, DESCRITA, NA CPI DO FUTEBOL NAS PÁGINAS DE Nos. 183 à 190.

!! Página 183 - ITEM 2.7  * O CASO KENTARO *
  - CARTOLAS DA CBF.
    - PLAUSUS UK LTD  (GRUPO FIGER), SEDIADA EM LONDRES, COINCIDÊNCIA  TODA PREPARAÇÃO DA SELEÇÃO EM LONDRES.
    - INVESTIRAM MILHÕES NA GRANJA COMARY ( REALIZARAM UMA REFORMA NO VALOR DE R$ 17 MILHÕES, PARA UM DIA DE
    TREINAMENTO.

!! Página 188  !! O QUE ESTÁ ESCRITO SOBRE A PITCH INTERNATIONAL LLP!!
  - O ACORDO FOI ASSINADO NO DIA 15 DE AGOSTO, 24 HORAS ANTES, JOSÉ MARIA MARIN E MARCO POLO DEL NERO
    NUNCA TINHAM OUVIDO FALAR DE **PITCH**. NÓS TODOS SABEMOS QUE A PITCH É APENAS A TESTA DE FERRO DA
    ** AL JAZEERA** EU ACHO QUE ELES PAGARAM U$ 50 MILHÕES DE DÓLARES A *ISE* E AOS OUTROS PELA ASSINATURA,
    TOTALMENTE LOUCOS. PRECISAMOS DE UMA CÓPIA DO ACORDO ORIGINAL ENTRE *** ISE E CBF ***.
  - PHILLIP GROTHE  -  GRUPO KENTARO
  - PLAUSUS UK LTD  - GRUPO FIGER
  - ISE
  - RICARDO TERRA TEIXEIRA. JOSÉ MARIA MARIN, MARCO POLO DEL NERO.
  - PITCH INTERNATIONAL LLP.

Veja Link.:https://blogdopaulinho.com.br/2018/06/11/empresa-citada-no-julgamento-de-marin-permanece-
            na-cbf-e-exibe-marca-em-aviao-da-selecao/

8   ) **** FILHO E SÓCIO DE: DENUNCIADO NA OPERAÇÃO LAVA JATO, DEIXOU CBF TV EM MEIO AO ESCÂNDALO DE PASADENA
    E PENHORA DE BENS.  BRAÇO DIREITO DE RICARDO TEIXEIRA TAMBÉM JÁ FOI PARTE DA EMPRESA RESPONSÁVEL.
****

    LÚCIO CASTRO  - AGENCIA SPORTLIGHT

Veja Link.: http://agenciasportlight.com.br/index.php/2018/06/14/filho-e-socio-de-denunciado-na-lava-jato-deixou-cbf-tv-
            em-meio-ao-escandalo-de-pasadena-e-penhora-de-bens-braco-direito-de-ricardo-teixeira-tambem-ja-foi-parte-
            da-empresa-responsavel/

9   ) ASSESSOR QUE BLINDAVA CORONEL, FOI VETADO DA RÚSSIA POR INVESTIGAÇÃO DOS EUA/FBI.
    UOL  - SÃO PAULO
    ** ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DOS PRESIDENTES: RICARDO TEIXEIRA,
    JOSÉ MARIA MARIN, MARCO POLO DEL NERO  - DESCRITO ACIMA. **

Veja Link.: https://esporte.uol.com.br/futebol-de-primeira/2018/06/15/assessor-que-blindava-coronel-foi-vetado-
            da-russia-por-investigacao-dos-eua.htm

10  ) PRESIDENTE DA CBF, É , ISOLADO PELA CÚPULA DO FUTEBOL MUNDIAL.
    SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.: https://www1.folha.uol.com.br/esporte/2018/06/presidente-da-cbf-e-isolado-pela-cupula-do-futebol-mundial.shtml


Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - SUB-PROCURADOR DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

    **** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
    CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
    QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
    PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM
    ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

    **** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA
    PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
    E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ***


É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 48º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.**

- TEIXEIRA USOU REDE DE EMPRESAS DE FACHADA PARA DESVIAR DINHEIRO. DIZEM ESPANHA E ANDORRA.
- DELATOR EM ESCÂNDALO DE CORRUPÇÃO NO FUTEBOL, J.HAWILLA MORRE EM SÃO PAULO.
- MORRE J. HAWILLA, EX-PRESIDENTE DA TRAFFIC E DELATOR CASO FIFA
- J. HAWILLA MORREU, AOS 74 ANOS, O DELATOR DOS CARTOLAS BRASILEIROS.
- MORREU J. HAWILLA. O DELATOR QUE MOSTROU A SUJEIRA DA FIFA E DA CBF
- O LEGADO DA COPA SONEGADO PELA CBF.
- INVESTIGAÇÃO APONTA LAVAGEM DE QUASE R$ 100 MILHÕES EM ACORDO ENTRE NIKE E CBF.
- EX-PRESIDENTE DO BARCCELONA É ACUSADO DE NOVO CRIME DE LAVAGEM DE DINHEIRO, DIZ JORNAL.
- POR AMISTOSO DA SELEÇÃO, ROSELL SOFRE DERROTA NA JUSTIÇA BRASILEIRA.
- PROCESSOS APONTAM DESVIO DE R$ 208 MILHÕES DE PATROCÍNIO DA NIKE A CBF.

PGR / MPF No. 20180065810          PR – RJ No. 00052805/2018

DATA: 30 de MAIO de 2018.



Felipe Quirino <aspquirino@gmail.com>

## Fwd: Sala de Atendimento ao Cidadão - MPF 20180065810

1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Jun 4, 2018 at 4:13 PM

De: **MPF**
Data: 4 de junho de 2018 14:33
Assunto: MPF 20180065810



Ilmo. Sr.

Resposta à manifestação nº **20180065810** (30/05/2018).

Prezado Senhor,

PROTOCOLO: PR-RJ-00052805/2018

MPF- **PR-RJ-00052805/2018**.

### Descrição:

** 48o COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF!!!! **

Rio de Janeiro, 30 de MAIO de 2018    às 17:10

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. DR. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. DR. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da Força Tarefa Operação Lava Jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 48o. QUADRAGÉSIMO OITAVO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A OUVIDORIA DA PGR, O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI. BANIDO **

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS, CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN QUE, O ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** SENTENÇA MARCADA NA CORTE FEDERAL DO BROOKLYN PARA 17 DE AGOSTO DE 2018 **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI,
DELATADO POR ALEJANDRO BURZACO , J. HAWILLA,  NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO -  JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, DELATADO  NA CORTE FEDERAL DO BROOKLYN-NY-EUA  PELO ADVOGADO
DE JOSÉ MARIA MARÍN, E,  PELOS DELATORES ALEJANDRO BURZACO E ( J. HAWILLA - MORREU ),  INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.**

**** MARCO POLO DEL NERO: BANIDO PELA FIFA EM 27 DE ABRIL DE 2018 ****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO, VEJAM  ABAIXO, ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DOS PRESIDENTES
RICARDO TERRA TEIXEIRA,  JOSÉ MARIA MARIN, MARCO POLO DEL NERO.

Sua excelência,  Procuradora Geral da República, Dra. Raquel Elias Ferreira Dodge;
Sua excelência, Sub-Procurador da República, Dr. Carlos Alberto Carvalho de Vilhena Coelho.
Senhor Coordenador da Força Tarefa OPERAÇÃO LAVA JATO, Dr. Deltan Martinazzo Dallagnol;

**** ALEXANDRE SILVA DA SILVEIRA, ESTÁ DESCRITO NO PRIMEIRO PROTOCOLO NO MPF-PR-RJ No. 00059472/2016
DATADO
DE 08 DE AGOSTO DE 2016, até o momento, É, citado em Vários Dossiês devidamente protocolados no MPF-PR-RJ,(65
DOSSIÊS).
C.P.F No. 012. 249, 477 - 62
Tel. repassado por fonte: 21 - 98112-8039

* SECRETARIO (ALEXANDRE SILVEIRA) QUE AJUDAVA RICARDO TEIXEIRA A DESVIAR DINHEIRO DA CBF, ESTAVA
NO CAMAROTE COM DILMA ROUSSEFF.

https://blogdopaulinho.com.br/2013/06/26/secretrio-que-ajudava-ricardo-teixeira-a-desviar-dinheiro-da-cbf-estava-no-camarote-com-dilma-rousseff/

* TODOS PEGAVAM DINHEIRO DA CBF, CONFIRA A RELAÇÃO DE SAQUES DO SECRETÁRIO PARTICULAR (ALEXANDRE
SILVEIRA)
DE RICARDO TEIXEIRA.

https://blogdopaulinho.com.br/2012/03/13/todos-pegavam-dinheiro-da-cbf-confira-a-relacao-de-saques-do-secretario-particular-de-ricardo-teixeira/

* CBF AINDA MANTÉM HERANÇA DE RICARDO TEIXEIRA.

http://blogdojuca.uol.com.br/2016/07/cbf-ainda-mantem-heranca-de-ricardo-teixeira/

* O SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA  (ALEXANDRE SILVEIRA),

http://blogdojuca.uol.com.br/2012/02/o-secretario-particular-de-ricardo-teixeira/

* SECRETARIO DE **MARIN** (ALEXANDRE SILVEIRA) MANDA MOTORISTA PASSAR POR CIMA DE EQUIPE DE TV.

http://m.folha.uol.com.br/esporte/2013/03/1250913-secretario-de-marin-manda-motorista-passar-por-cima-de-equipe-de-tv.shtml?
loggedpaywall

*SECRETÁRIO PARTICULAR DE: RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN, MARCO POLO DEL NERO.
ALEXANDRE SILVA DA SILVEIRA - CPF.012249477-62
O DELATOR ALEJANDRO BURZACO DIZ QUE: DE 2006 à 2012.
PAGAMOS U$ 600 MIL POR ANO = 600 x 7 (anos) =U$ 4,2 MILHÕES,
EM CONTAS BANCARIAS INDICADAS POR ELE OU SEU SECRETÁRIO PESSOAL, ALEXANDRE SILVEIRA.** .

https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-da-cbf-e-que-algumas-das-
maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtml

* DEL NERO MOSTRA PROVAS DE QUE NÃO ESTEVE EM ACERTO DE PROPINA EM ASSUNÇÃO.
SECRETÁRIO DE DEL NERO - ALEXANDRE SILVA DA SILVEIRA, PRESTA DEPOIMENTO.

https://esportes.estadao.com.br/noticias/futebol,del-nero-mostra-provas-de-que-nao-esteve-em-acerto-de-propina-em-assuncao,70002173889

* PEDINDO TOLERÂNCIA FIFA DIZ QUE NÃO TOMARÁ DECISÃO SOBRE DEL NERO POR ENQUANTO.
* MARCO POLO DEL NERO - BANIDO.
* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO ESTAVA EM MOSCOU.

https://esportes.estadao.com.br/noticias/futebol,pedindo-tolerancia-fifa-diz-que-nao-tomara-decisao-sobre-del-nero-por-enquanto,70002104113

** DESCRIÇÃO **

1 ) TEIXEIRA USOU REDE DE EMPRESAS DE FACHADA PARA DESVIAR DINHEIRO. DIZEM ESPANHA E ANDORRA.
JAMIL CHADE - GENEBRA - ESTADÃO

Case 1:15-cr-00252-PKC-RML Document 1056 Filed 08/20/18 Page 18 of 150 PageID #: 14897

* PANAMÁ, ILHAS VIRGENS BRITÂNICAS.
* MINISTÉRIO PÚBLICO DA ESPANHA.
* MINISTÉRIO PÚBLICO FEDERAL BRASILEIRO.
* SANDRO ROSELL.
* POLÍCIA DE ANDORRA.
* SILVER SANDS - NA FLORIDA.
* A ITASCA, A KLEFER, CARTÕES VISA PLATINIUM.
Veja Link.:https://esportes.estadao.com.br/noticias/futebol,teixeira-usou-rede-de-empresas-de-fachada-para-desviar-dinheiro-
da-selecao-dizem-espanha-e-andorra,70002320826

2 ) DELATOR EM ESCÂNDALO DE CORRUPÇÃO NO FUTEBOL, J. HAWILLA MORRE EM SÃO PAULO.
O ESTADO DE SÃO PAULO
Veja Link.:https://esportes.estadao.com.br/noticias/futebol,delator-em-escandalo-de-corrupcao-no-futebol-jose-hawilla-
morre-em-sao-paulo,70002323934

3 ) MORRE J. HAWILLA, EX-PRESIDENTE DA TRAFFIC E DELATOR CASO FIFA.
GLOBO ESPORTE - SÃO PAULO
Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/um-dos-maiores-delatores-do-caso-fifa-jhawilla-
morre-aos-74-anos-em-sao-paulo.ghtml

4 ) J.HAWILLA MORREU, AOS 74 ANOS, O DELATOR DOS CARTOLAS BRASILEIROS.
BLOG DO PAULINHO
Veja Link.:https://blogdopaulinho.com.br/2018/05/25/j-hawilla-morreu-aos-74-anos-o-delator-dos-cartolas-brasileiros/

5 ) MORREU J. HAWILLA. O DELATOR QUE MOSTROU A SUJEIRA DA FIFA E DA CBF.
BLOG COSME RÍMOLI - R7
Veja Link.:https://esportes.r7.com/prisma/cosme-rimoli/morreu-jota-hawilla-o-delator-que-mostrou-a-sujeira-da-fifa-e-da-cbf-25052018

6 ) O LEGADO DA COPA SONEGADO PELA CBF.
BREILLER PIRES - EL PAÍS
Veja Link.:https://brasil.elpais.com/brasil/2018/05/25/deportes/1527281229_552478.html?id_externo_rsoc=whatsapp

7 ) INVESTIGAÇÃO APONTA LAVAGEM DE QUASE R$ 100 MILHÕES EM ACORDO ENTRE NIKE E CBF.

****** ATENÇÃO Srs. PROCURADORES : PROTOCOLO NO MPF-PR-RJ No. 00056283/2016 DATADO DE 26 de JULHO de 2016
CPI DA CBF NIKE******

JAMIL CHADE - GENEBRA - ESTADO DE SÃO PAULO
* JUSTIÇA ESPANHOLA
* RICARDO TEIXEIRA, ALEXANDRE SILVA DA SILVEIRA, RODRIGO PAIVA - CPF.:908533267-20 CONHECIDO COMO
BOLSOS,
OLHOS E OUVIDOS DE RICARDO TEIXEIRA.
* ALIANTO MARKETING
* SANDRO ROSELL
Veja Link.; https://esportes.estadao.com.br/noticias/futebol,investigacao-aponta-para-suspeita-de-lavagem-de-
quase-r-100-milhoes-com-acordo-entre-nike-e-cbf,70002328968

Veja Link.; https://blogdopaulinho.com.br/2014/08/08/bolso-olhos-e-ouvidos-de-ricardo-teixeira-
rodrigo-paiva-recebeu-r-31-milhoes-em-rescisao-da-cbf/

8 ) EX-PRESIDENTE DO BARCELONA É ACUSADO DE NOVO CRIME DE LAVAGEM DE DINHEIRO, DIZ JORNAL.
GLOBO ESPORTES
Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/ex-presidente-do-barca-e-acusado-
de-novo-crime-de-lavagem-de-dinheiro-diz-jornal.ghtml

9 ) POR AMISTOSO DA SELEÇÃO, ROSELL SOFRE DERROTA NA JUSTIÇA BRASILEIRA.
JAMIL CHADE - JORNAL ESTADO DE SÃO PAULO
* ALIANTO MARKETING
* ESTÁDIO BEZERRÃO - GAMA - BRASILIA
* BRASIL x PORTUGAL
Veja Link.:https://esportes.estadao.com.br/noticias/futebol,por-amistoso-da-selecao-rosell-sofre-derrota-na-justica-
brasileira,70002329849

10 ) PROCESSOS APONTAM DESVIO DE R$ 208 MILHÕES DE PATROCÍNIO DA NIKE À CBF.
BLOG DO RODRIGO MATTOS - UOL
Veja Link.:https://rodrigomattos.blogosfera.uol.com.br/2018/05/30/patrocinio-da-nike-a-cbf-tem-desvio-de-r-208-milhoes-em-comissoes/

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - SUB-PROCURADOR DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM
ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

\*\*\*\* QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR SALVE OXALÁ!!!!! ILUMINE TODOS DA
PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! \*\*\*

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 47º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.**

- CELSO DE MELO DEVOLVE À JUSTIÇA FEDERAL NO RIO, INQUÉRITO CONTRA ATUAL E EX-PRESIDENTES DA CBF.
- A DESGRAÇA DE DEL NERO.
- FUTEBOL CONTA COM SHERLOCK HOLMES.
- JUSTIÇA CITA COPA DO MUNDO E NEGA LIMINAR PARA AFASTAR DIREÇÃO DA CBF.
- CBF EMPRESTOU R$ 500 MIL PARA FEDERAÇÃO LIGADA A SUBSTITUTO DE DEL NERO.
- RESTRIÇÃO DO FORO PRIVILEGIADO ATINGE INQUÉRITO QUE INVESTIGA IRREGULARIDADES NA CBF.
- NICOLAS LEOZ SERÁ EXTRADITADO PARA OS ESTADOS UNIDOS.
- CORTE PARAGUAIA NEGA APELAÇÃO E CONFIRMA EXTRADIÇÃO DE NICOLAS LEOZ PARA OS EUA.
- APESAR DE GRANA DA CBF, QUASE METADE DAS FEDERAÇÕES FECHA ANO COM PREJUIZO.
- GRAMPOS REVELAM COMO FUNCIONAVA DISTRIBUIÇÃO DE PROPINA NO CASO FIFA.

- FANTÁSTICO DESVENDA COMO FUNCIONAVA O ESQUEMA DE CORRUPÇÃO NO FUTEBOL PARAÍBANO.
- O SUSPEITO NEGOCIO ENTRE FLAMENGO E ODEBRECHT.
- OPERAÇÃO CARTOLA: ÁRBITRO SOFRE AMEAÇA DE MORTE APÓS DENUNCIAR ESQUEMAS NO FUTEBOL.
- INTERVENTOR DA FEDERAÇÃO PARAIBANA FOI INDICADO POR MARCO POLO DEL NERO.

PGR / MPF No. 20180061705          PR – RJ No. 00047294/2018

DATA: 17 de MAIO de 2018

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180061705
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Thu, May 17, 2018 at 4:29 PM

De: **MPF**
Data: 17 de maio de 2018 15:47
Assunto: MPF 20180061705



Ilmo. Sr.

Resposta à manifestação nº **20180061705** (17/05/2018).

PROTOCOLO: PR-RJ-00047294/2018

MPF - **PR-RJ-00047294/2018**.

**Descrição:**

** 47o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! **

Rio de Janeiro, 16 de MAIO de 2018   às 18:55

Ilma. Sra. Dra.  RAQUEL ELIAS FERREIRA DODGE  - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 47o. QUADRAGÉSIMO SÉTIMO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A OUVIDORIA DA PGR,  O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA,
     ESTADOS UNIDOS DA AMERICA/FBI. BANIDO **

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR
                NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS,
                CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O
                ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA

NO BROOKLYN, EM REGIME FECHADO,ONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** SENTENÇA MARCADA NA CORTE FEDERAL DO BROOKLYN PARA 17 DE AGOSTO DE 2018 **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI,
DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO
DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.**

**** MARCO POLO DEL NERO: BANIDO PELA FIFA EM 27 DE ABRIL DE 2018 ****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO, VEJAM ABAIXO,COMO ROGÉRIO CABOCLO, O HOMEM FINANCEIRO DE MARCO POLO DEL NERO,
MULTIPLICOU SEUS BENS:

   Sua excelência, Procuradora Geral da República, Dra. Raquel Elias Ferreira Dodge;
   Sua excelência, Sub-Procurador da República, Dr. Carlos Alberto Carvalho de Vilhena Coelho.
   Senhor Coordenador da Força Tarefa OPERAÇÃO LAVA JATO, Dr. Deltan Martinazzo Dallagnol;

   !!!!! ROGÉRIO CABOCLO, FUNCIONÁRIO DA CBF E FUNCIONÁRIO DE LONGOS ANOS DE MARCO POLO DEL NERO !!!!!

   **** Salário em 2015 na Federação Paulista de Futebol : R$ 35.000,00 (Presidente Del Nero).

      * AS EMPRESAS: CABOCLO ADVOGADOS ASSOCIADOS.,
         CABOCLO DISTRIBUIDORA LTDA.
         CROMMA LOGÍSTICA EMPRESARIAL.
         ROMMAC DISTRIBUIDORA DE PRODUTOS ALIMENTÍCIOS.
         CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS IMOBILIÁRIOS.*

      * PROPRIEDADES IMOBILIÁRIAS.
      * CARROS IMPORTADOS.
      * IMÓVEIS ADQUIRIDOS PELA : CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS , EM UM TOTAL DE
                     R$ 5.500.000,00.
      * EVOLUÇÃO PATRIMONIAL DE ROGÉRIO CABOCLO EM MILHÕES: 2006........ 0,55.
                                        ABRIL 2018........ 8,6
      * PATRIMÔNIO DE ROGÉRIO CABOCLO EM 2001.......... R$ 570.000,00.
         ABRIL DE 2018 ............................................................ R$ 8.600.000,00.

            ******* ROGÉRIO CABOCLO ESTÁ NOS PROTOCOLOS ABAIXO :
                  PR-RJ No. 00022380/2017 datado de 04/04/2017
                  24o.. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.

               PGR No. 00126835/2018 datado de 12/03/2018.
            !!!! EXCLUSIVO INFORMANDO SOBRE A MANOBRA PARA ELEGER ROGÉRIO CABOCLO!!!!

               PR-RJ No. 00026424/2018 datado de 20/03/2018
               43o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.
      Vejam.: https://www1.folha.uol.com.br/esporte/2018/03/futuro-presidente-da-cbf-multiplica-seu-patrimonio-apos-virar-cartola.
shtml

                  ** AS ESMERALDAS **
               * WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS. - RELATORIO CPI DO FUTEBOL (35
EMPRESAS).
               * MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
                  RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..
               * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
                  PR-RJ No. 00059472/2016, É o RUBI para DELATAR TUDO E TODOS.
                     * ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL (ex-Diretor
Financeiro/R.T.T)
               * RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
               * CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
                  PR-RJ No. 00064846/2016
               * LUIS CEZAR PENHA SARAIVA - PR-RJ No. 00091622/2017 (ex-Gerente da Conta da CBF no Banco REAL).
                                 SÓCIO DE RICARDO TEIXEIRA E SECRETÁRIO FINANCEIRO.
               * CARLOS EUGENIO LOPES - CARLÓ - PR - RJ No. 00060006/2016.
                  * ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016 ( O TESOUREIRO / BANCO
RURAL )
               * REINALDO BUZZONI - PR-RJ No. 00090877/2016 - PROCEDIMENTO No. 911-00076/2016. DELEGACIA DE
                     DEFRAUDAÇÕES / RJ - DELEGADA PATRICIA AGUIAR.
               * MARCO POLO DEL NERO - PR- RJ No. 00068183/2016. ( BANIDO )
               * RICARDO TERRA TEIXEIRA - PR-RJ No. 00058334.
                  * FERNANDO MENDES FRANÇA - TI E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ No.
00067352/2016
               *GUSTAVO DANTAS FEIJÓ - INQUÉRITO NA DELEGACIA DE DEFRAUDAÇÕES/RJ -
                     PROCEDIMENTO No.911-00076/2016, DELEGADA PATRICIA AGUIAR.

**** DESCRIÇÃO ****

1 ) CELSO DE MELO DEVOLVE À JUSTIÇA FEDERAL NO RIO, INQUÉRITO CONTRA ATUAL E E-PRESIDENTES DA CBF.
   MARCELO ROCHA - REVISTA ÉPOCA
   Veja Link.: https://epoca.globo.com/política/expresso/noticia/2018/04/celso-de-mello-devolve-justica-federal-no-rio-inquerito-contra-atual
   
   -e-ex-presidentes-da-cbf.html

2 ) A DESGRAÇA DE DEL NERO
   JUCA KFOURI - FOLHA DE SÃO PAULO
   Veja Link.: https://www1.folha.uol.com.br/colunas/jucakfouri/2018/04/a-desgraca-de-del-nero.shtml

3 ) FUTEBOL CONTA COM SHERLOCK HOLMES
   WANDERLEY NOGUEIRA - JOVEM PAN - UOL
   Veja Link.: http://blogjp.jovempam.uol.com.br/wanderleynogueira/geral/futebol-conta-com-sherlock-holmes/

4 ) JUSTIÇA CITA COPA DO MUNDO E NEGA LIMINAR PARA AFASTAR DIREÇÃO DA CBF.
   BLOG PERRONE
   * Sua excelência Dr. BRUNO MONTEIRO RULIÉRE, DIZ: !!!! NÃO PODEMOS AFASTAR AGORA PORQUÊ A SELEÇÃO ESTÁ SE
                              PREPARANDO PARA A COPA .!!!!
                         * A ELEIÇÃO DO GOLPE CABOCLO NÃO TEM VALOR.
   Veja Link.:https://blogdoperrone.blogosfera.uol.com.br/2018/05/justica-cita-copa-do-mundo-e-nega-liminar-para-afastar-direcao-da-
cbf/

5 ) CBF EMPRESTOU R$ 500 MIL PARA FEDERAÇÃO LIGADA A SUBSTITUTO DE DEL NERO.
   MARCEL RIZZO - UOL
   * ANTONIO CARLOS NUNES - cel. Nunes - Presidente da CBF.
   * Empréstimo para quitar dívida com o INSS.
   * CBF (ROGÉRIO CABOCLO) não se lembra a data do empréstimo.
   * Federação Paraense de Futebol recebe somente de repasse R$ 975 MIL/ANO, isso, sem contar o mensalinho.
   Veja Link.:https://marcelrizzo.blogosfera.uol.com.br/2018/05/04/cbf-emprestou-r-500-mil-para-federacao-ligada-a-substituto-de-del-
nero/

6 ) RESTRIÇÃO DO FORO PRIVILEGIADO ATINGE INQUÉRITO QUE INVESTIGA IRREGULARIDADES NA CBF.
   SÉCULO DIÁRIO - ROBERTO JUNQUILHO
   * MARCUS VICENTE - Vice Presidente da CBF.
   Veja Link.:http://seculodiario.br/38574/8/stf-restringe-foro-e-atinge-inquerito-que-investiga-irregularidades-na-cbf

7 ) NICOLAS LEOZ SERÁ EXTRADITADO PARA OS ESTADOS UNIDOS.
   WANDERLEY NOGUEIRA - JOVEM PAN - UOL
   Veja Link.:http://blogjp.jovempam.uol.com.br/wanderleynogueira/geral/nicolas-leoz-sera-entraditado-para-os-estados-unidos/

8 ) CORTE PARAGUAIA NEGA APELAÇÃO E CONFIRMA EXTRADIÇÃO DE NICOLAS LEOZ PARA OS EUA.
   ESTADÃO
   Veja Link.:http://esportes.estadao.com.br/noticias/futebol,corte-paraguaia-nega-apelacao-e-confirma-extradicao-de-nicolas-leoz-
para-os-eua,70002300482

9 ) APESAR DE GRANA DA CBF, QUASE METADE DAS FEDERAÇÕES FECHA ANO COM !!PREJUÍZO!!.
   MARCEL RIZZO - UOL
   * Federações recebem anualmente mais de R$ 1,4 milhão  (REPASSES/MENSALINHOS).
   * SERÁ QUE TODO ESTE DINHEIRO ENTRA NA CONTA DA FEDERAÇÃO OU ENTRA NA CONTA PESSOAL DO PRÓPRIO
     PRESIDENTE.
   * É IMPORTANTÍSSIMO QUEBRA DO SIGILO BANCÁRIO DOS PRESIDENTES DE FEDERAÇÕES.
   ex.: Rio Grande do Norte, Roraima, Rondonia, Amazonas, Piauí, Acre, Pará, Alagoas, Tocantins, Paraiba, Goias, Ceará, etc.
   Veja Link.:https://marcelrizzo.blogosfera.uol.com.br/2018/05/10/apesar-de-grana-da-cbf-quase-metade-das-federacoes-fecha-ano-
com-prejuizo/

10 ) GRAMPOS REVELAM COMO FUNCIONAVA DISTRIBUIÇÃO DE PROPINA NO CASO FIFA.
    MARTIN FERNANDEZ - GLOBO
    * KLEBER DA FONSECA LEITE - KLEBER LEITE - KLEFER
    Veja Link.:http://interativos.globoesporte.globo.com/futebol/futebol-internacional/especial/grampos-revelam-como-funcionava-
distribuicao-de-propina-no-caso-fifa

11 ) FANTÁSTICO DESVENDA COMO FUNCIONAVA O ESQUEMA DE CORRUPÇÃO NO FUTEBOL PARAIBANO.
    GLOBO ESPORTE - JOÃO PESSOA
    Veja Link.:https://globoesporte.globo.com/pb/futebol/noticia/fantastico-desvenda-como-funcionava-o-esquema-de-corrupcao-no-futebol-
da-pb.ghtml

12 ) O SUSPEITO NEGÓCIO ENTRE, FLAMENGO, ODEBRECHT
    BLOG DO PAULINHO
    * KLEBER DA FONSECA LEITE - KLEBER LEITE - KLEFER
    Veja Link.:https://blogdopaulinho.com.br/2018/05/16/o-suspeito-negocio-entre-flamengo-odebrecht-e-a-esportecom/

13 ) OPERAÇÃO CARTOLA: ÁRBITRO SOFRE AMEAÇA DE MORTE APÓS DENUNCIAR ESQUEMAS NO FUTEBOL .
    TV TAMBAÚ - JOÃO PESSOA
    Veja link.: https://www.portalt5.com.br/videos/tv-tambau/tambau-da-gente/2018/5/92227-operacao-cartola-arbitro-sofre-ameacas-
de-morte-apos-denunciar-esquemas-no-futebol

14 ) INTERVENTOR DA FEDERAÇÃO PARAIBANA FOI INDICADO POR MARCO POLO DEL NERO.

Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 25 of 150 PageID #: 14904

BLOG DO PAULINHO
**** BANIDO PELA FIFA DE QUALQUER ATIVIDADE RELACIONADA AO FUTEBOL. ****

Veja Link.: https://blogdopaulinho.com.br/2018/05/17/interventor-da-federacao-paraibana-foi-indicado-por-del-nero

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - SUB-PROCURADOR DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM
ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA
PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ***

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de
Direito.


Atenciosamente,


Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 46º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.\*\*

- TROPA DE CHOQUE POLÍTICA GANHA REFORÇO NA TAREFA DE BLINDAR CBF.
- LOBISTA E EX-SENADOR, HOJE PRESOS, TOMAM VINHO EM DIA DE JOGO DA SELEÇÃO BRASILEIRA NA COPA DO MUNDO DE 2014.
- MINISTÉRIO PÚBLICO NÃO DESCARTA IMPUGNAR ELEIÇÃO DA CBF A POSTERIORI.
- MINISTÉRIO PÚBLICO DO RIO DE JANEIRO TENTA BARRAR ELEIÇÃO DE SUCESSOR DE MARCO POLO DEL NERO NA CBF.
- SEM MOSTRAR PROPOSTAS, ROGÉRIO CABOCLO SERÁ ACLAMADO PRESIDENTE DA CBF.
- SENADOR ROMÁRIO TENTA ANULAR ELEIÇÕES DA CBF \*\*CRIME ORGANIZADO\*\*.
- CANDIDATO ÚNICO ROGÉRIO CABOCLO SERÁ ELEITO PRESIDENTE DA CBF NESTA TERÇA FEIRA DIA 17 DE ABRIL DE 2018. (GOLPE).
- JUÍZA DO CASO DA CBF REJEITA COLOCAR EX-PRESIDENTE DO BARCELONA EM LIBERDADE.
- O GOLPE CABOCLO ESTÁ CONSUMADO.
- VICES DA CBF FORAM ESCOLHIDOS PARA SILENCIAR OPOSIÇÃO.

- ROGÉRIO CABOCLO É ELEITO NA CBF EM JÔGO DE CARTAS MARCADAS.
- ROGÉRIO CABOCLO, O FIEL ESCUDEIRO DE DEL NERO NA CBF.
- CBF FAZ ELEIÇÃO ANTES DA COPA POR MEDO DE NOVO DESASTRE.
- RELATOR DO PROFUT DIZ QUE ELEIÇÃO NA CBF É ILEGAL E PEDE ANULAÇÃO.
- MUDAR PARA QUE CONTINUE TUDO COMO ESTÁ: COMO UM CLÁSSICO DA LITERATURA EXPLICA ELEIÇÃO NA CBF. (GOLPE CABOCLO).
- JUSTIÇA DOS EUA ADIA SENTENÇA DE JOSÉ MARIA MARIN PARA O DIA 17 DE AGOSTO DE 2018.
- NA CBF, CORRUPÇÃO SAI PREMIADA.
- GOLPE FAZ CBF TROCAR DE MÃOS, MAS SE MANTER A MESMA NA ESSÊNCIA.
- GOLPE CABOCLO TEVE **VOTO ILEGAL**.
- SUPERIOR TRIBUNAL FEDERAL ENVIA INVESTIGAÇÃO CONTRA DIRIGENTES DA CBF PARA JUSTIÇA DO RIO DE JANEIRO.
- SUPREMO ENVIA INVESTIGAÇÃO SOBRE CÚPULA DA CBF A JUSTIÇA FEDERAL NO RIO DE JANEIRO.
- FIFA APLICA MULTA MILIONÁRIA E BANE MARCO POLO DEL NERO DO FUTEBOL PARA SEMPRE.
- FIFA BANE PRESIDENTE DA CBF DO FUTEBOL.
- FIFA ANUNCIA BANIMENTO DE MARCO POLO DEL NERO DO FUTEBOL PARA SEMPRE.
- BANIR MARCO POLO DEL NERO É POUCO.
- A JUSTIÇA FEDERAL ESTÁ COM A BOLA.
- MARCO POLO DEL NERO ESTÁ BANIDO DO FUTEBOL.
- DEL NERO SE DIZ SURPRESO COM BANIMENTO DA FIFA E VAI RECORRER.
- STF DESTRAVA INQUÉRITO SOBRE DEL NERO QUE VAI PARA A PF DO RIO DE JANEIRO.
- STF MANTÉM INQUÉRITO DE MARCUS VICENTE QUE APURA CORRUPÇÃO NO FUTEBOL.

PRG / MPF No. 20180055851          PR – RJ No. 00041280/2018
DATA: 29 de ABRIL de 2018

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180055851
2 messages

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Thu, May 3, 2018 at 3:58 PM

De: **MPF**
Data: 3 de maio de 2018 14:19
Assunto: MPF 20180055851

Ilmo. Sr.

Resposta à manifestação nº **20180055851** (29/04/2018).

Prezado Senhor,

Sua Manifestação continuará em atendimento no MPF sob o número **PR-RJ-00041280/2018**.

**Descrição:**

**** 46o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! ****

Rio de Janeiro, 29 de ABRIL de 2018    às  12:23

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE  - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 46o. QUADRAGÉSIMO SEXTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A OUVIDORIA DA PGR, O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS,  PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI. BANIDO **

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS, CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE,  O ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA

NO BROOKLYN, EM REGIME FECHADO ONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** SENTENÇA MARCADA NA CORTE FEDERAL DO BROOKLYN PARA 17 DE AGOSTO DE 2018 **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI.
DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO
DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.**

**** BANIDO PELA FIFA EM 27 DE ABRIL DE 2018 ****

** AS ESMERALDAS **

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
* MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
  RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..
* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
  PR-RJ No. 00059472/2016
* ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
* RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
* CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
  PR-RJ No. 00064846/2016
* LUIS CEZAR PENHA SARAIVA - PR-RJ No. 00091622/2017 (ex-Gerente da Conta da CBF no Banco REAL).
* CARLOS EUGENIO LOPES - CARLÔ - PR - RJ No. 00060006/2016.
* ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016 ( O TESOUREIRO )
* REINALDO BUZZONI - PR-RJ No. 00090877/2016
* MARCO POLO DEL NERO - PR- RJ No. 00068183/2016. ( BANIDO )
* RICARDO TEIXEIRA - PR-RJ No. 00058334.
          * FERNANDO MENDES FRANÇA - TI E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ No.
00067352/2016

          * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO E CONFIDENTE DOS PRESIDENTES: RICARDO
TEIXEIRA,
                              JOSÉ MARIA MARÍN, MARCO POLO DEL NERO. O HOMEM QUE
INFORMAVA
                              O NUMERO DA CONTA DE RICARDO TEIXEIRA, CONFORME DELATOR
NA
                              CORTE FEDERAL DO BROOKLYN. ESTÁ DESCRITO NA PR-RJ DESDE
O DIA
                              08 DE AGOSTO DE 2016 NO PRIMEIRO PROTOCOLO No. PR-RJ
00059472/2016,
                              ********************POSSUI EM SEUS REGISTROS DESDE 1994, NUMEROS DE CONTAS
BANCÁRIAS
                              NO BRASIL E NO EXTERIOR DO RICARDO, MARIN (PRESO), DEL
NERO (BANIDO),
                              CONTATOS, CONVERSAÇÕES, DE TODOS DESDE OS TEMPOS DO
                              RENUNCIANTE RICARDO TEIXEIRA ATÉ O BANIDO DO DEL NERO.
                              É O SECRETÁRIO CONFIDENTE. SEUS ELETRÔNICOS
                              ESTÃO REPLETOS DE INFORMAÇÕES. CONHECEDOR DE ANDORRA,
                              BOCA RATON, IATE DO DEL NERO, IMÓVEIS ETC.

!!!! ISTO É: GUSTAVO DANTAS FEIJÓ - VICE PRESIDENTE E BRAÇO DIREITO DO BANIDO MARCO POLO DEL NERO !!!!

* INDICIADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL, ASSINADA PELOS SENADORES ROMÁRIO E
RANDOLFE RODRIGUES, PÁGINA: 349 **GUSTAVO DANTAS FEIJÓ , NAS PENAS DO ART. 350 da LEI 4.737/65 c/c
ART. 24, inciso IX, da Lei 9.504 - CRIME ELEITORAL, considerando o seu envolvimento nos ilícitos penais listados no
capítulo referente ao financiamento não declarado de campanhas eleitorais pela CBF. (CAIXA 2).

* ESTÁ NO PROCEDIMENTO: 911 - 00076/2016 DATADO DE: 21/09/2016
DELEGACIA DE DEFRAUDAÇÕES DO RIO DE JANEIRO
DELEGADO ANTERIOR: RICARDO BARBOSA DE SOUZA, HOJE LOTADO NO DECON. (DELEGACIA DO CONSUMIDOR).
                              INTIMOU, CONVOCOU , OUVIU, NINGUÉM SABE O QUE ACONTECEU, O PODER DA CBF
                              O DESTITUIU DO CASO.
DELEGADA ATUAL: PATRICIA AGUIAR, (segundo fontes seguras) seu namorado ANSELMO PAIVA, agente CBF, examinou
                              e orientou no procedimento que está em SEGREDO DE JUSTIÇA. Este procedimento trata de
                              ESTELIONATO (DOCUMENTOS) envolvendo: REINALDO BUZZONI - DIRETOR DE REGISTROS DA
CBF
                              e GUSTAVO DANTAS FEIJÓ - vice - presidente da CBF. Depois da mudança e a avaliação de ANSELMO
                              PAIVA, o procedimento ESTÁ PARADO DESDE A POSSE DA NOVA DELEGADA.

* https://novoextra.com.br/outras-edicoes/2017/933/36511/gustavo-feijo-e-reu-no-ceara-e-no-stf

* https://novoextra.com.br/outras-edicoes/2018/957/42272/gustavo-o-e-condenado-pela-justica-eleitoral

* https://esporte.uol.com.br/futebol/ultimas-noticias/2017/07/07/contrato-de-gaveta-e-transferencia-pontemp-investiga-cbf-por-fraude-no-bid.htm

* https://blogdopaulinho.com.br/2016/11/24/cpi-do-futebol-capitulo-sobre-fraudes-em-registros-de-atletas-cita-denuncias-do-blog-do-paulinho/

* http://sportv.globo.com/site/programas/sportv-news/noticia/2016/11/policia-investiga-transferencia-vice-e-diretor-da-cbf-podem-ser-suspeitos.html

* http://blogdojuca.uol.com.br/2018/04/golpe-caboclo-teve-voto-ilegal/

* http://blogdojuca.uol.com.br/2018/04/presidente-da-federacao-alagoana-tenta-desmentir-o-blog/

D E S C R I Ç Ã O:

1 ) TROPA DE CHOQUE POLÍTICA GANHA REFORÇO NA TAREFA DE BLINDAR CBF!
      * LOBISTA: VANDENBERGUE MACHADO, ASSALARIADO, CONFIDENTE DE RENAN CALHEIROS, ROMERO JUCÁ, LAVA JATO.
      * GUSTAVO PERELLA E ZEZÉ PERRELLA, PROPRIETÁRIOS DO HELICOCA.
      * SALÁRIOS ENTRE R$ 35.000,00 à R$ 100.000,00.
      * FERNANDO SARNEY.
      ALMIR LEITE - ESTADÃO
      Veja Link.: http://esportes.estadao.com.br/noticias/futebol,tropa-de-choque-politica-ganha-reforco-na-tarefa-de-blindar-a-cbf,700022 68727

2 ) LOBISTA E EX-SENADOR, HOJE PRESOS, TOMAM VINHO EM DIA DE JOGO DA SELEÇÃO BRASILEIRA NA
      COPA DO MUNDO DE 2014.
      * MILTON LYRA - MILTINHO - DOLEIRO
      * VANDENBERGUE MACHADO - LOBISTA.
      * RENAN CALHEIROS
      * ROMERO JUCÁ - O CAJU PODRE.
      * FAMÍLIA SARNEY.
      * FAMÍLIA HELICOCA.
      MARCELO ROCHA - REVISTA ÉPOCA.
      Veja Link.:https://epoca.globo.com/politica/expresso/noticia/2018/04/vidas-de-gim-argello-e-milton-lyra-ja-foram-mais-faceis.html

3 ) MINISTÉRIO PÚBLICO NÃO DESCARTA IMPUGNAR ELEIÇÃO DA CBF A POSTERIORI.
      BRAGA - O GLOBO
      Veja Link.:https://blogs.oglobo.globo.com/lauro-jardim/post/ministerio-publico-nao-descarta-impugnar-eleicao-da-cbf-posteriori.html

4 ) MINISTÉRIO PÚBLICO DO RIO DE JANEIRO TENTA BARRAR ELEIÇÃO DE SUCESSOR DE DEL NERO NA CBF.
      O ANTAGONISTA
      Veja Link.:https://www.oantagonista.com/brasil/mp-rio-de-janeiro-tenta-barrar-eleicao-de-sucessor-de-del-nero-na-cbf/

5 ) SEM MOSTRAR PROPOSTAS, ROGÉRIO CABOCLO (O FINANCEIRO DE DEL NERO), SERÁ ACLAMADO PRESIDENTE DA CBF.
      * O HOMEM QUE DISTRIBUI OS MENSALINHOS, REPASSES, MORDOMIAS.
      * SOMENTE MENSALINHO/MÊS: R$ 75.000,00
      * SOMENTE GRATIDÃO: R$ 20.000,00
      * GUSTAVO DANTAS FEIJÓ - INVESTIGADO PELA PF.
      * MARCUS VICENTE - VICE PRESIDENTE NO STF, E, NO RELATÓRIO PARALELO DA CPI NAS PÁGINAS 194 à 198 e 349/350.
      * FERNANDO SARNEY - PF **OPERAÇÃO BOI BARRETO**
      * MINISTÉRIO PÚBLICO DO RIO DE JANEIRO.
      SERGIO RANGEL - FOLHA DE SÃO PAULO
      Veja Link.: https://www1.folha.uol.com.br/esporte/2018/04/sem-mostrar-propostas-caboclo-sera-aclamado-presidente-da-cbf.shtml

6 ) SENADOR ROMÁRIO TENTA ANULAR ELEIÇÃO DA CBF ****CRIME ORGANIZADO****.
      TERRA
      Veja Link.:https://www.terra.com.br/esportes/futebol/romario-tenta-anular-eleicoes-da-cbf-crime-organizado,e62782726232517f37   b9f202322129e2aj429d43.html

7 ) CANDIDATO ÚNICO ROGÉRIO CABOCLO SERÁ ELEITO PRESIDENTE DA CBF NESTA TERÇA FEIRA 17/04/2018.
      ALMIR LEITE - ESTADÃO
      Veja Link.;http://esportes.estadao.com.br/noticias/futebol,candidato-unico-rogerio-caboclo-sera-eleito-presidente-da-cbf-nesta-terca,70002271993

8 ) *** O GOLPE CABOCLO ESTÁ CONSUMADO ***
      JUCA KFOURI - UOL
      Veja Link.:http://blogdojuca.uol.com.br/2018/04/o-golpe-caboclo-consumado/

9 ) VICES DA CBF FORAM ESCOLHIDOS PARA SILENCIAR OPOSIÇÃO.
      SILVIO BARSETTI - TERRA
      Veja Link.: https://www.terra.com.br/esportes/futebol/vices-da-cbf-foram-escolhidos-para-silenciar-oposicao.
            92b73fc14dd7c7dd9740ba3964c681e937zmf6aq.html

10 ) ROGERIO CABOCLO É ELEITO NA CBF EM JOGO DE CARTAS MARCADAS.
       SILVIO BARSETTI - TERRA

Veja Link.:https://www.terra.com.br/esportes/futebol/rogerio-caboclo-e-eleito-na-cbf-em-jogo-de-cartas-marcadas,
55ed6196e61b5c6b2e6f3ba03df6dc74wew5wp21.html

11 ) ROGERIO CABOCLO, O FIEL ESCUDEIRO DE DEL NERO (BANIDO) NA CBF.
SILVIO BARSETTI - TERRA
Veja Link.:https://www.terra.com.br/esportes/futebol/rogerio-caboclo-o-fiel-escudeiro-de-del-nero-na-cbf,
e2449af33c388046a5a9f8abae88fa50b2kd5taj.html

12 ) CBF FAZ ELEIÇÃO ANTES DA COPA POR MEDO DE NOVO DESASTRE.
SILVIO BARSETTI - TERRA
Veja Link.:https://www.terra.com.br/esportes/futebol/cbf-faz-eleicao-antes-da-copa-por-medo-de-novo-desastre,
99ad9ef528ad681e5ef4346bbbadb9be0k1ivm0d.html

13 ) RELATOR DO PROFUT DIZ QUE ELEIÇÃO NA CBF É ILEGAL E PEDE ANULAÇÃO.
JORNAL LANCE
Veja Link.:https://www.terra.com.br/esportes/lance/relator-do-profut-diz-que-eleicao-na-cbf-e-ilegal-e-pede-anulacao,
f79a771738e0c0c8c60ec680d248f0a3mipt56xk.html

14 ) *** MUDAR PARA QUE CONTINUE TUDO COMO ESTÁ: COMO UM CLÁSSICO DA LITERATURA EXPLICA
A ELEIÇÃO NA CBF. ***
TRIVELLA - FELIPE LOBO
* O COMPLIANCE, CRIMES, FIFAGATE, FBI , O FEDORENTO, O HOMEM DO COMPLIANCE,
MINISTÉRIO PÚBLICO DO RIO DE JANEIRO, O DINHEIRO, OS CLUBES, CBF PODRE.
Veja Link.: http://trivela.uol.com.br/mudar-para-que-continue-tudo-como-esta-como-um-classico-da-literatura-explica-eleicao-na-
cbf/

15 ) JUSTIÇA DOS EUA ADIA SENTENÇA DE JOSÉ MARIA MARIN PARA O DIA 17 DE AGOSTO DE 2018.
GLOBO - NOVA YORK
Veja Link.https://globoesporte.globo.com/futebol/futebol-internacional/noticia/justica-dos-eua-adia-sentenca-
de-jose-maria-marin-para-o-dia-17-de-agosto.ghtml

16 ) NA CBF !!!! CORRUPÇÃO!!!! SAI PREMIADA.
HERBEM GRAMACHO - CORREIO DA BAHIA,
Veja Link.:https://www.correio24horas.com.br/noticia/nid/na-cbf-corrupcao-sai-premiada/

17 ) **** GOLPE FAZ CBF TROCAR DE MÃOS, MAS SE MANTER A MESMA ESSÊNCIA.****
JUCA KFOURI - FOLHA DE SÃO PAULO
Veja Link.:https://www1.folha.uol.com.br/colunas/jucakfouri/2018/04/golpe-faz-cbf-trocar-de-maos-mas-se-manter-a-mesma-na-
essencia.shtml

18 ) GOLPE CABOCLO TEVE VOTO ILEGAL.
* FELIPE FEIJÓ, FILHO DE GUSTAVO DANTAS FEIJÓ - VICE PRESIDENTE DA CBF.
JUCA KFOURI - UOL
Veja Link.:http://blogdojuca.uol.com.br/2018/04/golpe-caboclo-teve-voto-ilegal/

19 ) SUPERIOR TRIBUNAL FEDERAL ENVIA INVESTIGAÇÃO CONTRA DIRIGENTES DA CBF PARA JUSTIÇA DO RIO DE
JANEIRO.
BRENO PIRES - BRASILIA - ESTADÃO.
Veja Link.:http://esportes.estadao.com.br/noticias/futebol,stf-envia-investigacao-contra-dirigentes-da-cbf-para-justica-do-
rio,70002285581

20 ) SUPREMO ENVIA INVESTIGAÇÃO SOBRE CÚPULA DA CBF À JUSTIÇA FEDERAL NO RIO DE JANEIRO.
REYNALDO TUROLLO JR - FOLHA DE SÃO PAULO
Veja Link.: https://www1.folha.uol.com.br/esporte/2018/04/supremo-remete-investigacao-sobre-cupula-da-cbf-a-justica-federal-no-rio.
shtml

21 ) FIFA APLICA MULTA MILIONÁRIA E !!!! BANE !!!! DEL NERO DO FUTEBOL PARA SEMPRE.
JAMIL CHADE - GENEBRA - ESTADÃO
Veja Link.:http://esportes.estadao.com.br/noticias/futebol,fifa-pune-del-nero-com-suspensao-vitalicia-do-futebol,70002286162

22 ) FIFA **** BANE **** PRESIDENTE DA CBF DO FUTEBOL.
SERGIO RANGEL - FOLHA DE SÃO PAULO
Veja Link.:https://www1.folha.uol.com.br/esporte/2018/04/fifa-bane-marco-polo-del-nero-ex-presidente-da-cbf-do-futebol.shtml

23 ) FIFA ANUNCIA BANIMENTO DE MARCO POLO DEL NERO DO FUTEBOL PARA SEMPRE.
GLOBO ESPORTE - ZURIQUE - SUIÇA
Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/fifa-anuncia-banimento-de-
marco-polo-del-nero-do-futebol-para-sempre.ghtml

24 ) BANIR MARCO POLO !!! É POUCO !!!.
* A ILEGALIDADE NA ELEIÇÃO DE ROGÉRIO CABOCLO, SECRETARIO FINANCEIRO DE DEL NERO.
JUCA KFOURI - UOL
Veja Link.:http://blogdojuca.uol.com.br/2018/04/banir-marco-polo-e-pouco/

25 ) A JUSTIÇA FEDERAL ESTÁ COM A BOLA.
WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL
Veja Link.:http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/justica-federal-esta-com-a-bola/

26 ) MARCO POLO DEL NERO ESTÁ BANIDO DO FUTEBOL
BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2018/04/27/marco-1491-nero-esta-banido-do-futebol/

27 ) DEL NERO SE DIZ SURPRESO COM BANIMENTO DA FIFA E VAI RECORRER
  * COBERTURA NO CONDOMINIO SAINT TROPEZ - BARRA DA TIJUCA
  * O BELO IATE (QUEM COMPROU)
  SERGIO RANGEL - FOLHA DE SÃO PAULO
  Veja Link.:https://www1.folha.uol.com.br/esporte/2018/04/del-nero-se-diz-surpreso-com-banimento-da-fifa-e-vai-recorrer.shtml

28 ) SUPERIOR TRIBUNAL FEDERAL DESTRAVA INQUÉRITO SOBRE MARCO POLO DEL NERO (BANIDO) QUE VAI PARA A
  POLÍCIA FEDERAL NO RIO DE JANEIRO.
  RODRIGO MATTOS - UOL
  Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2018/04/28/stf-destrava-inquerito-sobre-del-nero-que-vai-para-pf-do-rio/

29 ) SUPERIOR TRIBUNAL FEDERAL MANTÉM INQUÉRITO DE MARCUS VICENTE QUE APURA CORRUPÇÃO NO
  FUTEBOL.
  SÉCULO DIÁRIO - ROBERTO JUNQUILHO
  **deputado Marcus Vicente requereu o arquivamento do inquérito, alegando ausência de justa causa.
  Ele argumenta que o ofício nº 088/2017-GSRJ, de 16/08/2017, expedido pelo senador Romero Jucá- O CAJU PODRE,
  relator da CPI do Futebol de 2015, desqualificaria as irregularidades indicadas pelos senadores Romário
  e Randolfe Rodrigues, ao consignar que o relatório final da CPI não indiciou qualquer pessoa e que os votos
  proferidos por esses senadores sequer foram apreciados pelo plenário da CPI.

  O Supremo, no entanto, não acatou o pedido, apontando a necessidade de, primeiro, ter acesso ao
  RELATÓRIO DA CPI. O pedido foi encaminhado **

  Veja Link.: http://seculodiario.com.br/38522/8/stf-desmembra-inquerito-de-marcus-vicente-que-apura-corrupcao-no-futebol#
            .WuT-J0RzWUQ.whatsapp

  É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de
Direito.

Atenciosamente,

Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 45º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.\*\*

- DONO DE HELICÓPTERO APREENDIDO COM COCAÍNA \* VIRA DIRETOR DA CBF \*
- PARECE COCAÍNA, MAS É SO TRISTEZA (NA CBF).
- CBF FAZ MANOBRA POR DEBAIXO DOS PANOS .
- POLÍCIA E MINISTÉRIO PÚBLICO DEFLAGRAM OPERAÇÃO CARTOLA NA PARAÍBA.
- OPERAÇÃO CARTOLA INVESTIGA RESULTADOS MANIPULADOS NO FUTEBOL DA PARAÍBA E CUMPRE MANDATOS.
- OPERAÇÃO CARTOLA APURA MANIPULAÇÃO DE RESULTADOS NO FUTEBOL DA PARAÍBA.
- POLÍCIA E PROCURADORIA APURAM MANIPULAÇÃO DE RESULTADOS NA PARAÍBA.
- ALVO DE OPERAÇÃO DA POLÍCIA FEDERAL , \*MILTINHO\* COSTUMAVA ABRIR SUA MANSÃO NO LAGO SUL PARA POLÍTICOS.
- LAVA JATO NA SALA DE MARCO POLO DEL NERO .
- MILTON LYRA JÁ FOI CITADO EM VÁRIAS DELAÇÕES, POR RELAÇÃO QUE TEM COM POLÍTICOS DO MDB.

- JUIZ DÁ PRAZO PARA CBF EXIBIR **ATA** E MINISTÉRIO PÚBLICO NÃO DEVE CONSEGUIR EVITAR PLEITO. (GOLPE CABOCLO).
- CARTOLAS DEVEM FICAR ATÉ 19 DIAS NA COPA DA RUSSIA BANCADOS PELA CBF.
- ACUSADO MARCO POLO DEL NERO SE DEFENDE A CARTOLAS E PROMETE TREM DA ALEGRIA NA COPA DA RUSSIA.
- GALVÃO BUENO CRITICA CBF POR PAGAR IDA A COPA DA RUSSIA A PRESIDENTES .
- DINHEIRO O MAIOR CABO ELEITORAL . (GOLPE CABOCLO).
- ****O GOLPE DESTA VEZ, ACONTECEU NA CBF!! ****

PGR / MPF No. 20180049851          PR – RJ No. 00034183/2018

DATA: 12 de ABRIL de 2018

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180049851
3 messages

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Fri, Apr 13, 2018 at 2:32 PM

De: **MPF**
Data: 13 de abril de 2018 11:52
Assunto: MPF 20180049851

Ilmo Sr.

Resposta à manifestação nº **20180049851** (12/04/2018, às 18:00 hs).

PROTOCOLO: PR-RJ-00034183/2018

MPF- **PR-RJ-00034183/2018**.

**Descrição:**

***** 45o. COMPLEMENTO DE INFORMAÇÃO DA ADMINISTRAÇÃO DA CBF.!!!! *****

Rio de Janeiro, 12 de ABRIL de 2018    às 18:00hs

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE  -  MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - MD. SUB-PROCURADOR DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  -  MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Suas Excelências, Procuradora Geral da República, Sub-Procurador Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 45o. QUADRAGÉSIMO QUINTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, A OUVIDORIA DA PGR,  O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS, CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O

ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI, DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J, HAWILLA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

**** PRORROGADO POR MAIS 45 DIAS PELA FIFA SEU JULGAMENTO EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS NA CORTE FEDERAL DO BROOKLYN, E, ENCAMINHADAS A FIFA.****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, VEJAM ABAIXO,COMO ROGÉRIO CABOCLO, O HOMEM FINANCEIRO DE MARCO POLO DEL NERO, MULTIPLICOU SEUS BENS:

Sua excelência, Procuradora Geral da República, Dra. Raquel Elias Ferreira Dodge;

Sua excelência, Sub-Procurador da República, Dr. Carlos Alberto Carvalho de Vilhena Coelho.

Senhor Coordenador da Força Tarefa OPERAÇÃO LAVA JATO, Dr. Deltan Martinazzo Dallagnol;

!!!! ROGÉRIO CABOCLO, FUNCIONÁRIO DA CBF E FUNCIONÁRIO DE LONGOS ANOS DE MARCO POLO DEL NERO !!!!!

**** Salário em 2015 na Federação Paulista de Futebol : R$ 35.000,00 (Presidente Del Nero).

* AS EMPRESAS: CABOCLO ADVOGADOS ASSOCIADOS.,
              CABOCLO DISTRIBUIDORA LTDA.
              CROMMA LOGÍSTICA EMPRESARIAL.
              ROMMAC DISTRIBUIDORA DE PRODUTOS ALIMENTÍCIOS.
              CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS IMOBILIÁRIOS.*

* PROPRIEDADES IMOBILIÁRIAS.

* CARROS IMPORTADOS.

* IMÓVEIS ADQUIRIDOS PELA : CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS , EM UM TOTAL DE R$ 5.500.000,00.

* EVOLUÇÃO PATRIMONIAL DE ROGÉRIO CABOCLO EM MILHÕES: 2006........ 0,55.
                                                        ABRIL  2018........ 8,6

* PATRIMÔNIO DE ROGÉRIO CABOCLO EM 2001.......... R$ 570.000,00.
  ABRIL DE 2018 ................................................... R$ 8.600.000,00.

******* ROGÉRIO CABOCLO ESTÁ NOS PROTOCOLOS ABAIXO :

PR-RJ No. 00022380/2017 datado de 04/04/2017
24o.. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.

PGR  No. 00126835/2018 datado de 12/03/2018.
!!!! EXCLUSIVO INFORMANDO SOBRE A MANOBRA PARA ELEGER ROGÉRIO CABOCLO!!!!

PR-RJ No. 00026424/2018 datado de 20/03/2018
43o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.

Vejam.: https://www1.folha.uol.com.br/esporte/2018/03/futuro-presidente-da-cbf-multiplica-seu-patrimonio-apos-virar-cartola.shtml

** AS ESMERALDAS **

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
* MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..

     * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
       PR-RJ No. 00059472/2016
     * ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
     * RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
     * CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
       PR-RJ No. 00064846/2016
     * LUIS CEZAR PENHA SARAIVA - PR-RJ No. 00091622/2017 (ex-Gerente da Conta da CBF no Banco REAL).
     * CARLOS EUGENIO LOPES - CARLÔ - PR - RJ No. 00060006/2016.
     * ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016
     * REINALDO BUZZONI - PR-RJ No. 00090877/2016
     * MARCO POLO DEL NERO - PR- RJ No. 00068183/2016.
     * RICARDO TEIXEIRA - PR-RJ No. 00058334.
         * FERNANDO MENDES FRANÇA - TI E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ No.
00067352/2016

#### **** CITADOS NA CORTE FEDERAL DO BROOKLYN - NY ****

* MARCO ANTONIO TEIXEIRA - ex-Secretario Geral da CBF, Admitido pelo Tio Ricardo Teixeira em 1989, DEMITIDO
  por MARCO POLO DEL NERO, PARTICIPOU DE TODOS OS CONTRATOS ASSINADOS, COMO SECRETÁRIO GERAL,
  PELO TITIO RICARDO TEIXEIRA, INCLUSIVE PARTICIPOU DO ROMPIMENTO ENTRE A UMBRO E A ENTRADA DA NIKE NA
CBF,
  É, HOJE, DIRETOR DE FUTEBOL DO AMERICA RJ.

* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO E CONFIDENTE DOS PRESIDENTES: RICARDO TEIXEIRA,
  JOSÉ MARIA MARÍN, MARCO POLO DEL NERO. O HOMEM QUE INFORMAVA O NUMERO DA CONTA DE RICARDO TEIXEIRA,
  CONFORME DELATOR NA CORTE FEDERAL DO BROOKLYN. ESTÁ DESCRITO NA PR-RJ DESDE O DIA
  08 DE AGOSTO DE 2016 NO PRIMEIRO PROTOCOLO No. PR-RJ No 00059472/2016.

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, O HOMEM DA VENDA DA COBERTURA NA BARRA DA TIJUCA
  PARA MARCO POLO DEL NERO, DESCRITO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL ,
  ( O BELO IATE DE DEL NERO/ O HOMEM COM MAIS DE 30 EMPRESAS DE TURISMO , TUDO EXPLICADO NO
  RELATÓRIO PARALELO DA CPI DO FUTEBOL, ETC.).

#### !!!!! MILTON LYRA - MILTINHO - ** O DOLEIRO DA CBF ** !!!!!

** O HOMEM QUE POSSUI CADEIRA CATIVA NA HORA DO ALMOÇO, NA SEDE DA CBF, AO LADO DE MARCO POLO DEL NERO
E ROGÉRIO CABOCLO. ESTÁ DESCRITO NOS SEGUINTES PROTOCOLOS, ABAIXO:

 !!!! PROTOCOLO: PR-RJ No. 00075487/2016 datado de 20 de OUTUBRO de 2016.
     PROTOCOLO: PR-RJ No. 00079769/2016 datado de 10 de NOVEMBRO de 2016.
     PROTOCOLO: PR-RJ No. 00081002/2016 datado de 15 de NOVEMBRO de 2016.
     PROTOCOLO: PR-RJ nO. 00020357/2017 datado de 28 de MARÇO de 2017.!!!!

#### DESCRIÇÃO:

1)   CBF FAZ MANOBRA POR DEBAIXO DOS PANOS.

    MARILIZ PEREIRA - FOLHA DE SÃO PAULO

Veja Link.: https://www1.folha.uol.com.br/colunas/marilizpereirajorge/2018/04/cbf-faz-manobra-por-debaixo-dos-panos.shtml

2)   DONO DE HELICÓPTERO APREENDIDO COM COCAÍNA VIRA DIRETOR DA CBF.

    SERGIO RANGEL - FOLHA DE SÃO PAULO

    * GUSTAVO PERRELLA
    * ROGÉRIO CABOCLO
    * MARCO POLO DEL NERO
    * VICENTE CÂNDIDO (PT-SP)
    * MARCELO ARO (PHS-MG)
    * MARCUS VICENTE (SUPERIOR TRIBUNAL FEDERAL).

Veja Link.: https://www1.folha.uol.com.br/esporte/2018/04/dono-de-helicoptero-apreendido-com-cocaina-vira-diretor-da-cbf.shtml

3) PARECE COCAÍNA, MAS É SÓ TRISTEZA (NA CBF).

   BLOG PAULINHO

   Veja Link.: https://blogdopaulinho.com.br/2018/04/06/parece-cocaina-mas-e-so-tristeza-na-cbf/

4 ) POLÍCIA E MP DEFLAGRAM OPERAÇÃO CARTOLA NA PARAÍBA.

   BLOG DO PAULINHO

   Veja Link: https://blogdopaulinho.com.br/2018/04/09/policia-e-mp-deflagram-operacao-cartola-na-paraiba/

5 ) OPERAÇÃO CARTOLA INVESTIGA RESULTADOS MANIPULADOS NO FUTEBOL DA PARAÍBA, E, CUMPRE MANDADOS.

JORNAL O GLOBO - G1

Veja Link.: https://g1.globo.com/pb/paraiba/noticia/operacao-cartola-cumpre-mandados-em-4-cidades-da-paraiba.ghtml

6  ) OPERAÇÃO CARTOLA APURA MANIPULAÇÃO DE RESULTADOS NO FUTEBOL DA PARAÍBA.

JANAÍNA ARAÚJO  -  ESPECIAL ESTADÃO

Veja  Link.:  http://esportes.estadao.com.br/noticias/futebol,operacao-cartola-apura-manipulacao-de-resultados-no-futebol-da-paraiba,70002261228

7  ) POLÍCIA E PROCURADORIA APURAM MANIPULAÇÃO DE RESULTADOS NA PARAÍBA.

MARCELO DE VICO  -  FOLHA DE SÃO PAULO

Veja Link.: https://www1.folha.uol.com.br/esporte/2018/04/policia-e-mp-apuram-manipulacao-de-resultados-na-paraiba.shtml

8  ) *ALVO DE OPERAÇÃO DA PF, !!!!MILTINHO!!!! COSTUMAVA ABRIR SUA MANSÃO NO LAGO SUL PARA POLÍTICOS.

- FREQUENTADOR ASSÍDUO NA HORA DO ALMOÇO NA SEDE DA CBF , ALMOÇAVA COM MARCO POLO DEL NERO E ROGÉRIO CABOCLO.

REVISTA ÉPOCA.

Veja Link:https://epoca.globo.com/politica/expresso/noticia/2018/04/alvo-de-operacao-da-pf-miltinho-costumava-abrir-sua-mansao-no-lago-sul-para-politicos.html

9  ) ***** LAVA JATO NA SALA DE MARCO POLO DEL NERO

BLOG JUCA KFOURI

Veja Link.:https://blogdojuca.uol.com.br/2016/07/79369/

10  ) MILTON LYRA !!!! JÁ !!!! FOI CITADO EM VÁRIAS DELAÇÕES POR RELAÇÃO QUE TEM COM POLÍTICOS DO MDB.

JORNAL HOJE

Veja Vídeo: https://globoplay.globo.com/v/6657280/

11  ) JUIZ DÁ PRAZO PARA CBF EXIBIR ATA E MINISTÉRIO PÚBLICO NÃO DEVE CONSEGUIR EVITAR PLEITO.

BLOG PERRONE
Veja Link.: https://blogdoperrone.blogosfera.uol.com.br/2018/04/juiz-da-prazo-para-cbf-exibir-ata-e-mp-nao-deve-conseguir-evitar-pleito/

12  ) CARTOLAS DEVEM FICAR ATÉ 19 DIAS NA COPA BANCADOS PELA CBF.

BLOG MARCEL RIZZO

Veja Link.: https://marcelrizzo.blogosfera.uol.com.br/2018/04/12/cartolas-devem-ficar-ate-19-dias-na-copa-bancados-pela-cbf-mas-sem-esposas/

13  ) **ACUSADO MARCO POLO DEL NERO SE DEFENDE A CARTOLAS E PROMETE TREM DA ALEGRIA NA COPA.

BLOG RODRIGO MATTOS

Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2017/12/08/acusado-del-nero-se-defende-a-cartolas-e-promete-trem-da-alegria-na-copa/

14  ) GALVÃO BUENO CRITICA CBF POR PAGAR IDA À COPA A PRESIDENTES DE FEDERAÇÕES !! TREM DA ALEGRIA!!.

SPORTV

Veja Link,:https://sportv.globo.com/site/programas/bem-amigos/noticia/galvao-critica-cbf-por-pagar-ida-a-copa-a-presidentes-de-federacoes-trem-da-alegria-so-que-sem-maquinista.ghtml

15  ) **** DINHEIRO O MAIOR CABO ELEITORAL NA ELEIÇÃO À PRESIDENTE DA CBF****

ALMIR LEITE  -   ESTADÃO

Veja Link.: http://esportes.estadao.com.br/blogs/almir-leite/dinheiro-o-maior-cabo-eleitoral-na-eleicao-a-presidencia-da-cbf/

16  ) ****** O GOLPE DESTA VEZ, ACONTECEU  NA  CBF  ******

JUCA KFOURI - FOLHA DE SÃO PAULO

Veja Link.: https://www1.folha.uol.com.br/colunas/jucakfouri/2018/03/o-golpe-desta-vez-aconteceu-na-cbf.shtml

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. CARLOS ALBERTO CARVALHO DE VILHENA COELHO - SUB-PROCURADOR DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM
ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA
PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ***

 É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 44º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.\*\*

- FUTURO PRESIDENTE DA CBF !! MULTIPLICA !! SEU PATRIMÔNIO APÓS VIRAR CARTOLA.
- MARCO POLO DEL NERO VAI PROPOR ACORDO PARA NÃO SER PRESO.
- INQUÉRITO CONTRA MARCO POLO DEL NERO E RICARDO TEIXEIRA TRAVA NO SUPERIOR TRIBUNAL FEDERAL, POR FORO PRIVILEGIADO.
- MINISTÉRIO PÚBLICO DO RIO DE JANEIRO PEDE QUE JUSTIÇA ANULE ESTATUTO DA CBF ANTES DA ELEIÇÃO DE ROGÉRIO CABOCLO. (GOLPE).
- FUTURO PRESIDENTE DA CBF IGNORA CLUBES EM NOVA DIRETORIA.
- SENADOR ROMÁRIO E OUTROS PARLAMENTARES TENTAM CANCELAR ELEIÇÃO DA CBF.
- SENADOR ROMÁRIO PEDE A PROCURADORA GERAL DA REPÚBLICA RAQUEL DODGE, QUE SUSPENDA A ELEIÇÃO DA CBF. (GOLPE).
- SENADOR ROMÁRIO ENTRA COM REPRESENTAÇÃO NO MINISTÉRIO PÚBLICO FEDERAL PARA PEDIR CANCELAMENTO DA ELEIÇÃO NA CBF.

- ÍNTEGRA DA REPRESENTAÇÃO DO SENADOR ROMÁRIO NA PROCURADORIA GERAL DA REPÚBLICA PARA IMPEDIR ELEIÇÃO NA CBF. (GOLPE).
- SENADOR RANDOLFE RODRIGUES EXPLICA PEDIDO DE CANCELAMENTO DA ELEIÇÃO DA NOVA DIRETORIA DA CBF.
- PARLAMENTARES VÃO À PROCURADORIA GERAL DA REPÚBLICA PARA SUSPENDER ELEIÇÃO DA CBF. (GOLPE).

PGR / MPF No.   20180047289          PR – RJ No. 00031003/2018

DATA: 05 de ABRIL de 2018

 Gmail

**Felipe Quirino** <aspquirino@gmail.com>

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180047289
2 messages

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Fri, Apr 6, 2018 at 3:31 PM

De: **MPF**
Data: 6 de abril de 2018 12:25
Assunto: MPF 20180047289

---

Ilmo Sr,,

Resposta à manifestação nº **20180047289** (05/04/2018).

Prezado Senhor,

PROTOCOLO: **PR-RJ-00031003/2018**.

**Descrição:**

**** 44o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF. !!!! ****

Rio de Janeiro, 05 de ABRIL de 2018   às 18:43

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 44o. QUADRAGÉSIMO QUARTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA, OUVIDORIA DA PGR, O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS, CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA AMERICANA/FBI, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI, DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

**** PRORROGADO POR MAIS 45 DIAS PELA FIFA SEU JULGAMENTO EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS NA CORTE FEDERAL DO BROOKLYN, E, ENCAMINHADAS A FIFA.****


À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, VEJAM ABAIXO,COMO ROGÉRIO CABOCLO, O HOMEM FINANCEIRO DE MARCO POLO DEL NERO, MULTIPLICOU SEUS BENS:

Sua excelência, Procuradora Geral da República, Dra. Raquel Elias Ferreira Dodge;

Senhor Coordenador da Força Tarefa OPERAÇÃO LAVA JATO, Dr. Deltan Martinazzo Dallagnol;

** ROGÉRIO CABOCLO, FUNCIONÁRIO DA CBF E FUNCIONÁRIO DE LONGOS ANOS DE MARCO POLO DEL NERO.**

**** Salário em 2015 na Federação Paulista de Futebol : R$ 35.000,00 (Presidente Del Nero).

* AS EMPRESAS: CABOCLO ADVOGADOS ASSOCIADOS,,
                CABOCLO DISTRIBUIDORA LTDA.
                CROMMA LOGÍSTICA EMPRESARIAL.
                ROMMAC DISTRIBUIDORA DE PRODUTOS ALIMENTÍCIOS.
                CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS IMOBILIÁRIOS.*

* PROPRIEDADES IMOBILIÁRIAS.

* CARROS IMPORTADOS.

* IMÓVEIS ADQUIRIDOS PELA : CABOCLO PARTICIPAÇÕES E EMPREENDIMENTOS , EM UM TOTAL DE
                R$ 5.500.000,00.

* EVOLUÇÃO PATRIMONIAL DE ROGÉRIO CABOCLO EM MILHÕES: 2006........ 0,55.
                ABRIL 2018........ 8,6

* PATRIMÔNIO DE ROGÉRIO CABOCLO EM 2001.......... R$ 570.000,00.
  ABRIL DE 2018 ................................................................. R$ 8.600.000,00.

******* ROGÉRIO CABOCLO ESTÁ NOS PROTOCOLOS ABAIXO :

                PR-RJ No. 00022380/2017 datado de 04/04/2017
                24o.. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.

                PGR  No. 00126835/2018 datado de 12/03/2018.
!!!! EXCLUSIVO INFORMANDO SOBRE A MANOBRA PARA ELEGER ROGÉRIO CABOCLO!!!!

                PR-RJ No. 00026424/2018 datado de 20/03/2018.
                43o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.

Vejam.: https://www1.folha.uol.com.br/esporte/2018/03/futuro-presidente-da-cbf-multiplica-seu-patrimonio-apos-virar-cartola.shtml


** AS ESMERALDAS **


* WAGNER ABRAÃO - GRUPO ÀGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
* MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
  RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..
* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
  PR-RJ No. 00059472/2016
* ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
* RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
* CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
  PR-RJ No. 00064846/2016
* LUIS CEZAR PENHA SARAIVA  - PR-RJ No. 00091622/2017 (ex-Gerente da Conta da CBF no Banco REAL).

* CARLOS EUGENIO LOPES - CARLÔ - PR-RJ No. 00060006/2016.
* ARIBERTO PEREIRA DOS SANTOS FILHO,- PR-RJ No. 00058860/2016
* REINALDO BUZZONI - PR-RJ No. 00090877/2016
* MARCO POLO DEL NERO - PR- RJ No. 00068183/2016.
* RICARDO TEIXEIRA - PR-RJ No. 00058334,
      * FERNANDO MENDES FRANÇA - TI  E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ No. 00067352/2016

#### **** CITADOS NA CORTE FEDERAL DO BROOKLYN - NY ****

* MARCO ANTONIO TEIXEIRA - ex-Secretario Geral da CBF, Admitido pelo Tio Ricardo Teixeira em 1989, DEMITIDO
  por MARCO POLO DEL NERO, PARTICIPOU DE TODOS OS CONTRATOS ASSINADOS, COMO SECRETÁRIO GERAL,
  PELO TITIO RICARDO TEIXEIRA, INCLUSIVE PARTICIPOU DO ROMPIMENTO ENTRE A UMBRO E A ENTRADA DA NIKE NA CBF,
  É HOJE, DIRETOR DE FUTEBOL DO AMERICA RJ.

* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO E CONFIDENTE DOS PRESIDENTES: RICARDO TEIXEIRA,
  JOSÉ MARIA MARÍN, MARCO POLO DEL NERO.  O HOMEM QUE INFORMAVA O NUMERO DA CONTA DE RICARDO TEIXEIRA,
  CONFORME DELATOR NA CORTE FEDERAL DO BROOKLYN.  ESTÁ DESCRITO NA PR-RJ DESDE O DIA 08 DE AGOSTO DE 2016
  NO PRIMEIRO PROTOCOLO No. PR-RJ 00059472/2016.

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, O HOMEM DA VENDA DA COBERTURA NA BARRA DA TIJUCA
  PARA MARCO POLO DEL NERO, DESCRITO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL , ( O BELO IATE DE DEL NERO/
  O HOMEM COM MAIS DE 30 EMPRESAS DE TURISMO ,TUDO EXPLICADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL, ETC.).

#### DESCRIÇÃO:

1 ) FUTURO PRESIDENTE DA CBF MULTIPLICA SEU PATRIMÔNIO APÓS VIRAR CARTOLA.

   DIEGO GARCIA - FOLHA DE SÃO PAULO

   **** ROGÉRIO CABOCLO.

   Veja Link.: https://www1.folha.uol.com.br/esporte/2018/03/futuro-presidente-da-cbf-multiplica-seu-patrimonio-apos-virar-cartola.shtml

2 ) MARCO POLO DEL NERO VAI PROPOR ACORDO PARA NÃO SER PRESO.

   BLOG GAROTINHO

   Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=25463

3 ) INQUÉRITO CONTRA DEL NERO E TEIXEIRA ****TRAVA NO STF POR FORO PRIVILEGIADO****.

   BLOG RODRIGO MATTOS - UOL

   **** MARCO POLO DEL NERO, RICARDO TERRA TEIXEIRA, DEP.FEDERAL MARCUS ANTONIO VICENTE.
   **** INQUÉRITO INICIOU NA JUSTIÇA FEDERAL DO RIO DE JANEIRO EM JUNHO DE 2017.
   **** NA JUSTIÇA AMERICANA JOSÉ MARIA MARÍN, ESTÁ PRESO, AGUARDANDO SENTENÇA NO DIA 30/MAIO/2018.
   **** RICARDO TEIXEIRA, ESTÁ EM SUA MANSÃO NO ITANHANGÁ - BARRA DA TIJUCA - RJ, ESTÁ NO PROTOCOLO
        PR-RJ No. 00058334/2016 datado de 02 de AGOSTO de 2016.
   **** MARCO POLO DEL NERO, MANOBRA ILEGITIMAMENTE CANDIDATURA DE SEU HOMEM DAS FINANÇAS
        ROGÉRIO CABOCLO, PARA ASSUMIR O CONTROLE DA CBF. (ROGERIO CABOCLO O HOMEM QUE ENVIA OS
        REPASSES E MENSALINHOS À TODAS AS FEDERAÇÕES ALIADAS DE MARCO POLO DEL NERO).
        MARCO POLO DEL NERO ESTÁ NO PROTOCOLO PR-RJ No.00068183/2016 datado de 22 de SETEMBRO de 2016.
   **** KLEBER LEITE - KLEFER  -  JUSTIÇA AMERICANA/FBI.
   **** ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZÓ - RELATÓRIO DA CPI ENTREGUE NO MPF/PGR.
   **** GUSTAVO DANTAS FEIJÓ - RELATÓRIO PARALELO DA CPI ENTREGUE NO MPF / PGR.
   **** CARLOS EUGÊNIO LOPES - CARLÔ - PROTOCOLO  PR-RJ No. 00060006/2016 datado de 16 de AGOSTO de 2016.
   **** MARCUS VICENTE - VICE PRESIDENTE - DEPUTADO FEDERAL PROTOCOLO PR-RJ No. 00075487/2016
        datado de 20 de OUTUBRO de 2016. Seu HISTÓRICO NA JUSTIÇA ESTÁ NO LINK.:
         !!!!  OS 118 GOLPISTAS COM PROCESSOS NA JUSTIÇA  !!!!.
   **** EM SETEMBRO DE 2017 O INQUÉRITO ****CHEGA A PGR****.
   **** EM NOVEMBRO DE 2017 ****A  PGR ENCAMINHA AO SUPERIOR TRIBUNAL FEDERAL - STF, E, !!!! ESTÁ PARADO
        ATÉ OS DIAS DE HOJE!!!!.
   **** OS CRIMES: !!!! CRIME CONTRA O SISTEMA FINANCEIRO.
                    OCULTAÇÃO DE BENS.
                    CRIMES DE LAVAGEM, CONTRA A ORDEM TRIBUTÁRIA.
                    CRIME ELEITORAL.
                    ESTELIONATO.!!!!   É importante lembrar ao MPF, PGR, e a COORDENAÇÃO DA FORÇA TAREFA
                                       OPERAÇÃO LAVA JATO QUE TODOS OS CRIMES TEM PRESCRIÇÃO.

   Veja Link.:https://rodrigomattos.blogosfera.uol.com.br/2018/03/29/inquerito-contra-del-nero-e-teixeira-trava-no-stf-por-foro-privilegiado/

4 ) MP - RJ PEDE QUE JUSTIÇA ANULE ESTATUTO DA CBF ANTES DA ELEIÇÃO DE ROGÉRIO CABOCLO.

UOL ESPORTE

Veja Link.: https://esporte.uol.com.br/futebol/de-primeira/2018/04/03/mp-rj-pede-que-justica-anule-estatuto-da-cbf-antes-de-eleicao-de-caboclo.htm

5 ) FUTURO PRESIDENTE DA CBF IGNORA CLUBES EM NOVA DIRETORIA.

SERGIO RANGEL - FOLHA DE SÃO PAULO

**** ROGÉRIO CABOCLO - O HOMEM DAS FINANÇAS DE MARCO POLO DEL NERO
**** REPASSE MENSAL PARA AS FEDERAÇÕES: R$ 75.000,00
**** MENSALINHO R$ 20.000,00.
**** TEM QUE MANTER ISTO, FRASE MAIS OUVIDA NA MANOBRA PARA ELEGER ROGÉRIO CABOCLO.

Veja Link.: https://www1.folha.uol.com.br/esporte/2018/04/futuro-presidente-da-cbf-ignora-clubes-em-diretoria.shtml

6 ) SENADOR ROMÁRIO E OUTROS PARLAMENTARES TENTAM CANCELAR ELEIÇÃO DA CBF.

Senadores: ROMÁRIO, RANDOLFE RODRIGUES, JOSÉ MEDEIROS, MAGNO MALTA.
Deputados Federais.: OTÁVIO LEITE, SILVIO TORRES, JOÃO DERLY, EZEQUIEL TEIXEIRA.

DEMÉTRIO VECCHIOLI - UOL

Veja Link.:https://blogs.oglobo.globo.com/panorama-esportivo/post/romario-quer-adiar-eleicao-da-cbf.html

7 ) ROMÁRIO PEDE A PROCURADORA GERAL DA REPÚBLICA DRA. RAQUEL DODGE, QUE SUSPENDA A ELEIÇÃO DA CBF: !!!! GOLPE !!!!.

DEMETRIO VECCHIOLI - UOL

Veja Link.: https://olharolimpico.blogosfera.uol.com.br/2018/04/04/romario-reune-parlamentares-e-pede-a-pgr-que-suspenda-eleicao-da-cbf/

8 ) SENADOR ROMÁRIO ENTRA COM REPRESENTAÇÃO NO MPF PARA PEDIR CANCELAMENTO DA ELEIÇÃO NA CBF.

GLOBO ESPORTE / BRASILIA

Veja Link.:https://globoesporte.globo.com/df/futebol/noticia/romario-entra-com-processo-no-mp-para-pedir-cancelamento-da-eleicao-na-cbf.ghtml

9 ) ÍNTEGRA DA REPRESENTAÇÃO DE ROMÁRIO NA PGR PARA IMPEDIR ELEIÇÃO NA CBF.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2018/04/05/integra-da-representacao-de-romario-na-pgr-para-impedir-eleicao-na-cbf/

10 ) SENADOR RANDOLFE RODRIGUES EXPLICA PEDIDO DE CANCELAMENTO DA ELEIÇÃO DA NOVA DIRETORIA DA CBF.

SENADO NOTÍCIAS

OUÇA ÀUDIO:

https://www12.senado.leg.br/noticias/audios/2018/04/randolfe-explica-pedido-de-cancelamento-da-eleicao-da-nova-diretoria-da-cbf

11 ) PARLAMENTARES VÃO À PGR PARA SUSPENDER ELEIÇÃO DA CBF.

GAUCHAZH

https://gauchazh.clicrbs.com.br/esportes/noticia/2018/04/parlamentares-vao-a-pgr-para-suspender-eleicao-da-cbf-cjfllfev9062c01ph5pb4mu2x.html

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****



# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 43º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.\*\*

- DEL NERO MOSTRA PROVAS DE QUE NÃO ESTEVE EM ASSUNÇÃO.
- PIVÔ DO ESCÂNDALO FIFA VOLTA AO BRASIL DE VEZ
- PIVÔ DO ESCÂNDALO DA FIFA, EMPRESÁRIO J. HAWILLA RETORNA AO BRASIL.
- DELATOR, J. HAWILLA ESTÁ NO BRASIL E TIRA ONDA, ACABOU O PROCESSO.
- J. HAWILLA A DELAÇÃO COMPENSA.
- JUSTIÇA ESPERA QUE HAWILLA RETORNE AOS EUA EM ABRIL.
- BRASIL TEM DE INVESTIGAR A GRAVE DELAÇÃO DE HAWILLA A ANDRÉS.
- PROMOTORES REBATEM PEDIDO DE MARIN POR NOVO JULGAMENTO NOS EUA.
- PRESO # 86356053, MARIN ENFRENTA DURA ROTINA EM CENTRO DE DETENÇÃO.
- POLÍCIA DE SÃO PAULO TENTA INTIMAR DEL NERO A DEPOR, MAS NÃO O ENCONTRA.
- EM ELEIÇÃO NA CBF DEVE TER CANDIDATO ÚNICO, E, INDICADO POR MARCO POLO DEL NERO.
- SENTENÇA DE MARIN É ADIADA PARA O FINAL DE MAIO.

- PRESIDENTE DA CBF RECEBE R$ 1,5 MILHÃO POR CARGO QUE DIZ NÃO EXERCER.
- MINISTÉRIO PÚBLICO ABRE INQUÉRITO PARA INVESTIGAR PRESIDENTE DA CBF E PARCEIRO.
- MESMO BANIDO, DEL NERO RECEBE DIRIGENTES E ARTICULA ELEIÇÃO NA CBF.
- O CERCO SE FECHA, DEL NERO NUNCA ESTEVE TÃO PERTO DO BANIMENTO.
- DINHEIRO, O MAIOR CABO ELEITORAL NA ELEIÇÃO À PRESIDENCIA DA CBF.
- O GOLPE DESTA VEZ, ACONTECEU NA CBF.
- FIFA PRORROGA SUSPENSÃO DE MARCO POLO DEL NERO ATÉ ABRIL
- LANCE OPINA.: NOVO ATO DA TRAGÉDIA.
- JUSTIÇA DE ANDORRA PEDE EXTRADIÇÃO DE RICARDO TEIXEIRA.
- QUANDO RICARDO TEIXEIRA SERÁ PRESO.

PGR / MPF No.  20180042229          PR – RJ No. 00026424/2018

DATA: 20 de MARÇO de 2018

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180042229
2 messages

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Thu, Mar 22, 2018 at 4:50 PM

De: **MPF**
Data: 22 de março de 2018 15:51
Assunto: MPF 20180042229

Ilmo Sr. **Moises Campos de Lima**,

Resposta à manifestação nº **20180042229** (20/03/2018).

Prezado Senhor,

PROTOCOLO: PR-RJ-00026424/2018

**Descrição:**

** 43o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!! **

Rio de Janeiro, 20 de MARÇO de 2018    às 20:23

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 43o, QUADRAGÉSIMO TERCEIRO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA
O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA,
    ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, *** CONDENADO PELO JURI POPULAR
    NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS.
    CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE, O
    ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA
    NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA****,
    INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI. DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

**** PRORROGADO POR MAIS 45 DIAS PELA FIFA SEU JULGAMENTO EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS NA CORTE FEDERAL DO BROOKLYN, E, ENCAMINHADAS A FIFA.****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO :

## ** AS ESMERALDAS **

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
* MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989.,
* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. - PR-RJ No. 00059472/2016
* ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
* RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
* CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL PR-RJ No. 00064846/2016
* LUIS CEZAR PENHA SARAIVA - PR-RJ No. 00091622/2017
* CARLOS EUGENIO LOPES - CARLÔ - PR - RJ No. 00060006/2016.
* ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016
* REINALDO BUZZONI - PR-RJ No. 00090877/2016
* MARCO POLO DEL NERO - PR- RJ No. 00068183/2016.
* RICARDO TEIXEIRA - PR-RJ No. 00058334.
* FERNANDO MENDES FRANÇA - TI E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ No. 00067352/2016

#### **** CITADOS NA CORTE FEDERAL DO BROOKLYN - NY ****

* MARCO ANTONIO TEIXEIRA - ex-Secretario Geral da CBF, Admitido pelo Tio Ricardo Teixeira em 1989, DEMITIDO por MARCO POLO DEL NERO, PARTICIPOU DE TODOS OS CONTRATOS ASSINADOS, COMO SECRETÁRIO GERAL, PELO TITIO RICARDO TEIXEIRA, INCLUSIVE PARTICIPOU DO ROMPIMENTO ENTRE A UMBRO E A ENTRADA DA NIKE NA CBF, É HOJE, DIRETOR DE FUTEBOL DO AMERICA RJ.

* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO E CONFIDENTE DOS PRESIDENTES: RICARDO TEIXEIRA, JOSÉ MARIA MARÍN, MARCO POLO DEL NERO. O HOMEM QUE INFORMAVA O NUMERO DA CONTA DE RICARDO TEIXEIRA, CONFORME DELATOR NA CORTE FEDERAL DO BROOKLYN. ESTÁ DESCRITO NA PR-RJ DESDE O DIA 08 DE AGOSTO DE 2016 NO PRIMEIRO PROTOCOLO No. PR-RJ 00059472/2016.

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, O HOMEM DA VENDA DA COBERTURA NA BARRA DA TIJUCA PARA MARCO POLO DEL NERO, DESCRITO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL , ( O BELO IATE DE DEL NERO/ O HOMEM COM MAIS DE 30 EMPRESAS DE TURISMO , TUDO EXPLICADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL, ETC.).

DESCRIÇÃO:

1 ) DEL NERO MOSTRA PROVAS DE QUE NÃO ESTEVE EM ASSUNÇÃO.

JAMIL CHADE - ESTADÃO - ENVIADO ESPECIAL A GENEBRA.

** ALEXANDRE SILVA DA SILVEIRA , CONVOCADA NA FIFA PARA PRESTAR DEPOIMENTO.

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,del-nero-mostra-provas-de-que-nao-esteve-em-acerto-de-propina-em-assuncao,70002173889

2 ) PIVÔ DE ESCÂNDALO FIFA VOLTA AO BRASIL DE VEZ.

ALLAN DE ABREU, FABIO VICTOR

** J. HAWILLA. **

Veja Link.:http://piaui.folha.uol.com.br/pivo-de-escandalo-fifa-volta-ao-brasil-de-vez/

3 ) PIVÔ DO ESCÂNDALO DA FIFA, EMPRESÁRIO J. HAWILLA RETORNA AO BRASIL.

   FOLHA DE SÃO PAULO.

   Veja Link.: https://www1.folha.uol.com.br/esporte/2018/02/pivo-do-escandalo-da-fifa-empresario-jhawilla-retorna-ao-brasil.shtml

4 ) DELATOR J. HAWILLA ESTÁ NO BRASIL E TIRA ONDA: **ACABOU O PROCESSO**.

   BLOG DO PAULINHO

   Veja Link.:https://blogdopaulinho.com.br/2018/02/09/delator-j-hawilla-esta-no-brasil-e-tira-onda-acabou-o-processo/

5 ) J. HAWILLA: A DELAÇÃO COMPENSA.

   JUCA KFOURI

   Veja Link.: http://blogdojuca.uol.com.br/2018/02/j-hawilla-a-delacao-compensa/

6 ) JUSTIÇA ESPERA QUE HAWILLA RETORNE AOS EUA EM ABRIL.

   ALEX SABINO / SILAS MARTI    FOLHA DE SÃO PAULO

   Veja Link.: https://www1.folha.uol.com.br/esporte/2018/02/justica-espera-que-hawilla-retorne-aos-estados-unidos-em-abril.shtml

7 ) BRASIL TEM DE INVESTIGAR A GRAVE DELAÇÃO DE HAWILLA A ANDRÉS.

   BLOG COSME RÍMOLI

   Veja Link.:https://esportes.r7.com/prisma/cosme-rimoli/brasil-tem-de-investigar-a-grave-delacao-de-hawilla-a-andres-19022018

8 ) PROMOTORES REBATEM PEDIDO DE MARIN POR NOVO JULGAMENTO NOS EUA.

   MARTIN FERNANDEZ - GLOBO ESPORTES

   Veja Link.:https://globoesporte.globo.com/futebol/noticia/promotores-rebatem-pedido-de-marin-por-novo-julgamento-nos-eua.ghtml

9 ) PRESO #86356053, MARIN ENFRENTA DURA ROTINA EM CENTRO DE DETENÇÃO.

   JAMIL CHADE - ESTADÃO - ENVIADO ESPECIAL A NY.

        Veja    Link.:    http://esportes.estadao.com.br/noticias/futebol,preso-86356053-marin-enfrenta-dura-rotina-em-centro-de-detencao,70002206502

10 )**** POLÍCIA DE SÃO PAULO TENTA INTIMAR DEL NERO A DEPOR, MAS NÃO O ENCONTRA.****

   DEMETRIO VECCHIOLI - UOL

        Veja Link.: https://olharolimpico.blogosfera.uol.com.br/2018/03/01/policia-de-sao-paulo-tenta-intimar-a-depor-del-nero-mas-nao-o-encontra/

11 ) ELEIÇÃO NA CBF DEVE TER CANDIDATO ÚNICO, E, INDICADO POR MARCO POLO DEL NERO.

   MARTIN FERNANDEZ - O GLOBO

** RÓGERIO CABOCLO, O DIRETOR FINANCEIRO, O HOMEM DOS REPASSES, DOS MENSALINHOS, E, MORDOMIAS.
** O CORAÇÃO DE DEL NERO (PATRIMONIO, COMPRA DO IATE QUE CONSTA DO RELATÓRIO DA CPI, COBERTURA, ETC.).

   Veja Link.: https://globoesporte.globo.com/blogs/bastidores-fc/post/2018/02/28/eleicao-na-cbf-deve-ter-candidato-unico-e-indicado-por-marco-polo-del-nero.ghtml

12 ) SENTENÇA DE MARIN É ADIADA PARA O FINAL DE MAIO.

   JAMIL CHADE - ESTADÃO - ENVIADO ESPECIAL A GENEBRA.

   Veja Link.:http://esportes.estadao.com.br/noticias/futebol,sentenca-de-marin-e-adiada-para-final-de-maio,70002212108

13 ) PRESIDENTE DA CBF RECEBE R$ 1,5 MILHÃO POR CARGO QUE DIZ NÃO EXERCER.

   LANCE

Link.:https://www.terra.com.br/esportes/lance/presidente-da-cbf-recebe-r-15-milhao-por-cargo-que-diz-naoexercer,6c27f348bb67ad36fcd020d434b310d05wqvxn34.html

14 ) MINISTÉRIO PÚBLICO ABRE INQUÉRITO PARA INVESTIGAR PRESIDENTE DA CBF E PARCEIRO.

   DEMETRIO VECCIOLI - UOL

   Veja Link.:https://olharolimpico.blogosfera.uol.com.br/2018/03/08/ministerio-publico-abre-inquerito-para-investigar-del-nero-e-parceiro/

15 ) ** MESMO BANIDO, DEL NERO RECEBE DIRIGENTES E ARTICULA ELEIÇÃO NA CBF.**

!!!!!!!! GRAVÍSSIMO, ESTÁ PROIBIDO PELA FIFA DE QUALQUER APROXIMAÇÃO COM DIRIGENTES E TRATAR DE ASSUNTOS DA CBF, PRINCIPALMENTE MANOBRAS PARA REALIZAR ELEIÇÃO. !!!!!!!!!

   SERGIO RANGEL  -  FOLHA DE SÃO PAULO

Veja Link.:https://www1.folha.uol.com.br/esporte/2018/03/mesmo-banido-del-nero-recebe-dirigentes-e-articula-eleicao-na-cbf.shtml

16 ) O CERCO SE FECHA. DEL NERO NUNCA ESTEVE TÃO PERTO DO BANIMENTO,

   COSME RÍMOLI

Veja Link.:https://esportes.r7.com/prisma/cosme-rimoli/o-cerco-se-fecha-del-nero-nunca-esteve-tao-perto-do-banimento-08032018

17 ) !!!!!!!!!! DINHEIRO, DINHEIRO :  O MAIOR CABO ELEITORAL NA ELEIÇÃO À PRESIDÊNCIA DA CBF.!!!!!!!!!!

   ALMIR LEITE  -  ESTADÃO.

  **** MENSALINHOS, REPASSES, DINHEIRO A FUNDO PERDIDO, AUMENTO DE PATRIMÔNIO . ****

**** É IMPORTANTÍSSIMO UMA VARREDURA EM TODAS AS FEDERAÇÕES ALIADAS DE MARCO POLO DEL NERO, QUE SÃO  NA REALIDADE A MAIOR CAIXA PRETA DESTA MANOBRA!****

Veja Link.: http://esportes.estadao.com.br/blogs/almir-leite/dinheiro-o-maior-cabo-eleitoral-na-eleicao-a-presidencia-da-cbf/

18 ) !!!!!! O GOLPE , DESTA VEZ,  ACONTECEU NA CBF. !!!!!!

   BLOG PAULINHO P/ JUCA KFOURI

** DIRÃO QUE NÃO É ILEGAL, MAS ILEGITIMIDADE É TÃO GRITANTE QUE RESTA INCOMPREENSÍVEL O SILÊNCIO.**

** 20 VINTE CARTOLAS PRESIDENTES DAS FEDERAÇÕES FILIADAS E ALIADAS DE DEL NERO, QUE RECEBEM MENSALINHOS REPASSES, MORDOMIAS, ETC. **

  Veja Link.:https://blogdopaulinho.com.br/2018/03/11/o-golpe-desta-vez-aconteceu-na-cbf/

19 ) FIFA PRORROGA SUSPENSÃO DE MARCO POLO DEL NERO ATÉ ABRIL.

   SERGIO RANGEL  -  FOLHA DE SÃO PAULO

Veja Link.: https://www1.folha.uol.com.br/esporte/2018/03/fifa-prorroga-suspensao-de-marco-polo-del-nero-ate-abril.shtml

20 ) LANCE OPINA: NOVO ATO DA TRAGÉDIA!

   WALTER DE MATTOS JR.  - LANCE

  Veja Link.:https://www.terra.com.br/esportes/lance/l-opina-novo-ato-da-tragedia,736e92d0c7b89924d1bd27bc34802190vdfcbtrj.html

21 ) **** JUSTIÇA DE ANDORRA PEDE EXTRADIÇÃO DE RICARDO TEIXEIRA. ****

   SERGIO RANGEL  -  FOLHA DE SÃO PAULO

  Veja Link.:https://www1.folha.uol.com.br/esporte/2018/03/justica-de-andorra-pede-extradicao-de-ricardo-teixeira.shtml

22 ) **** QUANDO  RICARDO  TEIXEIRA  SERÁ  PRESO. ****

   BLOG DO GAROTINHO

  Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=25434


Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO.



BRASIL

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 42º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO.\*\*

- A PROVA DIFINITIVA CONTRA A GLOBO.
- DEFESA REFORÇA CULPA DE MARIN PARA LIVRAR DEL NERO NA FIFA.
- CARTOLAGEM DA CBF SOFRE DURO GOLPE COM PERDA DE ESQUEMA DA CBF ACADEMY.
- ADVOGADOS DE DEL NERO, PEDEM A FIFA MAIS TEMPO PARA APRESENTAÇÃO DE DEFESA.
- AFASTADO DEL NERO CONTINUA NO COMANDO DA CBF.
- O PT TEM QUE FECHAR A CBF E A GLOBO.
- CORTE DO BROOKLYN MARCA SENTENÇA DE JOSÉ MARIA MARIN PARA 04 DE ABRIL DE 2018.
- JUÍZA MARCA PARA O DIA 04 DE ABRIL DE 2018 DIVULGAÇÃO DA SENTENÇA DE JOSÉ MARIA MARIN.
- DATA MARCADA: CONDENADO NOS EUA, JOSÉ MARIA MARIN SABERÁ SENTENÇA NO DIA 04 DE ABRIL DE 2018.
- POLÍCIA CIVIL ABRE INQUÉRITO PARA INVESTIGAR MARCO POLO DEL NERO.

- AUSÊNCIA DE DEL NERO NA FIFA PODE DEFINIR BANIMENTO, ALERTAM DIRIGENTES.
- GRAMPO MOSTRA QUE RICARDO TEIXEIRA PEDIU AJUDA PARA IR AO CATAR SEM SER PRESO.
- FIFA INTERROGA MARCO POLO DEL NERO POR CINCO HORAS SOBRE PROPINAS E ACUSAÇÕES DE SETE CRIMES.
- CONDENADO POR SEIS CRIMES, JOSÉ MARIA MARIN PEDE NOVO JULGAMENTO.
- DEFESA DE JOSÉ MARIA MARIN PEDE ANULAÇÃO DE JURI E REIVINDICA NOVO JULGAMENTO.

PGR / MPF No. 20180006993          PR – RJ No. 00007685/2018

DATA: 28 de JANEIRO de 2018.

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180006993
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Jan 29, 2018 at 7:19 PM

De: **MPF**
Data: 29 de janeiro de 2018 17:26
Assunto: MPF 20180006993



Ilmo Sr.

Resposta à manifestação nº **20180006993** (28/01/2018).

Prezado Senhor,

PROTOCOLO: PR-RJ-00007685/2018

**Descrição:**

\*\*\*\* 42o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! \*\*\*\*

Rio de Janeiro, 28 de Janeiro de 2018    às  19:56

Ilma. Sra. Dra.  RAQUEL ELIAS FERREIRA DODGE  - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 42o. QUADRAGÉSIMO SEGUNDO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS,
FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\* PRESIDENTES: PRESO,  CITADOS,  INDICIADOS,  PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA,
ESTADOS UNIDOS DA AMERICA/FBI.\*\*

\*\* JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, \*\*\* CONDENADO PELO JURI POPULAR
NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS,

CONSIDERADO DE ALTA PERICULOSIDADE PELA JUÍZA PAMELA CHEN, QUE, O
ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA
NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA PENA**** ,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI.
DELATADO POR  ALEJANDRO BURZACO , J. HAWILLA,  NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
   AMERICANA/FBI, DELATADO  NA CORTE FEDERAL DO BROOKLYN-NY-EUA  PELO ADVOGADO
   DE JOSÉ MARIA MARÍN, E,  PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA,  INDICIADO PELO
   RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

 ****  BANIDO DO FUTEBOL PELA FIFA PELO PRAZO DE 90 (NOVENTA) DIAS,
       À PARTIR DE 15 DE DEZEMBRO DE 2017, EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS
       NA CORTE FEDERAL DO BROOKLYN.****


À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA DO RIO
DE JANEIRO :

                    * WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
                    * MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
                      RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..
                    * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
                      PR-RJ No. 00059472/2016
                    * ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
                    * RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
                    * CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
                      PR-RJ No. 00064846/2016
                    * LUIS CEZAR PENHA SARAIVA  - PR-RJ No. 00091622/2017
                    * CARLOS EUGENIO LOPES - CARLÔ  -  PR - RJ No. 00060006/2016.
                    * ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016
                    * REINALDO BUZZONI - PR-RJ No. 00090877/2016
                    * MARCO POLO DEL NERO - PR- RJ No. 00068183/2016.
                    * RICARDO TEIXEIRA - PR-RJ No. 00058334.
                          * FERNANDO MENDES FRANÇA - TI  E CONFIDENTE DE MARCO POLO DEL NERO - PR-RJ  No.
00067352/2016


                    **** CITADOS NA CORTE FEDERAL DO BROOKLYN - NY ****

* MARCO ANTONIO TEIXEIRA - ex-Secretario Geral da CBF, Admitido pelo Tio Ricardo Teixeira em 1989, DEMITIDO
por MARCO POLO DEL NERO, PARTICIPOU DE TODOS OS CONTRATOS ASSINADOS, COMO SECRETÁRIO GERAL,
PELO TITIO RICARDO TEIXEIRA, INCLUSIVE PARTICIPOU DO ROMPIMENTO ENTRE A UMBRO E A ENTRADA DA NIKE NA CBF,
É HOJE, DIRETOR DE FUTEBOL DO AMERICA RJ.

* ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO E CONFIDENTE DOS PRESIDENTES: RICARDO TEIXEIRA,
JOSÉ MARIA MARÍN, MARCO POLO DEL NERO.  O HOMEM QUE INFORMAVA O NÚMERO DA CONTA DE RICARDO TEIXEIRA,
 CONFORME DELATOR NA CORTE FEDERAL DO BROOKLYN.  ESTÁ DESCRITO NA PR-RJ DESDE O DIA 08 DE AGOSTO DE
2016
NO PRIMEIRO PROTOCOLO No. PR-RJ 00059472/2016.

* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, O HOMEM DA VENDA DA COBERTURA NA BARRA DA TIJUCA
PARA MARCO POLO DEL NERO, DESCRITO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL ,
( O BELO IATE DE DEL NERO/ O HOMEM COM MAIS DE 30 EMPRESAS DE TURISMO , TUDO EXPLICADO NO RELATÓRIO
PARALELO DA CPI DO FUTEBOL, ETC.).


                                DESCRIÇÃO .

1  ) A PROVA DEFINITIVA CONTRA A GLOBO.

   BLOG GAROTINHO

   ** RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARÍN, MARCO POLO DEL NERO, MARCELO CAMPOS PINTO.

   Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=25277

2  ) DEFESA REFORÇA CULPA DE MARIN PARA LIVRAR DEL NERO NA FIFA.

   JAMIL CHADE - ESTADÃO - GENEBRA

   ** MARCO POLO DEL NERO ACUSANDO JOSÉ MARIA MARIN.
   ** OS SIAMESES INSEPARÁVEIS.

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,defesa-reforca-culpa-de-marin-para-livrar-del-nero-na-fifa,70002136646

3 ) CARTOLAGEM DA CBF SOFRE DURO GOLPE COM PERDA DE * ESQUEMA * DA CBF ACADEMY.

   BLOG DO PAULINHO

   ** MARCO ANTONIO TEIXEIRA. (FOTO)

Veja Link.: https://blogdopaulinho.com.br/2018/01/03/cartolagem-da-cbf-sofrera-duro-golpe-com-perda-de-esquema-da-cbf-academy/

4 ) ADVOGADOS DE DEL NERO, PEDEM A FIFA MAIS TEMPO PARA APRESENTAÇÃO DE DEFESA.

   JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,advogados-de-del-nero-pedem-a-fifa-mais-tempo-para-apresentacao-de-defesa,70002137262

5 ) AFASTADO DEL NERO CONTINUA NO COMANDO DA CBF.

   JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.: http://esportes.estadao.com.br/noticias/geral,afastado-del-nero-continua-no-comando-da-cbf,70002139095

6 ) O PT TEM QUE FECHAR A CBF E A GLOBO.

   PAULO HENRIQUE AMORIM - CONVERSA AFIADA

   Veja Link.: https://www.youtube.com/watch?time_continue=7&v=cga7cztp0Rg

7 ) CORTE DO BROOKLYN MARCA SENTENÇA DE JOSÉ MARIA MARÍN PARA 04 DE ABRIL DE 2018.

   ALMIR LEITE - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,corte-de-brooklyn-marca-sentenca-de-jose-maria-marin-para-4-de-abril,70002147821

8 ) JUÍZA MARCA PARA O DIA 04 DE ABRIL DE 2018 DIVULGAÇÃO DA SENTENÇA DE JOSÉ MARIA MARIN.

   SILAS MARTI - FOLHA DE SÃO PAULO - NY

Veja Link.: http://www1.folha.uol.com.br/esporte/2018/01/1949850-juiza-marca-para-o-dia-4-de-abril-divulgacao-de-sentenca-de-marin.shtml

9 ) DATA MARCADA : CONDENADO NOS EUA, JOSÉ MARIA MARIN SABERÁ SENTENÇA NO DIA 04 DE ABRIL DE 2018.

   MARTIN FERNANDES - GLOBO ESPORTES

   Veja Link.:https://globoesporte.globo.com/futebol/noticia/juiza-americana-revelara-sentenca-de-marin-no-dia-4-de-abril.ghtml

10 ) POLÍCIA CIVIL ABRE INQUÉRITO PARA INVESTIGAR MARCO POLO DEL NERO.

   UOL

   ** SPORT PROMOTION.
   ** EQUIPE SPORT PROMOTION
   ** LUIS FELIPE COELHO LEAL - ME
   ** HALFTIME
   ** LA PEREZ PRODUÇÕES / FILMAGENS
   ** SMB EXECUÇÃO DE EVENTOS

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1943174-policia-civil-abre-inquerito-para-investigar-marco-polo-del-nero.shtml

11 ) AUSÊNCIA DE DEL NERO NA FIFA PODE DEFINIR BANIMENTO, ALERTAM DIRIGENTES .

   JAMIL CHADE - ESTADÃO - GENEBRA.

          Veja    Link.:http://esportes.estadao.com.br/noticias/futebol,ausencia-de-del-nero-na-fifa-pode-definir-banimento-alertam-dirigentes,70002156275

12 ) GRAMPO MOSTRA QUE RICARDO TEIXEIRA PEDIU AJUDA PARA IR AO CATAR SEM SER PRESO.

   JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.;http://esportes.estadao.com.br/noticias/futebol,teixeira-pediu-ajuda-de-ex-presidente-do-barcelona-para-ir-ao-catar-sem-ser-preso,70002157169

13 ) FIFA INTERROGA MARCO POLO DEL NERO POR CINCO HORAS SOBRE PROPINAS E ACUSAÇÕES DE SETE CRIMES.

   JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.http://esportes.estadao.com.br/noticias/futebol,fifa-interroga-del-nero-por-cinco-horas-sobre-propinas-e-acusacoes-de-sete-crimes,70002157461

14 ) CONDENADO POR SEIS CRIMES, JOSÉ MARIA MARÍN PEDE NOVO JULGAMENTO.

JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,marin-pede-novo-julgamento,70002161520

15 ) DEFESA DE JOSÉ MARIA MARÍN PEDE ANULAÇÃO DE JURI E REIVINDICA NOVO JULGAMENTO.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

Veja Link.:http://www1.folha.uol.com.br/esporte/2018/01/1952627-defesa-de-marin-pede-anulacao-de-juri-e-reivindica-novo-julgamento.shtml?loggedpaywall


Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.


Atenciosamente,


Ministério Público Federal

14/03/2018 Case 1:15-cr-00252-PKC-RML Document 1056 Filed 08/20/18 Page 58 of 150 PageID #:
14937
Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 20180039080

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20180039080

1 message

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Tue, Mar 13, 2018 at 11:31 AM

De: **MPF**
Data: 13 de março de 2018 09:32
Assunto: MPF 20180039080



Ilmo Sr. **Moises Campos de Lima**,

Resposta à manifestação nº **20180039080** (12/03/2018).

Sua manifestação foi recebida e encaminhada à Secretaria Geral Jurídica da Procuradora-Geral da República.
O número para acompanhamento no Sistema Único é: PGR-00126835/2018.

**PGR-00126835/2018**.

**Descrição:**

À
Dra. RAQUEL ELIAS FERREIRA DODGE                    Rio de Janeiro, 12 de MARÇO de 2018       13:56

MD. PROCURADORA GERAL DA REPÚBLICA

Excelência, até AGORA, NENHUMA INVESTIGAÇÃO, NENHUMA OPERAÇÃO, E, A ILEGALIDADE, A ILEGITIMIDADE, O PODER, O DINHEIRO,
CONTINUAM MOSTRANDO QUE AS MANOBRAS, OS GOLPES, A CAIXA PRETA, É, O PODER NA ADMINISTRAÇÃO DO FUTEBOL BRASILEIRO (CBF).
VERGONHA NACIONAL /MUNDIAL! Como cidadão brasileiro, SUPLICO à vossa excelência que ESTÁ combatendo firmemente a CORRUPÇÃO no Brasil ,
independentemente de classes, e sua firmeza, assim como da Ministra Carmem Lucia, ao colocar em suas entrevistas. que à JUSTIÇA É PARA TODOS,
que o COMBATE A CORRUPÇÃO SERÁ SUAS METAS. Não podemos aceitar, NÃO podemos se calar, de mais uma manobra organizada por
Marco Polo Del Nero que está descrito no Relatório Paralelo da CPI do Futebol, que está na Justiça America/FBI, na Justiça Suiça, na Justiça Espanhola,
que não pode viajar (INTERPOL DE OLHO), que terá seu destino decidido pela FIFA no dia 16 DE MARÇO de 2018 (SEXTA FEIRA) e seus asseclas ,
assim como suas 25 (VINTE E CINCO) Federações que corroboram para que a administração do futebol brasileiro NÃO seja transparente,
que recebem anualmente mais de UM MILHÃO a fundo perdido, basta comparar o patrimônio de seus presidentes ao assumirem , e o patrimônio de HOJE,
enquanto o futebol de seus estados estão famintos, falidos, etc, MANOBREM e façam valer como VERDADEIRA esta ABERRAÇÃO NA CALADA DA NOITE,
ESTA ILEGALIDADE, que foi a REUNIÃO PARA ELEGEREM ROGÉRIO CABOCLO (ex-secretário, ex-diretor financeiro,o homem das finanças de Del Nero,
como descreveu um brilhante jornalista investigativo : carregador de malas de Del Nero), o porquê desta MANOBRA , MANOBRA QUE ESTÁ AGUARDANDO
PRONUNCIAMENTO DO MPF/RJ (conforme links Rádio Globo e vários Jornalistas Investigativos abaixo que se manifestaram da

MANOBRA),
através de AÇÃO DO DEPUTADO FEDERAL OTÁVIO LEITE, que IMEDIATAMENTE protocolou a IRREGULARIDADE DA ASSEMBLEIA REALIZADA
TAMBÉM NA CALADA DA NOITE em que se definiu os 3 VOTOS DAS FEDERAÇÕES, todas aliadas e beneficiadas por Del Nero.
Quanto aos VOTOS DE SEUS CLUBES FILIADOS A SUAS FEDERAÇÕES, MANOBRAM COM UMA PROCURAÇÃO DANDO PODERES AO PRESIDENTE
DA MESMA, PARA REPRESENTÁ-LOS NA ASSEMBLEIA DA CBF, ou seja, TODOS OS VOTOS FICAM PARA DEL NERO e seu PUPILO.
Aí sua excelência está A MANOBRA, A ILEGALIDADE, A ABERRAÇÃO AS NOSSAS VISTAS, AO PLENO SOL DO DIA. Não podemos aceitar.

Sua Excelência Dra. Raquel Elias Ferreira Dodge, nesta MANOBRA realizada no dia 08 de MARÇO de 2018, somente 2 , veja, 2, Presidentes de Federações ,
NÃO COMPACTUARAM com esta MANOBRA, O Presidente da Federação CARIOCA de Futebol, e o Presidente da Federação PAULISTA de Futebol.

Veja.:

https://www.terra.com.br/esportes/lance/presidente-da-cbf-recebe-r-15-milhao-por-cargo-que-diz-nao-exercer,6c27f348bb 67ad36fcd020d434b310d05wqvxn34.html

https://olharolimpico.blogosfera.uol.com.br/2018/03/08/ministerio-publico-abre-inquerito-para-investigar-del-nero-e-parceiro/

https://www1.folha.uol.com.br/esporte/2018/03/mesmo-banido-del-nero-recebe-dirigentes-e-articula-eleicao-na-cbf.shtml

https://esportes.r7.com/prisma/cosme-rimoli/o-cerco-se-fecha-del-nero-nunca-esteve-tao-perto-do-banimento-08032018

http://esportes.estadao.com.br/blogs/almir-leite/dinheiro-o-maior-cabo-eleitoral-na-eleicao-a-presidencia-da-cbf/

https://blogdopaulinho.com.br/2018/03/11/o-golpe-desta-vez-aconteceu-na-cbf/

https://www1.folha.uol.com.br/colunas/jucakfouri/2018/03/o-golpe-desta-vez-aconteceu-na-cbf.shtml

http://cbn.globoradio.globo.com/editorias/esportes/2017/03/26/MUDANCA-DE-ESTATUTO-DA-CBF-E-MANOBRA-ABSOLUTAMENTE-ILEGAL.htm

Excelência Dra. Raquel Dodge, abaixo relação de todos os PROTOCOLOS QUE SE ENCONTRAM NO MPF/PR-RJ, que foram Registrados na PGR e
Na COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, ENDEREÇADOS AO Ilmo. Sr. Procurador Federal DELTAN MARTINAZO DALLAGNOL:

```
 1 ) PR-RJ - 00056283/2016 - 26/07/2016.
 2 ) PR-RJ - 00056981/2016 - 29/07/2016.
 3 ) PR-RJ - 00058334/2016 - 02/08/2016.
 4 ) PR-RJ - 00058860/2016 - 06/08/2016.
 5 ) PR-RJ - 00059472/2016 - 08/08/2016.
 6 ) PR-RJ - 00060006/2016 - 16/08/2016.
 7 ) PR-RJ - 00060255/2016 - 20/08/2016.
 8 ) PR-RJ - 00064846/2016 - 10/09/2016.
 9 ) PR-RJ - 00067352/2016 - 20/09/2016.
10) PR-RJ - 00068183/2016 - 22/09/2016.
11) PR-RJ - 00075487/2016 - 20/10/2016.
12) PR-RJ - 00076311/2016 - 24/10/2016.
13) PR-RJ - 00077115/2016 - 27/10/2016.
14) PR-RJ - 00078762/2016 - 31/10/2016.
15) PR-RJ - 00079769/2016 - 10/11/2016.
16) PR-RJ - 00081002/2016 - 15/11/2016.
17) PR-RJ - 00082666/2016 - 21/11/2016.
18) PR-RJ - 00085477/2016 - 30/11/2016.
19) PR-RJ - 00087689/2016 - 07/12/2016.
20) PR-RJ - 00088930/2016 - 14/12/2016.
21) PR-RJ - 00089240/2016 - 15/12/2016.
22) PR-RJ - 00090876/2016 - 26/12/2016.
23) PR-RJ - 00090877/2016 - 27/12/2016.
24) PR-RJ - 00000355/2017 - 04/01/2017.
25) PR-RJ - 00001828/2017 - 12/01/2017.
26) PR-RJ - 00002237/2017 - 13/01/2017.
27) PR-RJ - 00004927/2017 - 25/01/2017.
28) PR-RJ - 00006982/2017 - 02/02/2017.
29) PR-RJ - 00008841/2017 - 09/02/2017.
30) PR-RJ - 00012288/2017 - 20/02/2017.
31) PR-RJ - 00016145/2017 - 06/03/2017.
```

32) PR-RJ - 00019632/2017 - 20/03/2017.
33) PR-RJ - 00020357/2017 - 28/03/2017.
34) PR-RJ - 00021028/2017 - 30/03/2017.
35) PR-RJ - 00022380/2017 - 04/04/2017.*** DA MANOBRA, DA ILEGALIDADE, DA ASSEMBLEIA, DOS VOTOS, REPÚDIO DA MIDIA, ABAIXO RELAÇÃO !!!***
36) PR-RJ - 00025719/2017 - 12/04/2017.
37) PR-RJ - 00026703/2017 - 22/04/2017.
38) PR-RJ - 00031348/2017 - 09/05/2017.
39) PR-RN- 00011603/2017 - 15/05/2017 ****
40) PR-RJ - 00038962/2017 - 26/05/2017.
41) PR-RJ - 00043128/2017 - 06/06/2017.
42) PR-RJ - 00044407/2017 - 20/06/2017.
43) PR-RJ - 00046359/2017 - 22/06/2017.
44) PR-RJ - 00053144/2017 - 23/07/2017.
45) PR-RJ - 00066763/2017 - 06/09/2017.
46) PGR    - 00366852/2017 - 25/09/2017.
47) PR-RJ - 00073973/2017 - 28/09/2017.
48) PR-RJ - 00831772/2017 - 28/10/2017.
49) PR-RJ - 00089486/2017 - 20/11/2017.
50) PR-RJ - 00089492/2017 - 20/11/2017.
51) PR-RJ - 00089499/2017 - 20/11/2017.
52) PR-RJ - 00091622/2017 - 29/11/2017.
53) PR-RJ - 00093726/2017 - 05/12/2017.
54) PR-RJ - 00095936/2017 - 12/12/2017.
55) PR-RJ - 00097372/2017 - 16/12/2017.
56) PR-RJ - 00099827/2017 - 28/12/2017.
57) PR-RJ - 00007685/2018 - 28/01/2018.

Veja abaixo sua excelência Dra, Raquel Dodge, no MPF/PGR desde 04 de ABRIL de 2017 A MANOBRA, .

De: MPF

Data: 5 de abril de 2017 13:51

MPF 20170025236

**** PR-RJ NO 00022380/2017 datado de 04 de ABRIL de 2017, ou seja , EM ABRIL DE 2017, JÁ REALIZAVAM MANOBRAS!
**O PODER, O DINHEIRO, OS REPASSES, O MENSALINHO, -  REPETIU-SE EM: 08 de MARÇO de 2018, QUE VERGONHA!!!!! *****

**** O DINHEIRO, O PODER, A MANOBRA, A ILEGALIDADE, BASTA !!!! ****

Dra. RAQUEL DODGE, MD. PROCURADORA GERAL DA REPÚBLICA, como cidadão brasileiro, lutando  pela transparência na administração
do futebol brasileiro, tenho certeza absoluta, que vossa excelência , TOMARÁ TODAS AS PROVIDENCIAS, por esta ILEGITIMIDADE, por esta MANOBRA,
que OCORREU MAIS UMA VEZ, A LUZ DO DIA, tudo organizado, por MARCO POLO DEL NERO, que ESTÁ PROIBIDO PELA FIFA DE QUALQUER
RELAÇÃO OU ATO JUNTO A ADMINISTRAÇÃO DO FUTEBOL BRASILEIRO. AÍ ESTÁ A GRANDE ABERRAÇÃO, PROIBIDO PELA FIFA DE
QUALQUER MENÇÃO , FATO, OU ORIENTAÇÃO, ASSIM COMO FEZ, CONVIDANDO E ORGANIZANDO A MANOBRA DE 08 DE MARÇO DE 2018.

Que Deus, Nosso Senhor Jesus Cristo, Nosso Pai Maior, Salve Oxalá, ILUMINE EM TODOS OS MOMENTOS RAQUEL ELIAS FERREIRA DODGE.

Ilmo. Sr.

Resposta à manifestação n° 20170025236 (04/04/2017).

Prezado Senhor,

Rio de Janeiro, 04 de ABRIL de 2017    ás  16:16hs

Ilmos. Srs.

DR. RODRIGO JANOT MONTEIRO DE BARROS - MD. PROCURADOR GERAL DA REPÚBLICA.

DR. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO.

Senhores Procuradores, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da  Força Tarefa
OPERAÇÃO LAVA JATO, segue o 24o. VIGÉSIMO QUARTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS AOS
SENHORES, E, REDISTRIBUÍDAS PARA O MPF-PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA,
E, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES **

* JOSÉ MARIA MARÍN - PRESO NOS EUA/FBI, E, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL, NO SENADO / 2016.

* RICARDO TERRA TEIXEIRA - RENUNCIANTE - INDICIADO PELA JUSTIÇA NORTE AMERICANA-FBI,  E PELO RELATÓRIO PARALELO DA
CPI DO FUTEBOL DO SENADO / 2016.

* MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO, INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI E PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO/2016, E, SEUS QUATRO VICES PRESIDENTES.

**** DESCRIÇÃO ****

1  ) SELEÇÃO VOLTA À ENCANTAR E OS CARTOLAS DA CBF DEMONSTRAM FALTA DE PUDOR.

****** CHAMEM  À  POLÍCIA !! ******

JUCA KFOURI  -  FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/colunas/jucakfouri/2017/03/1869811-selecao-volta-a-encantar-e-os-cartolas-da-cbf-demonstram-falta-de-pudor.shtml

2  ) ASSEMBLÉIA DA CBF FOI ABSOLUTAMENTE ILEGAL, DIZ DEPUTADO RELATOR DO PROFUT.

* DEPUTADO OTÁVIO LEITE, RELATOR DO PROFUT.
* DÍVIDA DOS CLUBES 4 BILHÕES.

GUILHERME SETO - FOLHA DE SÃO PAULO
Veja Link.: http://www1.folha.uol.com.br/esporte/2017/03/1869562-assembleia-da-cbf-foi-absolutamente-ilegal-diz-deputado-relator-do-profut.shtml

3  ) OS CARTOLAS DA CBF DEMONSTRAM FALTA DE PUDOR.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/03/26/os-cartolas-da-cbf-demonstram-falta-de-pudor/

4   ) TOUR DA SELEÇÃO FORTALECE DEL NERO.  CBF LEVA EQUIPE A VÁRIOS ESTADOS PARA AGRADAR ALIADOS POLÍTICOS,
QUE COMANDAM FEDERAÇÕES, E DIRIGENTES DE CLUBES.

ALMIR LEITE E  CIRO CAMPOS - JORNAL ESTADO DE SÃO PAULO.

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,tour-da-selecao-fortalece-del-nero,70001713463

5  ) ***** OTÁRIOS !! *****

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/03/27/otarios/

6  ) CARTOLAS DE FEDERAÇÕES SE PERPETUAM, E DEL NERO DEVE MANTER MÉDIA NA CBF.

MARCEL RIZZO - UOL

Veja Link.:http://marcelrizzo.blogosfera.uol.com.br/2017/03/27/cartolas-de-federacoes-se-perpetuam-e-del-nero-deve-manter-media-na-cbf/


7  ) MUDANÇA DE ESTATUTO DA CBF É MANOBRA ABSOLUTAMENTE **** ILEGAL ****.

* AFIRMA DEPUTADO FEDERAL OTÁVIO LEITE.
* RELATOR DO PROFUT  -  GOLPE.

CBN
Veja Link.:  http://cbn.globoradio.globo.com/default.htm?url=/editorias/esportes/2017/03/26/MUDANCA-DE-ESTATUTO-DA-CBF-E-MANOBRA
       -ABSOLUTAMENTE-ILEGAL.htm


8  ) GALVÃO CRITICA MUDANÇA NO ESTATUTO DA CBF, !! ESTRANHEI A FORMA COMO FOI FEITA !!.

SPORTV - SP

Veja Link.: http://sportv.globo.com/site/programas/bem-amigos/noticia/2017/03/galvao-critica-mudancas-feitas-pela-cbf-beneficiando-federacoes.html


9  ) GALVÃO E CASAGRANDE DETONAM CBF POR MUDANÇA QUE ENFRAQUECE PODER DE CLUBES .
* PROFUT.
* DÍVIDAS DOS CLUBES - R$ 4 BILHÕES.
* GOLPE.

UOL . ESPORTE

Veja Link.: http://uolesportevetv.blogosfera.uol.com.br/2017/03/28/galvao-e-casagrande-detonam-cbf-por-mudanca-que-enfraquece-poder-de-clubes/


10  ) PARA COLOCAR CAMAROTE TEMÁTICO NO JOGO DA SELEÇÃO ANDRÉS SANCHES **FEZ** NEGÓCIO COM KLEBER LEITE - KLEFER.

* ANDRÉS SANCHES - INVESTIGADO NA LAVA JATO.

* KLEBER LEITE - KLEFER , INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, E, PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL COM PROVAS CABAIS.

BLOG DO PAULINHO

Veja Link.; https://blogdopaulinho.com.br/2017/03/29/para-colocar-camarote-tematico-no-jogo-da-selecao-andres-sanches-fez-negocio-com-kleber-leite/


11  ) MUDANÇA NA ELEIÇÃO DA CBF VAI SER QUESTIONADA NA JUSTIÇA: **AUTO PRESERVAÇÃO DO PODER**, CRITICAM DIRIGENTES.

**** GOLPE ****!

GABRIELA MOREIRA - ESPN.UOL

Veja Link.; http://espn.uol.com.br/post/682664_mudanca-na-eleicao-da-cbf-vai-ser-questionada-na-justica-autopreservacao-do-poder-criticam-dirigentes


12  ) ALVARÁ DO CAMAROTE DE ANDRÉS SANCHES, EM ITAQUERA, ESTÁ EM NOME DE AGÊNCIA LIGADA A RONALDO FENÔMENO.

* ANDRÉS SANCHES - R$ 2.145.000,00
* JOGO: BRASIL x PARAGUAI.
* VILLA MIX
* KLEBER LEITE - KLEFER , INDICIADO PELO RELATÓRIO PARALELO DA CPI DO SENADO/2016 COMPROVAS CABAIS.
* MARCO POLO DEL NERO - INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, INDICIADO PELO RELATÓRIO
               PARALELO DA CPI DO SENADO/2016 COMPROVAS CABAIS.
* RONALDO NAZÁRIO - RONALDO FENÔMENO.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/03/30/alvara-do-camarote-de-andres-sanches-em-itaquera-esta-em-nome-de-agencia-ligada-a-
       ronaldo-fenomeno/

13 ) !! MPF RECEBE NOVAS DENUNCIAS CONTRA A DIRETORIA DA CBF.!!.

SILVIO BARSETTI - TERRA

Veja Link.:https://esportes.terra.com.br/futebol/mpf-recebe-novas-denuncias-contra-a-diretoria-da-cbf,
201a0dd619bc5e7abc5668f8a7ea69c7q2hppi19.html

14 ) CBF ARTICULOU PARA FILHO DE MINISTRO DO STF INTEGRAR O STJD.

SILVIO BARSETTI - TERRA

Veja Link.: https://esportes.terra.com.br/cbf-articulou-para-filho-de-ministro-do-stf-integrar-o-stjd,
f18f4579759c9520529fbbe22f17235fxwc1myky.html

15 ) FIFA ENTREGA À JUSTIÇA DETALHES DA COPA DE 2014 E DE CARTOLAS BRASILEIROS.
  * JOSÉ MARIA MARÍN - PRESO.
  * RICARDO TERRA TEIXEIRA - INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI E PELO RELATÓRIO PARALELO
                DA CPI DO SENADO/2016, COM PROVAS CABAIS.
  * MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO, NÃO VIAJA, INDICIADO PELA JUSTIÇA NORTE- AMERICANA/FBI E
  PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO/2016, COM PROVAS CABAIS.

JORNAL JAMIL CHADE - JORNAL ESTADO DE SÃO PAULO - CORRESPONDENTE DE GENEBRA.

    Veja   Link.:   http://esportes.estadao.com.br/noticias/futebol,fifa-entrega-a-justica-detalhes-da-copa-de-2014-e-cartolas-brasileiros
,70001721422

16 ) CASO VICTOR RAMOS: O INTER EM MAUS LENÇÓIS. O AUDITOR TELEFONA PARA O BLOG,........ !

BLOG JUCA KFOURI

Veja Link.:http://blogdojuca.uol.com.br/2017/03/caso-victor-ramos-o-inter-em-maus-lencois/

17 ) RELATOR DA LEI DO ESPORTE QUESTIONA CBF NO MINISTÉRIO PÚBLICO FEDERAL.

  * ASSEMBLÉIA, GOLPE!
  * PROFUT - R$ 4 BILHÕES!
  * OPERAÇÃO LAVA JATO NA ADMINISTRAÇÃO DA CBF, JÁ!!

SILVIO BARSETTI - TERRA

Veja Link.: https://esportes.terra.com.br/futebol/relator-de-lei-do-esporte-questiona-cbf-no-mp-federal,
b3afbe6a4c2b6609e0b69b2ddcceb37a38owqhct.html

18 ) DEPUTADO PEDE ANULAÇÃO DE ASSEMBLÉIA DA CBF, NO MINISTÉRIO PUBLICO FEDERAL.

BLOG JUCA KFOURI

Veja Link;.http://blogdojuca.uol.com.br/2017/03/deputado-pede-anulacao-de-assembleia-da-cbf/

19 ) DEPUTADO ENTRA COM AÇÃO CONTRA ASSEMBLÉIA ADMINISTRATIVA DA CBF.

GLOBO.COM

      Veja  Link.:  http://globoesporte.globo.com/futebol/noticia/2017/03/deputado-entra-com-acao-contra-assembleia-administrativa-da-
cbf.html

20 ) PRESIDENTE DO FLAMENGO REPROVA MANOBRA DA CBF POR ELEIÇÃO E VÊ DESRESPEITO A LEI PELÉ.

  * PRESIDENTES DE FEDERAÇÕES ALIADAS DE MARCO POLO DEL NERO, RECEBEM R$ 50.000,00/mês.
  * MENSALINHO, MENSALÃO, REPASSES, EMPRÉSTIMOS.

JORNAL ESTADO DE SÃO PAULO.       31/03/2017.

21 ) DEPUTADO ENTREGA REPRESENTAÇÃO NO MINISTÉRIO PÚBLICO FEDERAL, PEDE ANULAÇÃO DE ASSEMBLÉIA
      QUE MUDOU ESTATUTO DA CBF, ILEGAL!!!!!

IGOR SIQUEIRA - LANCE

    Veja  Link.:  https://esportes.terra.com.br/lance/deputado-entrega-representacao-no-mpf-pela-anulacao-de-assembleia-que-mudou-
estatuto-da-

Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 64 of 150 PageID #:
                                        13943
cbf-ilegal,6de73b42ffdaf56dd50f074897963e1dva5z5kl.htm

22 )*** ATENÇÃO: PROCURADOR GERAL DA REPÚBLICA, COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO , MPF

   PROCURADOR DA REPÚBLICA DO RIO DE JANEIRO,  VEJAM VÍDEO DO JORNAL NACIONAL ABAIXO.

                    * JOSÉ MARIA MARIN !
                    * RICARDO TERRA TEIXEIRA !
                    * MARCO POLO DEL NERO !

   **** FIFA CONCLUI INVESTIGAÇÕES INTERNAS SOBRE CASOS DE CORRUPÇÃO **** !!!.

   VIDEO JORNAL NACIONAL

   Veja Link.: https://globoplay.globo.com/v/5769052/

Dr. Rodrigo Janot Monteiro de Barros - Md. Procurador , Geral da República !.

Dr. Deltan Martinazzo Dallagnol - Coordenador da Força Tarefa OPERAÇÃO LAVA JATO ! .

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES
   DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE, QUE OS BENS ADQUIRIDOS
ATRAVÉS
   DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS, PENHORADOS, VENDIDOS, E A RENDA SEJA
INVESTIDA
   NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS, COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS.!!!****

 **** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!! ILUMINE TODOS DA PROCURADORIA GERAL
DA REPÚBLICA,
   DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF-PROCURADORIA DA REPÚBLICA DO RIO DE
JANEIRO. ****

   É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de
Direito.


                              Atenciosamente,

                              Ministério Público Federal



           É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado
Democrático de Direito.


                              Atenciosamente,

                              Ministério Público Federal

 Gmail

Felipe Quirino <aspquirino@gmail.com>

---

**Fwd: Ouvidoria - MPF 20170100829**
2 messages

---

**Moises Campos** <moisescamposlima@gmail.com>                                    Fri, Jan 5, 2018 at 5:12 PM
To: Felipe Quirino <aspquirino@gmail.com>

De: **MPF**
Data: 5 de janeiro de 2018 14:55
Assunto: Ouvidoria - MPF 20170100829



Ilmo, Sr. Moises Campos de Lima,

Informações referentes à manifestação nº **20170100829** (29/12/2017).

Sua manifestação foi encaminhada para a Ouvidoria do MPF.

Seguem endereço, contato e site:
SAF Sul Quadra 4 Conjunto C - Bloco B sala 407 - Brasília/DF - CEP 70050-900
(61) 3105-7070

Atenciosamente,

Ouvidoria do MPF - Sistema Cidadão
Ministério Público Federal

---

**Moises Campos** <moisescamposlima@gmail.com>                                    Fri, Jan 5, 2018 at 5:17 PM
To: Felipe Quirino <aspquirino@gmail.com>

De: **MPF**
Data: 5 de janeiro de 2018 15:09
Assunto: Ouvidoria - MPF 20170100829



Ilmo. Sr.,

Sua manifestação de número **20170100829**, cadastrada em **29/12/2017**, está em atendimento na **OUVIDORIA DO MINISTÉRIO PÚBLICO FEDERAL.**

Atenciosamente,

Ouvidoria do MPF - Sistema Cidadão
Ministério Público Federal



BRASIL

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 41º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO.\*\*

- DA TRUMP TOWER PARA O DEPÓSITO DE SERES HUMANOS, CONHEÇA A PRISÃO DE JOSÉ MARIA MARIN.
- EX PRESIDENTE DA CBF JOSÉ MARIA MARIN É CONDENADO POR SEIS CRIMES NOS EUA.
- SE RICARDO TEIXEIRA E MARCO POLO DEL NERO FOSSEM AOS ESTADOS UNIDOS TAMBÉM SERIAM PRESOS.
- CONDENAÇÃO DE JOSÉ MARIA MARIN DEVE ANTECIPAR BANIMENTO DE MARCO POLO DEL NERO.
- CONDENAÇÃO DE JOSÉ MARIA MARIN PRATICAMENTE ENTERRA CHANCES DE MARCO POLO DEL NERO.
- UNIFORME, SEM VISITA ÍNTIMA E EM PÉ TODO DIA AS 06:00hs , A VIDA DE JOSÉ MARIA MARIN NA PRISÃO.
- JOSÉ MARIA MARIN É CONSIDERADO CULPADO PELO JURI DA CORTE DE NOVA YORK, EM SEIS DAS SETE ACUSAÇÕES DE CORRUPÇÃO.
- JOSÉ MARIA MARIN É CONSIDERADO CULPADO EM 6 DAS 7 ACUSAÇÕES FEITAS NOS EUA E VAI PARA PRISÃO.
- CONDENAÇÃO DE JOSÉ MARIA MARIN NOS EUA PRESSIONA FIFA A BANIR MARCO POLO DEL NERO DO FUTEBOL.

- JUÍZA DETERMINA QUE JOSÉ MARIA MARIN SEJA LEVADO PARA A CADEIA NOS EUA E CARTOLA PODE FICAR 20 ANOS PRESO.
- CONDENADO NOS EUA, JOSÉ MARIA MARIN VAI AGUARDAR SENTENÇA EM PRESÍDIO.
- JOSÉ MARIA MARIN É CONDENADO PELA JUSTIÇA AMERICANA.
- JOSÉ MARIA MARIN PASSA NOITE DE NATAL EM PRESÍDIO NOS EUA.
- JOSÉ MARIA MARIN: A DURA ROTINA NO CENTRO DE DETENÇÃO METROPOLITANA DO BROOKLYN.
- PROCESSO DA FIFA CONTRA MARCO POLO DEL NERO TEM MAIS DE 1,3 MIL PÁGINAS (DOCUMENTOS ENVIADOS COM AUTORIZAÇÃO DA JUÍZA PAMELA CHEN À FIFA).
- BANIMENTO DE MARCO POLO DEL NERO PELA FIFA EMBARALHA SUCESSÃO NA CBF.
- JATINHO E HELICOPTERO DA CBF SEGUEM À DISPOSIÇÃO DE MARCO POLO DEL NERO.
- REDE RECORD TEM DOCUMENTOS INÉDITOS QUE INCRIMINAM A GLOBO NA MAFIFA.
- VEJA OS DOCUMENTOS QUE LEVARAM A FIFA A SUSPENDER DEL NERO POR 90 DIAS.
- EXCLUSIVO: VOCÊS VÃO CONHECER O PGP (PADRÃO GLOBO DE PROPINAS)
- FIFA GATE E GLOBO: TUDO A VER.

PGR / MPF No. 20170100727          PR – RJ No. 00099827/2017

DATA: 28 de DEZEMBRO de 2017.

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170100727

2 messages

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Fri, Dec 29, 2017 at 2:49 PM

De: **MPF**
Data: 29 de dezembro de 2017 12:56
Assunto: MPF 20170100727



Ilmo, Sr.,

Resposta à manifestação nº **20170100727** (28/12/2017).

PROTOCOLO: PR-RJ-00099827/2017

**PR-RJ-00099827/2017.**

**Descrição:**

\*\*\*\* 41o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! \*\*\*\*

Rio de Janeiro, 28 de DEZEMBRO de 2017    às 13:21

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE  -  MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  -  MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 41o. QUADRAGÉSIMO PRIMEIRO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA
O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\* PRESIDENTES: PRESO,  CITADOS,  INDICIADOS,  PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA,
   ESTADOS UNIDOS DA AMERICA/FBI.\*\*

\*\* JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, \*\*\* CONDENADO PELO JURI POPULAR
               NA CORTE FEDERAL DO BROOKLYN EM 06 DAS 07 ACUSAÇÕES APRESENTADAS,
               CONSIDERADO DE ALTA PERICULOSIDADE PELA JUIZA PAMELA CHEN, QUE,  O

ENCAMINHOU IMEDIATAMENTE PARA O PRESÍDIO FEDERAL DE SEGURANÇA MÁXIMA
NO BROOKLYN, EM REGIME FECHADO, AONDE AGUARDARÁ A SENTENÇA FINAL DE SUA
PENA****, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.
**

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI,
DELATADO POR ALEJANDRO BURZACO , J. HAWILLA, NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO
DE JOSÉ MARIA MARÍN, E, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

**** BANIDO DO FUTEBOL PELA FIFA PELO PRAZO DE 90 (NOVENTA) DIAS,
À PARTIR DE 15 DE DEZEMBRO DE 2017, EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS
NA CORTE FEDERAL DO BROOKLYN.****

À PGR, AO MPF, A COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO :* WAGNER ABRAÃO - GRUPO ÁGUIA / STELLA BARROS, - RELATORIO CPI DO FUTEBOL
     * MARCO ANTONIO TEIXEIRA - EX -SECRETÁRIO GERAL E TITIO DE RICARDO TEIXEIRA
       RELATÓRIO CPI DO FUTEBOL - ENTROU NA CBF EM 1989..
     * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE TODOS OS PRESIDENTES. -
       PR-RJ No. 00059472/2016
     * ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZO. RELATÓRIO CPI DO FUTEBOL
     * RODRIGO SANTOS PAIVA - BOLSOS, OLHOS, OUVIDOS DE RICARDO TEIXEIRA. -
     * CEL. ANTONIO NUNES - ATUAL PRESIDENTE - RELATÓRIO CPI DO FUTEBOL
       PR-RJ No. 00064846/2016
     * LUIS CEZAR PENHA SARAIVA - PR-RJ No. 00091622/2017
     * CARLOS EUGENIO LOPES - CARLÓ - PR - RJ No. 00060006/2016.
     * ARIBERTO PEREIRA DOS SANTOS FILHO.- PR-RJ No. 00058860/2016
     * FERNANDO MENDES FRANÇA - REINALDO BUZZONI - PR-RJ No. 00090877/2016
     * MARCO POLO DEL NERO - PR- RJ No. 00068183/2016.
     * RICARDO TEIXEIRA - PR-RJ No. 00058334.

**** D E S C R I Ç Ã O ****

1 ) DA TRUMP TOWER PARA O **DEPÓSITO DE SERES HUMANOS** CONHEÇA A PRISÃO DE JOSÉ MARIA MARIN.

    CAMILO PINHEIRO MACHADO - NOVA YORK

      Veja Link.:https://globoesporte.globo.com/futebol/noticia/da-trump-tower-para-o-deposito-de-seres-humanos-conheca-a-prisao-de-marin.ghtml

2 ) EX PRESIDENTE DA CBF JOSÉ MARIA MARIN É CONDENADO POR SEIS CRIMES NOS EUA.

    JORNAL DA RECORD

   Veja Link.: http://tv.r7.com/record-play/jornal-da-record/videos/ex-presidente-da-cbf-jose-maria-marin-e-condenado-por-seis-crimes-nos-eua-22122017

3 ) SE RICARDO TEIXEIRA E MARCO POLO DEL NERO FOSSEM AOS ESTADOS UNIDOS TAMBÉM
    SERIAM PRESOS.

    JUCA KFOURI - CBN

    Veja Link.: http://radioglobo.globo.com/media/audio/147355/juca-kfouri-se-ricardo-teixeira-e-del-nero-fossem-.htm

4 ) CONDENAÇÃO DE JOSÉ MARIA MARIN DEVE ANTECIPAR BANIMENTO DE MARCO POLO DEL NERO.

    SILVIO BARSETTI - TERRA

    Veja Link.: https://www.terra.com.br/esportes/futebol/condenacao-de-marin-deve-antecipar-banimento-de-del-nero,
       3cde7e25b540bca5f68c3ddc6b28905e644e3l61.html

5 ) CONDENAÇÃO DE JOSÉ MARIA MARIN **PRATICAMENTE ENTERRA** CHANCES DE MARCO POLO DEL NERO
    VOLTAR AO FUTEBOL.

    JAMIL CHADE - GENEBRA - ESTADO DE SÃO PAULO.

    Veja Link.: http://esportes.estadao.com.br/noticias/futebol,condenacao-de-marin-praticamente-enterra-
       chances-de-del-nero-voltar-ao-futebol,70002129571

6 ) UNIFORME, SEM VISITA ÍNTIMA E EM PÉ TODO DIA AS 06:00hs, A VIDA DE JOSÉ MARIA MARIN NA PRISÃO.

FRANCISCO DE LAURENTIIS - ESPN

Veja Link.: http://www.espn.com.br/futebol/artigo/_/id/3817976/uniforme-sem-visita-intima-e-em-pe-todo-dia-as-6h-a-vida-de-marin-na-prisao

7 ) JOSÉ MARIA MARIN É CONSIDERADO CULPADO PELO JURI DA CORTE DE NOVA YORK EM SEIS DAS SETE ACUSAÇÕES DE CORRUPÇÃO.

ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,marin-e-condenado-pela-corte-de-nova-york-em-seis-das-sete-acusacoes-de-corrupcao,70002129100

8 ) JOSÉ MARIA MARIN É CONSIDERADO CULPADO EM 6 DAS 7 ACUSAÇÕES FEITAS NOS EUA E VAI PARA PRISÃO.

CAMILO PINHEIRO MACHADO, FELIPE BRISOLLA, JOANA ASSIS, MARTIN FERNANDEZ

Veja Link.: https://globoesporte.globo.com/futebol/noticia/marin-e-considerado-culpado-em-6-das-7-acusacoes-feitas-nos-eua.ghtml

9 ) CONDENAÇÃO DE JOSE MARIA MARIN NOS EUA PRESSIONA FIFA A BANIR MARCO POLO DEL NERO DO FUTEBOL.

MARTIN FERNANDEZ - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/blogs/bastidores-fc/post/2017/12/22/condenacao-de-marin-nos-eua-pressiona-fifa-a-banir-del-nero-do-futebol.ghtml

10 ) JUIZA DETERMINA QUE JOSE MARIA MARIN SEJA LEVADO PARA A CADEIA NOS EUA E CARTOLA PODE FICAR 20 ANOS PRESO.

JAMIL CHADE - GENEBRA - ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,juiza-determina-que-marin-seja-levado-para-cadeia-nos-eua-e-cartola-pode-ficar-20-anos-preso,70002129165

11 ) CONDENADO NOS EUA, JOSÉ MARIA MARIN VAI AGUARDAR SENTENÇA EM PRESÍDIO.

SILAS MARTI - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1945443-ex-presidente-da-cbf-jose-maria-marin-e-condenado-pela-justica-dos-eua.shtml

12 ) JOSÉ MARIA MARIN É CONDENADO PELA JUSTIÇA AMERICANA.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/12/22/jose-maria-marin-e-condenado-pela-justica-americana/

13 ) JOSÉ MARIA MARIN PASSA NOITE DE NATAL EM PRESÍDIO NOS EUA.

RÁDIO GLOBO

Veja Link.:http://radioglobo.globo.com/media/audio/147687/jose-maria-marin-passou-noite-de-natal-em-presidio.htm

14 ) JOSÉ MARIA MARIN : A DURA ROTINA NO CENTRO DE DETENÇÃO METROPOLITANA DO BROOKLYN.

NILZA BARROS , ESPECIAL PARA O ESTADO DE SÃO PAULO - NY

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,apos-condenacao-marin-e-napour-vao-para-maior-prisao-de-manhattan,70002129651

15 ) ** PROCESSO DA FIFA CONTRA MARCO POLO DEL NERO TEM MAIS DE 1,3 MIL PÁGINAS.(DOCUMENTOS ENVIADOS COM AUTORIZAÇÃO JUIZA PAMELA CHEN À FIFA).**

JAMIL CHADE - GENEBRA - ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,processo-da-fifa-contra-del-nero-tem-mais-de-1-3-mil-paginas,70002122847

16 ) **BANIMENTO DE MARCO POLO DEL NERO PELA FIFA EMBARALHA SUCESSÃO NA CBF**.

SERGIO RANGEL -- FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1943933-banimento-de-del-nero-pela-fifa-embaralha-sucessao-na-cbf.shtml

17 ) ** JATINHO E HELICÓPTERO DA CBF SEGUEM À DISPOSIÇÃO DE MARCO POLO DEL NERO.**

SILVIO BARSETTI - TERRA

Veja Link.: https://www.terra.com.br/esportes/futebol/jatinho-e-helicoptero-da-cbf-seguem-a-disposicao-

18 ) REDE RECORD TEM DOCUMENTOS INÉDITOS QUE INCRIMINAM A GLOBO NA MAFIFA.

PAULO HENRIQUE AMORIM  -  CONVERSA AFIADA

Veja Link.: https://www.conversaafiada.com.br/brasil/record-tem-documentos-ineditos-que-incriminam-a-globo-na-mafifa

19 ) VEJA OS DOCUMENTOS QUE LEVARAM A FIFA A SUSPENDER DEL NERO POR 90 DIAS.

MARTIN FERNANDEZ  -  GLOBO ESPORTES

Veja Link.: https://globoesporte.globo.com/blogs/bastidores-fc/post/2017/12/19/veja-os-documentos-que-levaram-a-fifa-a-banir-marco-polo-del-nero-por-90-dias.ghtml

20 ) **** EXCLUSIVO :  VOCÊS VÃO CONHECER O PGP  (PADRÃO GLOBO DE PROPINAS).****

BLOG . GAROTINHO

Veja Link.:http://www.blogdogarotinho.com.br/lartigo.aspx?id=25266

21 ) **** FIFA GATE E GLOBO :  TUDO  A  VER ! ****

BLOG GAROTINHO

Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=25267

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 40º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.**

- TI DA CBF, CITADO NO PROTOCOLO PR-RJ No. 00067352/2016 DATADO DE 20 DE SETEMBRO DE 2016 – CONFIDENTE DE MARCO POLO DEL NERO E JOSÉ MARIA MARÍN, ETC.
- JUIZA DO FIFA GATE VÊ EVIDÊNCIAS DE CONSPIRAÇÃO.
- PROMOTORIA EXIBE EXTRATOS COM GASTOS DE JOSÉ MARIA MARÍN NO VALOR DE U$ 138 MIL.
- DEPOIMENTOS TERMINAM E JULGAMENTO DO CASO FIFA SE APROXIMA DO FIM.
- FBI E A RELAÇÃO DE CARTOLAS.
- EMPRESÁRIO CARLOS LEITE E CARTOLAS MARCIO BRAGA, PETER SIEMSEN, CELSO BARROS, PETRAGLIA E PERRELA, TAMBÉM ESTÃO ENROLADOS NO FBI.
- DE FRAUDE A LAVAGEM DE DINHEIRO : JOSÉ MARIA MARÍN SERÁ JULGADO POR SETE CRIMES NOS EUA.
- PROCURADORIA NOS EUA CONCLUI FASE DE ACUSAÇÃO CONTRA JOSÉ MARIA MARÍN.
- PROMOTORIA DOS EUA PEDE CONDENAÇÃO DE ACUSADOS NO FIFA GATE.
- JOSÉ MARIA MARIN E MARCO POLO DEL NERO RECEBERAM U$ 6,5 MILHÕES (R$ 21,5) CADA UM ACUSAM AMERICANOS.

- DEFESA DIZ QUE JOSÉ MARIA MARÍN NÃO EXERCIA PODER NA CBF: DEL NERO COMANDAVA O SHOW.
- DEFESA DE JOSÉ MARIA MARIN ACUSA MARCO POLO DEL NERO E TENTA DESQUALIFICAR TESTEMUNHAS.
- OUÇA GRAVAÇÃO QUE INDICA ENTREGA DE PROPINA A JOSÉ MARIA MARIN, MARCO POLO DEL NERO E RICARDO TEIXEIRA.
- APÓS REVELAÇÕES NOS EUA, INVESTIGAÇÃO SOBRE MARCO POLO DEL NERO NA FIFA AVANÇA.
- PROMOTOR PEDE CONDENAÇÃO DE JOSÉ MARIA MARIN E DESTACA RELAÇÃO COM MARCO POLO DEL NERO: ERAM GEMEOS.
- FIFA CONSIDERA INSUSTENTÁVEL SITUAÇÃO DE MARCO POLO DEL NERO JUNTO A ENTIDADE.
- PERDOA-ME POR ME TRAÍRES.
- EM ÚLTIMA CHANCE DE DEFESA ADVOGADO DE JOSÉ MARIA MARÍN VOLTA A CULPAR DEL NERO POR CORRUPÇÃO.
- POR CORRUPÇÃO FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS.
- APÓS SUSPENSÃO DE MARCO POLO DEL NERO, CORONEL NUNES VAI ASSUMIR PODER NA CBF.
- OUÇA J. HAWILLA DISCUTINDO PROPINA A JOSÉ MARIA MARÍN , MARCO POLO DEL NERO E RICARDO TEIXEIRA COM KLEBER LEITE.
- DO VEXAME DE MARCO POLO DEL NERO À IMORALIDADE DO CORONEL NUNES.
- VERGONHA NACIONAL.
- DELAÇÕES FORÇAM A FIFA A AGIR, MARCO POLO DEL NERO SUSPENSO DA CBF E A CAMINHO DO BANIMENTO.
- COMITÊ DE ÉTICA DA FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS.
- ANALISE: FIFA ENTREGA DIRIGENTE PARA SE SALVAR E DEFENDER SEU DISCURSO .

- BANIDO MARCO POLO DEL NERO É O ÚLTIMO A CAIR ENTRE ATINGIDOS POR INVESTIGAÇÕES FIFA.
- COADJUVANTE , SUBSTITUTO DE MARCO POLO DEL NERO JÁ FOI PIVÔ DE CRISE DIPLOMÁTICA COM A FIFA.
- COMITÊ DE ÉTICA DA FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS.

PGR / MPF No. 20170098801        PR – RJ No. 00097372/2017

DATA: 16 de DEZEMBRO de 2017.

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

## Fwd: Sala de Atendimento ao Cidadão - MPF 20170098801

1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Dec 18, 2017 at 9:11 PM

De:    **MPF Sistema Cidadão**
Data:  18 de dezembro de 2017 13:20
Assunto: MPF 20170098801



Ilmo. Sr.

Resposta à manifestação nº **20170098801** (16/12/2017).

PROTOCOLO: PR-RJ-00097372/2017

**PR-RJ-00097372/2017.**

**Descrição:**

\*\*\*\* 40o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF .!!!! \*\*\*\*

Rio de Janeiro, 16 de DEZEMBRO de 2017   às
21;13

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 40o. QUADRAGÉSIMO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\* PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI.\*\*

\*\* JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, EM JULGAMENTO DESDE O DIA 06/11/2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO

19/12/2017                Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 20170098801
Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 77 of 150 PageID #:
                                            14956
FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI,
   DELATADO POR ALEJANDRO BURZACO , J. HAWILLA,  NA CORTE FEDERAL DO BROOKLYN-NY-EUA,
   INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - BANIDO PELA FIFA EM 15/12/2017, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
   AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA  PELO ADVOGADO
   DE JOSÉ MARIA MARÍN, E,  PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA,   INDICIADO PELO
   RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

   **** BANIDO DO FUTEBOL PELA FIFA PELO PRAZO DE 90 (NOVENTA) DIAS,
        À PARTIR DE 15 DE DEZEMBRO DE 2017, EM FUNÇÃO DAS PROVAS DE CORRUPÇÃO APRESENTADAS
        NA CORTE FEDERAL DO BROOKLYN.****

      **** PGR, MPF, COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, PROCURADORIA DA
           REPÚBLICA DO RIO DE JANEIRO, SEGUE ABAIXO O HOMEM DO SISTEMA (TI) DA CBF, ALMA DE
           MARCO POLO DEL NERO, IMPLANTOU O FAMOSO BIG BROTHER  (CAMERAS) NA COBERTURA DE
           MARCO POLO DEL NERO NA BARRA DA TIJUCA, É O HOMEM DA FOLHA DE PAGAMENTO, DOS
           VALORES DE TODOS OS CONTRATOS, DOS VALORES DE REPASSES FINANCEIROS (MENSALÃO)
           PARA OS PRESIDENTES ALIADOS DO BANIDO MARCO POLO DEL NERO, ADORA PASSEAR NO IATE
           COM DEL NERO, SABE COMO ADQUIRIRAM O BELO IATE DE MARCO POLO DEL NERO.

         **** FERNANDO MENDES FRANÇA ESTÁ DESCRITO NO PROTOCOLO PR-RJ No. 00067352/2016 DATADO
              DE : 20 DE SETEMBRO DE 2016.

         ***** IMPORTANTE CHAMAR ATENÇÃO PARA O SECRETÁRIO DOS PRESIDENTES, O CONFIDENTE :
               ALEXANDRE SILVA DA SILVEIRA CPF: 012249477-62 QUE POSSUI O PRIMEIRO PROTOCOLO DE
               No. PR-RJ No,00059472/2016 DATADO DE 08 DE AGOSTO DE 2016. E, outros,,

                              **** DESCRIÇÃO ****

1  ) JUÍZA DO FIFAGATE VÊ  EVIDÊNCIAS DE CONSPIRAÇÃO.

   UOL

   Veja Link.: https://esporte.uol.com.br/ultimas-noticias/afp/2017/12/12/juiza-do-fifagate-ve-evidencias-de-conspiracao.htm

2  ) PROMOTORIA EXIBE EXTRATOS COM GASTOS DE JOSÉ MARIA MARIN NO VALOR DE U$138 MIL,

   RICARDO LEOPOLDO - ESTADÃO

      Veja Link.:  http://esportes.estadao.com.br/noticias/futebol,promotoria-exibe-extratos-com-gastos-de-marin-no-valor-de-us-138-mil,
70002177963

3  ) DEPOIMENTOS TERMINAM E JULGAMENTO DO CASO FIFA SE APROXIMA DO FIM.

   GLOBO ESPORTES - NY

   Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/depoimentos-terminam-e-julgamento-do-caso-fifa-se-
        aproxima-do-fim.ghtml

4  ) FBI E A RELAÇÃO DE !!!!CARTOLAS!!!!.

   WANDERLEY NOGUEIRA - JOVEM PAN - SP - UOL

   Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-e-a-relacao-de-cartolas/

5  ) EMPRESÁRIO CARLOS LEITE E CARTOLAS MARCIO BRAGA, PETER SIEMSEN, CELSO BARROS, PETRAGLIA E
      PERRELA, TAMBÉM ESTÃO ENROLADOS NO FBI.

   BLOG DO PAULINHO

   Veja Link.: https://blogdopaulinho.com.br/2017/12/13/empresario-carlos-leite-e-cartolas-marcio-braga-peter-siemsen-celso-
        barros-petraglia-e-perrela-tambem-estao-enrolados-no-fbi/

6  ) DE FRAUDE A LAVAGEM DE DINHEIRO: JOSÉ MARIA MARIN SERÁ JULGADO POR SETE CRIMES NOS EUA.

   JAMES CIMINO - NY - UOL

   Veja Link.:https://esporte.uol.com.br/futebol/ultimas-noticias/2017/12/13/de-fraude-a-lavagem-de-dinheiro-marin-
        sera-julgado-por-sete-crimes-nos-eua.htm

7  ) PROCURADORIA NOS EUA CONCLUI FASE DE ACUSAÇÃO CONTRA JOSÉ MARIA MARIN.

   SILAS MARTI - FOLHA DE SÃO PAULO - NY

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1943014-procuradoria-nos-eua-conclui-fase-de-acusacao-contra-jose-maria-

marin.shtml

8 ) AZENHA : 4 FIOS DESENCAPADOS.

PAULO HENRIQUE AMORIM

Veja Link.: https://www.youtube.com/watch?v=JMrJ0yDwtbl&feature=youtu.be

9 ) PROMOTORIA DOS EUA PEDE CONDENAÇÃO DE ACUSADOS NO FIFAGATE.

UOL - NY

Veja Link.: https://esporte.uol.com.br/ultimas-noticias/afp/2017/12/13/promotoria-dos-eua-pede-condenacao-de-acusados-no-fifagate.htm

10 ) JOSÉ MARIA MARIN E MARCO POLO DEL NERO RECEBERAM U$ 6,5 MILHÕES (R$ 21,5 )
CADA UM ACUSAM AMERICANOS.

GLOBO ESPORTES - NY

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/marin-e-del-nero-receberam-us-65-milhoes-em-propina-cada-acusam-americanos.ghtml

11 ) DEFESA DIZ QUE JOSÉ MARIA MARIN NÃO EXERCIA PODER NA CBF.: **DEL NERO COMANDAVA O SHOW**

RICARDO LEOPOLDO - ESTADO DE SÃO PAULO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,defesa-diz-que-marin-nao-exercia-poder-na-cbf-del-nero-comandava-o-show,70002120385

12 ) DEFESA DE JOSÉ MARIA MARIN ACUSA MARCO POLO DEL NERO E TENTA DESQUALIFICAR
TESTEMUNHAS.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1943302-defesa-de-marin-acusa-del-nero-e-desqualifica-testemunhas-de-acusacao.shtml

13 ) **** OUÇA GRAVAÇÃO QUE INDICA ENTREGA DE PROPINA A: JOSÉ MARIA MARIN,
MARCO POLO DEL NERO E RICARDO TERRA TEIXEIRA.****

FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1943114-ouca-gravacao-que-indica-entrega-de-propina-a-marin-del-nero-e-teixeira.shtml

14 ) APÓS REVELAÇÕES NOS EUA, INVESTIGAÇÃO SOBRE MARCO POLO DEL NERO NA FIFA AVANÇA.

MARTIN FERNANDEZ - GLOBO

Veja Link.:https://globoesporte.globo.com/blogs/bastidores-fc/noticia/apos-revelacoes-nos-eua-investigacao-sobre-del-nero-na-fifa-avanca.ghtml

15 ) PROMOTOR PEDE CONDENAÇÃO DE JOSÉ MARIA MARIN E DESTACA RELAÇÃO COM
MARCO POLO DEL NERO !!!! ERAM GEMEOS !!!!

RICARDO LEOPOLDO - ESTADÃO - NY

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,promotor-pede-condenacao-de-marin-e-destaca-relacao-com-del-nero-eram-gemeos,70002120580

16 ) FIFA CONSIDERA INSUSTENTÁVEL SITUAÇÃO DE MARCO POLO DEL NERO JUNTO A ENTIDADE.

JAMIL CHADE - ESTADÃO - GENEBRA.

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,fifa-considera-insustentavel-situacao-de-del-nero-junto-a-entidade,70002120667

17 ) PERDOA-ME POR ME TRAÍRES.

BLOG JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/12/perdoa-me-por-me-traires/

18 ) EM ULTIMA CHANCE DE DEFESA, ADVOGADO DE JOSÉ MARIA MARIN VOLTA A CULPAR
MARCO POLO DEL NERO POR CORRUPÇÃO.

CAMILO PINHEIRO MACHADO - GLOBO

Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/em-ultima-chance-de-defesa-advogado-

19/12/2017                    Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 20170098801
Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 79 of 150 PageID #: 14958
de-marin-volta-a-culpar-del-nero-por-corrupcao.ghtml

19 ) **** POR CORRUPÇÃO FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS ****

JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,fifa-suspende-marco-polo-del-nero-por-90-dias,70002121138

20 ) APÓS SUSPENSÃO DE MARCO POLO DEL NERO, CORONEL NUNES VAI ASSUMIR PODER NA CBF.

ESTADO DE SÃO PAULO

** ANTONIO CARLOS NUNES DE LIMA, INVESTIGADO PELO MINISTÉRIO PÚBLICO DO ESTADO DO PARÁ.

** CEL NUNES ESTÁ NO MPF-PGR-DESDE 10 DE SETEMBRO DE 2016, ATRAVÉS DO PROTOCOLO PR-RJ No. 00064846/2016 DATADO DE 10 DE SETEMBRO DE 2016.

   Veja Link.:http://esportes.estadao.com.br/noticias/futebol,apos-suspensao-de-del-nero-coronel-nunes-vai-assumir-poder-na-cbf,70002121184

21 ) OUÇA J. HAWILLA DISCUTINDO PROPINA A JOSÉ MARIA MARIN, MARCO POLO DEL NERO E RICARDO TERRA TEIXEIRA COM KLEBER LEITE.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/12/15/ouca-j-hawilla-discutindo-propina-a-marin-del-nero-e-teixeira-com-kleber-leite/

22 ) DO VEXAME DE MARCO POLO DEL NERO À IMORALIDADE DO CORONEL NUNES.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/12/15/do-vexame-de-marco-polo-del-nero-a-imoralidade-do-coronel-nunes/

23 ) VERGONHA NACIONAL!

BLOG JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/12/vergonha-nacional/

24 ) DELAÇÕES FORÇAM A FIFA A AGIR, MARCO POLO DEL NERO SUSPENSO DA CBF E A CAMINHO DO BANIMENTO.

COSME RIMOLI - R7

Veja Link.:http://esportes.r7.com/blogs/cosme-rimoli/delacoes-forcam-a-fifa-a-agir-del-nero-suspenso-da-cbf-e-a-caminho-do-banimento-do-futebol-15122017/

25 ) COMITÊ DE ÉTICA DA FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS.

MARTIN FERNANDEZ - GLOBO

Veja Link.:https://globoesporte.globo.com/futebol/selecao-brasileira/noticia/marco-polo-del-nero-e-suspenso-por-90-dias.ghtml

26 ) ANALISE : FIFA ENTREGA DIRIGENTE PARA SE SALVAR E DEFENDER SEU DISCURSO.

JAMIL CHADE - ESTADÃO - GENEBRA

   Veja Link.: http://esportes.estadao.com.br/noticias/futebol,analise-fifa-entrega-dirigente-para-se-salvar-e-defender-seu-discurso,70002121978

27 ) ** BANIDO , MARCO POLO DEL NERO É O ÚLTIMO A CAIR ENTRE ATINGIDOS POR INVESTIGAÇÃO FIFA **

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1943865-banido-del-nero-e-ultimo-a-cair-entre-atingidos-por-investigacoes-da-fifa.shtml

28 ) COADJUVANTE , SUBSTITUTO DE MARCO POLO DEL NERO JÁ FOI PIVÔ DE CRISE DIPLOMÁTICA COM A FIFA.

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1943863-coadjuvante-substituto-de-del-nero-ja-foi-pivo-de-crise-diplomatica-com-a-fifa.shtml

29 ) **** COMITÊ DE ÉTICA DA FIFA SUSPENDE MARCO POLO DEL NERO POR 90 DIAS ****

JORNAL NACIONAL

Veja Link.:https://globoplay.globo.com/v/6361002/programa/

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal

--
Moises Campos de Lima
Formação em Administração desde 1984
Chefe da Segurança da Seleção Brasileira na " COPA USA/1994 "
Tetra-Campeão do Mundo COPA USA/1994
Coordenador Serviços Gerais CBF - 1989/1998
Secretário Controle de Doping CBF
Condecorado pela Presidência da República com a Medalha do Mérito Desportivo
Condecorado pela Câmara Federal com a Medalha do Mérito Legislativo
Carta de Elogios/Transparência/Seriedade do " F. B. I - EUA"
Carta de Elogios/Transparência/Seriedade da Divisão de Patrulha/Polícia da Califórnia - EUA
Fundador e Presidente do GRUPO DOURADOS de CORDOVIL/RJ/BRASIL
GRANDE BENEMÉRITO do SINDECLUBES/RJ/BRASIL



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 39º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO.\*\*

- EQUIPE DE RICARDO TERRA TEIXEIRA.
- EM GRAVAÇÃO J. HAWILLA NEGOCIA PROPINA PARA: RICARDO TEIXEIRA, MARCO POLO DEL NERO E JOSÉ MARIA MARÍN.
- EM GRAVAÇÃO J. HAWILLA E JOSÉ MARIA MARÍN, DISCUTEM DIVISÃO DE PROPINAS A CARTOLAS.
- AMIGOS DA ONÇA.
- EM GRAVAÇÃO JOSÉ MARIA MARÍN PEDE AJUDA A J. HAWILLA PARA RECEBER PAGAMENTO DE PROPINA.
- EMPRESÁRIO J. HAWILLA MOSTRA GRAVAÇÕES DE CONVERSAS EM QUE AS PROPINAS ERAM NEGOCIADAS.
- FOGO CRUZADO: JOSÉ MARIA MARÍN DELATOU J. HAWILLA NA CORTE AMERICANA.
- CASO FIFA: GRAVAÇÃO MOSTRA JOSÉ MARIA MARÍN PEDINDO AJUDA PARA RECEBER PROPINA.
- COMO OPERAÇÃO DA POLICIA FEDERAL REFORÇOU COM DOCUMENTOS DELAÇÃO CONTRA MARCO POLO DEL NERO.
- JORNAL DA RECORD TEM ACESSO A ÁUDIOS DE J. HAWILLA DELATOR DO CASO FIFA.
- RICARDO TEIXEIRA E SANDRO ROSELL SE APROPRIARAM DE DINHEIRO DA SELEÇÃO, DENUNCIA JUSTIÇA ESPANHOLA.

- EMPRESA DE JOSÉ MARIA MARÍN RECEBEU PROPINA DE R$ 4,9 MILHÕES DIZEM PROCURADORES.
- PROMOTORIA MOSTRA TRAJETO DE PROPINA PARA JOSÉ MARIA MARÍN E GASTOS DE U$ 118 MIL.
- EMPRESAS DE JOSÉ MARIA MARIN RECEBEU U$ 1,5 MILHÕES DE PROPINA DA COPA AMERICA DIZEM OS EUA.
- PROMOTORIA MOSTRA NOVO PAGAMENTO DE PROPINA DE U$ 500 MIL A JOSÉ MARIA MARÍN.
- BILHETES INDICAM PROPINA A JOSÉ MARIA MARÍN , RICARDO TEIXEIRA E MARCO POLO DEL NERO DIZ TESTEMUNHA.
- PROMOTORES AMERICANOS MOSTRAM NOVO DEPÓSITO SUSPEITO PARA JOSÉ MARIA MARIN.
- DOCUMENTOS APRESENTADOS NO JULGAMENTO DO CASO FIFA REVELAM REPASSES DE U$ 500 MIL A JOSÉ MARIA MARÍN.
- FBI: MAIS NOMES ESTÃO NOS AUTOS.
- RICARDO TEIXEIRA DIZ NÃO TER MEDO DE SER PRESO E QUE J. HAWILLA ESTÁ DESCOMPENSADO.
- RICARDO TEIXEIRA PROTEGE QUEM SUBORNA A GLOBO.
- RICARDO TEIXEIRA , O PROBLEMA É RENAL E A COMISSÃO PRIVADA.
- ANDRES SANCHES, ARNALDO TIRONE E CARLOS MIGUEL AIDAR ESTÃO ENROLADOS COM O FBI,
- JUIZA DO CASO FIFA VETA ESTRATÉGIA DE JOSÉ MARIA MARIN E IRONIZA PODER DE MARCO POLO DEL NERO.
- DEFESA DE JOSE MARIA MARIN TENTA RESPONSABILIZAR MARCO POLO DEL NERO EM JULGAMENTO DA FIFA.
- JUÍZA AMERICANA DIZ QUE MARCO POLO DEL NERO TALVEZ TENHA MAIS AMIGOS NA FIFA.

PGR / MPF No. 20170097506          PR – RJ No. 00095936/2017


DATA : 12 de DEZEMBRO de 2017.

 Gmail

Felipe Quirino <aspquirino@gmail.com>

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170097506

1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Wed, Dec 13, 2017 at 5:21 PM

De: **MPF**
Data: 13 de dezembro de 2017 13:49
Assunto: MPF 20170097506



Ilmo. Sr.

Resposta à manifestação nº **20170097506** (12/12/2017).

PROTOCOLO: PR-RJ-00095936/2017

MPF- **PR-RJ-00095936/2017**.

**Descrição:**

\*\*\* 39o. TRIGÉSIMO NONO COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! \*\*\*\*

Rio de Janeiro, 12 de DEZEMBRO de 2017    às  15:02

Ilma. Sra. Dra.  RAQUEL ELIAS FERREIRA DODGE  -  MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  -  MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 39o. TRIGÉSIMO NONO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\* PRESIDENTES: PRESO, CITADOS, INDICIADOS, PELAS JUSTIÇAS DA: SUÍÇA,  ESPANHA, FRANÇA, ESTADOS UNIDOS DA AMERICA/FBI.\*\*

\*\* JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, EM JULGAMENTO DESDE O DIA 06/11/2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. \*\*

\*\* RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA FRANCESA, JUSTIÇA AMERICANA/FBI, DELATADO POR  ALEJANDRO BURZACO , J. HAWILLA , NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, DELATADO NA CORTE FEDERAL DO BROOKLYN-NY-EUA PELO ADVOGADO DE JOSÉ MARIA MARÍN, PELOS DELATORES ALEJANDRO BURZACO E J. HAWILLA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

** ALEXANDRE SILVA DA SILVEIRA : O SECRETÁRIO DOS PRESIDENTES, CITADO PELO DELATOR ALEJANDRO BURZACO, COMO O HOMEM QUE FORNECIA O NÚMERO DAS CONTAS E EM QUE PAÍS REALIZAR OS DEPÓSITOS. ( INCLUSIVE EM ANDORRA).

CPF.: 012249477-62

* É SÓCIO DA NILCAR AUTOMÓVEIS .

* É SÓCIO DO POSTO DE LUBRIFICANTES BAHIA UM LTDA.

* REALIZAVA SEGUROS DOS JOGOS DA SELEÇÃO, FEDERAÇÕES ALIADAS DE MARCO POLO DEL NERO, JUNTAMENTE COM LUIS CESAR PENHA SARAIVA (PROTOCOLO PR-RJ No. 00091622/2017 datado de 29 de NOVEMBRO de 2017).

** ALEXANDRE SILVA DA SILVEIRA ESTÁ NA PGR/MPF/COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO/ MPF-PR-RJ No. 00059472/2016 datado de 08 de AGOSTO de 2016.

Endereço.: Rua General Orlando Geisel, no. 289 Apto. 301 – COBERTURA - Bairro Nobre da Zona Oeste do RJ - RECREIO DOS BANDEIRANTES.

** LUIZ CESAR PENHA SARAIVA - CPF.: 677434047-49

* LUIZ CESAR PENHA SARAIVA É SÓCIO DE 4 EMPRESAS NO ESTADO DO RIO DE JANEIRO
* CAPITAL SOCIAL DAS EMPRESAS DE LUIZ CESAR PENHA SARAIVA: R$ 5.721.466,00
* PRIMEIRA SOCIEDADE DE LUIZ CESAR PENHA SARAIVA: 11/12/1990, VEJAM., O RICARDO TERRA TEIXEIRA ENTROU NA CBF EM 1989, e, LUIZ CESAR PENHA SARAIVA ERA O GERENTE DA CONTA DA CBF NO ANTIGO BANCO REAL (ENTRE AV.PRES.VARGAS, RIO BRANCO, RUA DA ALFANDEGA) ERA O RESPONSÁVEL PELAS APLICAÇÕES, TROCA DE CAMBIO P/RICARDO, FOLHA DE PAGAMENTO, ETC.ETC. Tem como sócios: JOSÉ DOS SANTOS FILHO (O TESOUREIRO DA CBF QUE ESTÁ NO RELATÓRIO PARALELO DA CPI DO FUTEBOL CHAMA-SE : ARIBERTO PEREIRA DOS SANTOS FILHO É O MESMO DOS R$ 30 MILHÕES DA HISTÓRIA DO BANCO RURAL). FRANCISCO ALCÂNTARA BARBOSA, VICTOR SALLY SARAIVA, ALINE SALLY SARAIVA, MARIA ALICE FERNANDES DA SILVA E RICARDO TERRA TEIXEIRA.

!!!! AS EMPRESAS !!!!

1 ) PERFECTCAR AUTO MECÂNICA LTDA.
CNPJ.: 05.586.944/0001-06
endereço.: Estrada dos Bandeirantes, no. 1963 (Parte)
Jacarepagua - RJ
Data da abertura: 21/03/2003.

2 ) COMITE CORRETORA DE SEGUROS LTDA.
CNPJ.: 10.938.186/0001-88
endereço.: Av. Tenente Coronel Muniz Aragão, 894 Loja 11
ANIL - RJ
Capital Social.: R$ 12.000,00
Atividade Social.: Corretores e Agentes de Seguros, de planos de previdência complementar e de saude.
Data da abertura.: 20/03/2009
Fonte informa que : LUIZ CESAR PENHA SARAIVA É SÓCIO DE ALEXANDRE SILVA DA SILVEIRA, na Venda de Seguros para Estádios, Jogos das Seleções, e, Federações Filiadas e aliadas de Marco Polo Del Nero, ALEXANDRE tem o codinome de: O SECRETÁRIO DOS PRESIDENTES está descrito no PROTOCOLO PR-RJ No. 00059472/2016 datado de 08 de AGOSTO de 2016, e, em todos já enviados. Recentemente CITADO NA CORTE FEDERAL DO BROOKLYN COMO O SECRETÁRIO QUE INFORMAVA O NUMERO DAS CONTAS DE RICARDO TEIXEIRA. PARA DEPÓSITO . (matéria e link já enviados para a PGR/MPF/LAVA JATO/PR-RJ - ge.globo.esportes veja abaixo link.:
https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-da-cbf-e-que-algumas-das-maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtm utm_source=whatsapp&utm_medium=share-bar-smart&utm_campaign=share-bar

3 ) VIA REPRESENTAÇÕES LTDA
CNPJ.: 14.441.408/0001-03
endereço.: Rua Uruguaiana, no. 39 sala 502
CENTRO-RJ
Capital Social.: R$ 20.000,00
Data da abertura: 05/10/2011

4 ) AGRO PECUÁRIA SANTA ROSA INDUSTRIA E COMERCIO LTDA.
CNPJ.: 39.137.781/0001-04
endereço.: Estrada Hugo Portugal, no. 13300
Distrito de PIRAÍ
Capital Social.: R$ 5.689.466,00
Data da Abertura.: 11/12/1990 (Ricardo Terra Teixeira entrou na CBF em 1989)

**** PROTOCOLOS NO MPF-PR-PR-RJ DATADE 02 DE AGOSTO DE 2016 ****

RICARDO TERRA TEIXEIRA.  - PR-RJ no. 00058334/2016 datado de 02 de AGOSTO de 2016.
ALEXANDRE SILVA DA SILVEIRA - PR - RJ no. 00059472/2016 datado de 08 de AGOSTO de 2016.
ARIBERTO PEREIRA DOS SANTOS FILHO - PR - RJ no. 00058860/2016 datado de 06 de AGOSTO de 2016.
RODRIGO SANTOS PAIVA (OLHOS - BOLSOS - OUVIDOS DE RICARDO TEIXEIRA) - CPF 908533267-20
ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZÓ - CPF.: 337.325.237-72
ODAIR ARAÚJO SILVA - O MOTORISTA - CPF.: 271005887-15
MARCO ANTONIO TEIXEIRA - O TIO DE RICARDO - ex-secretário geral desde 1989 CPF.: 118733536-34
JOSÉ CARLOS SALIM - ex-Diretor de Marketing de Ricardo Teixeira.
ADIR MALAGUETA - EX-Varig O HOMEM DOS TRECHOS AÉREOS , GRUPO ÁGUIA WAGNER ABRÃAO.
CARLOS EUGÊNIO LOPES - CARLÔ - Diretor Jurídico (Relatório Paralelo da CPI).

GLAUCIA FERNANDES FEIJÓ - ACOMPANHA O RICARDO TERRA TEIXEIRA DESDE À MINAS
INVESTIMENTOS / CBF/ - SECRETÁRIA - PAGAMENTOS/CONTAS BANCARIAS/CARTÕES, etc.
WAGNER ABRAÃO - STELLA BARROS / GRUPO ÁGUIA.
LUIZ CESAR PENHA SARAIVA - Ex-Gerente do Banco Real, responsável no Banco pelos R$ da CBF, fonte
informa que Luiz Cesar recebia também pela CBF, e que está até hoje com Ricardo Teixeira, fonte informa
também que o Escritório É DENTRO DA CASA DO RICARDO TEIXEIRA NO ITANHANGÁ.

**** DESCRIÇÃO ****

1 ) EM GRAVAÇÃO J. HAWILLA NEGOCIA PROPINA PARA : RICARDO TEIXEIRA , MARCO POLO DEL NERO E
JOSÉ MARIA MARÍN.

SILAS MARTÍ - FOLHA DE SÃO PAULO - NY.

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1940789-em-gravacao-hawilla-negocia-propina-para-teixeira-del-nero-e-marin.shtml

2 ) EM GRAVAÇÃO, J. HAWILLA E JOSÉ MARIA MARIN DISCUTEM DIVISÃO DE PROPINAS A CARTOLAS.

O ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,em-gravacao-hawilla-e-marin-discutem-divisao-de-propinas-a-cartolas,70002109129

3 ) AMIGOS DA ONÇA.

ANTERO GRECO - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,amigos-da-onca,70002109436

4 ) EM GRAVAÇÃO JOSÉ MARIA MARIN PEDE AJUDA A J. HAWILLA PARA RECEBER PAGAMENTO DE PROPINA.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.: https://globoesporte.globo.com/futebol/noticia/em-gravacao-marin-pede-ajuda-a-j-hawilla-para-receber-pagamento-de-propina.ghtml

5 ) EMPRESÁRIO J. HAWILLA MOSTRA GRAVAÇÕES DE CONVERSAS EM QUE AS PROPINAS ERAM NEGOCIADAS.

JORNAL DA RECORD

Veja Link.:https://noticias.r7.com/jornal-da-record/videos/empresario-j-hawilla-mostra-gravacoes-de-conversas-em-que-as-propinas-eram-negociadas-05122017

6 ) FOGO CRUZADO: JOSÉ MARIA MARIN DELATOU J. HAWILLA NA CORTE AMERICANA.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/12/06/fogo-cruzado-marin-delatou-j-hawilla-na-corte-americana/

7 ) CASO FIFA : GRAVAÇÃO MOSTRA JOSÉ MARIA MARIN PEDINDO AJUDA PARA RECEBER PROPINA.

JORNAL NACIONAL

Veja Link.:https://globoplay.globo.com/v/6337271/programa/

8 ) COMO OPERAÇÃO DA POLÍCIA FEDERAL REFORÇOU COM DOCUMENTOS DELAÇÃO CONTRA
MARCO POLO DEL NERO.

RODRIGO MATTOS - UOL

Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2017/12/06/como-operacao-da-pf-reforcou-com-documentos-delacao-contra-del-nero/

9 ) JORNAL DA RECORD TEM ACESSO A ÁUDIOS DE J. HAWILLA, DELATOR DO CASO FIFA.

JORNAL DA RECORD

Veja Link.: https://noticias.r7.com/jornal-da-record/videos/jornal-da-record-tem-acesso-a-audios-de-j-hawilla-delator-do-caso-fifa-apresentados-em-tribunal-de-ny-06122017

10 ) RICARDO TEIXEIRA E SANDRO ROSELL SE APROPRIARAM DE DINHEIRO DA SELEÇÃO DENUNCIA JUSTIÇA ESPANHOLA.

JAMIL CHADE - ESTADÃO - GENEBRA

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,teixeira-e-rosell-se-apropriaram-de-dinheiro-da-selecao-denuncia-espanha,70002111898

11 ) EMPRESA DE JOSE MARIA MARIN RECEBEU PROPINA DE R$ 4, 9 MILHÕES, DIZEM PROCURADORES.

ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,empresa-de-marin-recebeu-propina-de-r-4-9-milhoes-dizem-procuradores,70002112421

12 ) PROMOTORIA MOSTRA TRAJETO DE PROPINA PARA JOSÉ MARIA MARIN E GASTOS DE U$ 118 MIL

JAMES CIMINO - FOLHA DE SÃO PAULO - NY

** WAGNER JOSÉ ABRAÃO !!GRUPO ÁGUIA!! ESTÁ TOTALMENTE DESCRITO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL, JUNTAMENTE COM TODA FAMÍLIA. FIGURA OU FIGUROU DIRETAMENTE DO QUADRO SOCIETÁRIO DE 30 (TRINTA) EMPRESAS. TRAFFIC DO JOTINHA, MARCO POLO DEL NERO, JOSÉ MARIA MARIN, À COBERTURA, O IATE. RELATÓRIO PARALELO DA CPI DAS PÁGINAS 88 à 123. GRUPO ÁGUIA. etc.

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1941639-promotoria-mostra-trajeto-de-propina-para-marin-e-gastos-de-us-118-mil.shtml

13 ) EMPRESAS DE JOSÉ MARIA MARIN RECEBEU U$ 1,5 MI DE PROPINA DA COPA AMERICA DIZEM OS EUA.

MARTIN FERNANDEZ - GLOBO - NY

* WAGNER ABRAÃO - SUPPORT TRAVEL - ANDORRA.

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/documentos-indicam-que-empresa-de-marin-recebeu-us-15-mi-de-propina-da-copa-america.ghtml

14 ) PROMOTORIA MOSTRA NOVO PAGAMENTO DE PROPINA DE U$ 500 MIL A JOSÉ MARIA MARIN.

ESTELITA HASS CARAZZAI - FOLHA DE SÃO PAULO - NY

* WAGNER ABRAÃO - GRUPO ÀGUIA

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/12/1941910-promotoria-mostra-novo-pagamento-de-propina-de-us-500-mil-a-marin.shtml

15 ) BILHETES INDICAM PROPINA A JOSÉ MARIA MARIN, RICARDO TEIXEIRA E MARCO POLO DEL NERO DIZ TESTEMUNHA.

EDUARDO GRAÇA - UOL - NY

** KLEBER LEITE - KLEFER.

Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/12/08/bilhetes-indicam-propina-a-marin-del-nero-e-teixeira-diz-testemunha.htm

16 ) PROMOTORES AMERICANOS MOSTRAM NOVO DEPÓSITO SUSPEITO PARA JOSÉ MARIA MARIN.

MARTIN FERNANDEZ - GLOBO - NY

** FIRELLI INTERNATIONAL - ILHAS VIRGENS BRITANICAS .
** BANCOS / ANDORRA / WAGNER ABRAÃO - GRUPO ÁGUIA
** OFFSHORE ARCO / BANCO JULIUS BAER
** MORGAN STANLEY - EUA
** COFRE / KLEFER / KLEBER LEITE

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/promotores-americanos-mostram-novo-deposito-suspeito-para-marin.ghtml

17 ) DOCUMENTOS APRESENTADOS NO JULGAMENTO DO CASO FIFA REVELAM REPASSES DE U$ 500 MIL A JOSÉ MARIA MARIN.

CBN

Veja Link.:http://cbn.globoradio.globo.com/media/audio/143925/documentos-apresentados-no-julgamento-do-caso-fifa.htm

18 ) FBI : MAIS NOMES ESTÃO NOS AUTOS.

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-mais-nomes-estao-nos-autos/

19 ) RICARDO TEIXEIRA DIZ NÃO TER MEDO DE SER PRESO E QUE J. HAWILLA ESTÁ DESCOMPENSADO.

** SUIÇA, ESPANHA, FRANÇA, FBI/EUA, TODOS ESTÃO MENTINDO PRINCIPALMENTE: PROMOTORES, DELATORES, BANCOS, JUSTIÇA.

SERGIO RANGEL  -  FOLHA DE SÃO PAULO

Veja LInk.:http://www1.folha.uol.com.br/esporte/2017/12/1942102-teixeira-diz-nao-ter-medo-de-ser-preso-e-que-hawilla-esta-descompensado.shtml

20 ) RICARDO TEIXEIRA PROTEGE QUEM O SUBORNA:  A  GLOBO

PAULO HENRIQUE AMORIM - CONVERSA AFIADA

Veja Link.: https://www.conversaafiada.com.br/brasil/teixeira-protege-quem-o-suborna-a-globo

21 ) RICARDO TEIXEIRA, O PROBLEMA É RENAL E A **COMISSÃO PRIVADA**.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/12/10/ricardo-teixeira-o-problema-renal-e-a-comissao-privada/

22 ) ANDRES SANCHES, ARNALDO TIRONE E CARLOS MIGUEL AIDAR ESTÃO ENROLADOS COM O FBI.

BLOG DO PAULINHO

** NIKE, RICARDO TERRA TEIXEIRA, MARCO ANTONIO TEIXEIRA/ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA-ZOZÓ, ARIBERTO PEREIRA DOS SANTOS FILHO ** O TESOUREIRO **

Veja Link.:https://blogdopaulinho.com.br/2017/12/11/andres-sanches-arnaldo-tirone-e-carlos-miguel-aidar-estao-enrolados-com-o-fbi/

23 ) JUÍZA DO CASO FIFA (PAMELA CHEN) VETA ESTRATÉGIA DE JOSÉ MARIA MARIN E IRONIZA PODER DE MARCO POLO DEL NERO.

UOL - NY

Veja Link.:https://esporte.uol.com.br/futebol/ultimas-noticias/2017/12/11/juiza-do-caso-fifa-veta-estrategia-de-marin-e-ironiza-poder-de-del-nero.htm

24 ) DEFESA DE JOSÉ MARIA MARIN TENTA RESPONSABILIZAR MARCO POLO DEL NERO EM JULGAMENTO DA FIFA.

ESTELITA HASS CARAZZAI - FOLHA DE SÃO PAULO - NY

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1942496-defesa-de-marin-tenta-responsabilizar-del-nero-em-julgamento-da-fifa.shtml

25 ) JUÍZA AMERICANA (PAMELA CHEN) DIZ QUE MARCO POLO DEL NERO **TALVEZ TENHA MAIS AMIGOS NA FIFA** DO QUE JOSÉ MARIA MARIN.

GLOBO ESPORTES - NY

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/juiza-americana-diz-que-del-nero-talvez-tenha-mais-amigos-na-fifa-do-que-marin.ghtml

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 38º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.**


- ALEXANDRE SILVA DA SILVEIRA, PRIMEIRA CITAÇÃO EM 08 DE AGOSTO DE 2016 PR-RJ No. 00059472/2016. O SECRETÁRIO CONFIDENTE DOS PRESIDENTES: RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARIN , MARCO POLO DEL NERO. ETC.
- DEPOENTE DO CASO FIFA RECONHECE MARIN E CONFIRMA PROPINA A ELE E A DEL NERO.
- GLOBO VOLTA A SER CITADA COMO PAGADORA DE PROPINA NO JULGAMENTO DE MARIN.
- DEPOIMENTO NO CASO FIFA VOLTA A LIGAR TV GLOBO A PAGAMENTOS DE PROPINA .
- MÁFIA DA FIFA: GLOBO SUBORNOU MARIN.
- EM TRIBUNAL, EXECUTIVO DIZ QUE PAGOU PROPINA PARA MARIN MARCO POLO DEL NERO E RICARDO TEIXEIRA.
- EX-PRESIDENTE DA CBF, RICARDO TEIXEIRA É INVESTIGADO POR CORRUPÇÃO EM CINCO PAÍSES.
- DELATOR DIZ QUE PAGOU U$ 4,8 MILHÕES EM PROPINAS PARA MARIN E DEL NERO ENTRE 2013 E 2014.
- PLANILHA SUGERE EX-DIRETOR DA GLOBO E DEL NERO COMO RECEBEDORES DE PROPINA.

- PEDINDO TOLERÂNCIA, FIFA DIZ QUE NÃO TOMARÁ DECISÃO SOBRE DEL NERO POR ENQUANTO.
- INFANTINO DIZ ESPERAR DECISÃO DA JUSTIÇA PARA DEFINIR FUTURO DE MARCO POLO DEL NERO.
- MARCO POLO DEL NERO É O ÚNICO PRESIDENTE DE FEDERAÇÃO AUSENTE EM MOSCOU.
- NO JULGAMENTO DO CASO FIFA, DOCUMENTO MOSTRA PAGAMENTO A EX-EXECUTIVO DA GLOBO.
- ASSESSOR DA CBF CITADO EM DELAÇÃO NOS EUA ESTÁ EM MOSCOU NO HOTEL DA FIFA.
- APREENSÕES FEITAS NO BRASIL, SÃO DISCUTIDAS NO JULGAMENTO DE JOSÉ MARIA MARIN.
- EMPRESÁRIOS DISCUTIRAM PROPINA A MARCO POLO DEL NERO, JOSÉ MARIA MARIN E RICARDO TEIXEIRA DIZ PROMOTOR AMERICANO.
- OLHA QUEM ESTÁ AO LADO DO TITE.
- PROCURADOR CHEFE DO RIO DE JANEIRO DEPÕE COMO TESTEMUNHA NO JULGAMENTO DA FIFA EM NY.
- EUA REVELAM DOCUMENTOS QUE LIGAM MARCO POLO DEL NERO JOSÉ MARIA MARIN E RICARDO TEIXEIRA, A PROPINA.
- CITADOS EM NOVO DEPOIMENTO DO FIFA GATE, GLOBO E MARCO POLO DEL NERO SE COMPROMETEM AINDA MAIS.
- DEPOIMENTO DE J.HAWILLA E GRAVAÇÕES SECRETAS AUTORIZADAS PELA JUSTIÇA DEIXAM GLOBO E CARTOLAS ATEMORIZADOS.
- GLOBO E MARCO POLO DEL NERO SE ENFORCAM NO FIFA GATE.
- J. HAWILLA DIZ QUE TEIXEIRA RECEBEU PROPINA PARA SELEÇÃO TER FORÇA MÁXIMA.
- J. HAWILLA DEPÕE COM BALÃO DE OXIGÊNIO E DIZ TER PAGO PROPINA A RICARDO TEIXEIRA.
- J. HAWILLA CONFESSA QUE SUBORNOU RICARDO TEIXEIRA DA GLOBO.

- DELATOR DIZ QUE PAGOU PROPINA PARA SELEÇÃO ESCALAR FORÇA MÁXIMA.
- PRIMEIRO DIA DE J. HAWILLA NA CORTE AMERICANA REVELOU MANIPULAÇÃO NAS CONVOCAÇÕES DA SELEÇÃO BRASILEIRA.
- RICARDO TEIXEIRA É ACUSADO DE RECEBER U$ 10 MILHÕES EM PROPINA POR UM DOS DELATORES DO ESQUEMA.
- EMPRESÁRIO DETALHA COMO PAGAVA PROPINAS A DIRIGENTES DO FUTEBOL DESDE 1991.
- COPA DO BRASIL 2013, RENDEU R$ 1,5 MILHÃO A TRÊS PRESIDENTES DA CBF, DIZ J. HAWILLA.

PGR / MPF  No. 20170095782          PR – RJ No. 00093726/2017.

DATA: 05 de DEZEMBRO de 2017.



Felipe Quirino <aspquirino@gmail.com>

## Fwd: Sala de Atendimento ao Cidadão - MPF 20170095782

1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Moises Campos <moisescamposlima@gmail.com>
Bcc: aspquirino@gmail.com

Wed, Dec 6, 2017 at 2:45 PM

De: **MPF**
Data: 6 de dezembro de 2017 12:30
Assunto: MPF 20170095782



Ilmo. Sr.

Resposta à manifestação nº **20170095782** (05/12/2017).

Prezado Senhor,

PROTOCOLO: PR-RJ-00093726/2017

MPF- **PR-RJ-00093726/2017**.

### Descrição:

**** 38o. (TRIGÉSIMO OITAVO) COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!!! ****

Rio de Janeiro, 05 de DEZEMBRO de 2017    às  19:15

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 38o. TRIGÉSIMO OITAVO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES INDICIADOS, PRESOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, EM JULGAMENTO DESDE O DIA 06/11/2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ANGOLA, JUSTIÇA AMERICANA/FBI, COM CITAÇÕES DE SEU NOME PELO DELATOR ALEJANDRO BURZACO NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, VÁRIAS CITAÇÕES DO SEU NOME NA CORTE FEDERAL DO BROOKLYN-NY-EUA FEITAS PELO ADVOGADO DE JOSÉ MARIA MARÍN, E O DELATOR ALEJANDRO BURZACO, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

** ALEXANDRE SILVA DA SILVEIRA :  O SECRETÁRIO DOS PRESIDENTES, CITADO COMO O HOMEM QUE FORNECIA O
                                                    NÚMERO DAS CONTAS E EM QUE PAÍS REALIZAR OS DEPÓSITOS.
CPF.: 012249477-62                     * É SÓCIO DA NILCAR AUTOMÓVEIS .
                                                    * É SÓCIO DO POSTO DE LUBRIFICANTES BAHIA UM LTDA.
                                                    * REALIZAVA SEGUROS DOS JOGOS DA SELEÇÃO, FEDERAÇÕES ALIADAS DE
                                                       MARCO POLO DEL NERO, JUNTAMENTE COM LUIS CESAR PENHA SARAIVA
(PROTOCOLO
                              PR-RJ No. 00091622/2017 datado de 29 de NOVEMBRO de 2017).

** ALEXANDRE SILVA DA SILVEIRA ESTÁ NA PGR/MPF/COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO/ MPF-PR-RJ No. 00059472/2016 datado de 08 de AGOSTO de 2016.
Endereço.: Rua General Orlando Geisel, no. 289 Apto. 301  - COBERTURA -
Bairro Nobre da Zona Oeste do RJ - RECREIO DOS BANDEIRANTES.

** ISTO É:  ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DE : RICARDO TERRA TEIXEIRA,
                JOSÉ MARIA MARÍN. E, MARCO POLO DEL NERO.

  **TODOS PEGAVAM DINHEIRO DA CBF, CONFIRA A RELAÇÃO DOS SAQUES DO SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA.

  BLOG DO PAULINHO

  Veja Link.: https://blogdopaulinho.com.br/2012/03/13/todos-pegavam-dinheiro-da-cbf-confira-a-relacao-de-saques-do-
            secretario-particular-de-ricardo-teixeira/

** SECRETÁRIO QUE AJUDAVA RICARDO TEIXEIRA A DESVIAR DINHEIRO DA CBF, ESTAVA NO CAMAROTE COM DILMA ROUSSEFF.

  BLOG DO PAULINHO

  Veja Link.:https://blogdopaulinho.com.br/2013/06/26/secretrio-que-ajudava-ricardo-teixeira-a-desviar-dinheiro-da-cbf-
            estava-no-camarote-com-dilma-rousseff/

** SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA DESVIOU DINHEIRO DA CBF.

  BLOG DO PAULINHO

  Veja Link.: https://blogdopaulinho.com.br/2012/03/12/secretario-particular-de-ricardo-teixeira-desviou-dinheiro-da-cbf/

** CBF AINDA  MANTÉM HERANÇA DE RICARDO TEIXEIRA.

  BLOG JUCA KFOURI

  Veja Link.: http://blogdojuca.uol.com.br/2016/07/cbf-ainda-mantem-heranca-de-ricardo-teixeira/

** O SECRETÁRIO PARTICULAR DE RICARDO TEIXEIRA

  BLOG JUCA KFOURI

  Veja Link.: http://blogdojuca.uol.com.br/2012/02/o-secretario-particular-de-ricardo-teixeira/

** SECRETÁRIO DE JOSÉ MARIA MARIN, MANDA MOTORISTA PASSAR POR CIMA DE EQUIPE DE TV.

  FOLHA DE SÃO PAULO  - GENEBRA

  Veja  Link.:  http://m.folha.uol.com.br/esporte/2013/03/1250913-secretario-de-marin-manda-motorista-passar-por-cima-de-equipe-de-tv.shtml

****** DESCRIÇÃO ******

1  ) DEPOENTE DO CASO FIFA RECONHECE MARIN E CONFIRMA PROPINA A ELE E A DEL NERO.

   EDUARDO GRAÇA - UOL - NY

   * JOSÉ ELÁDIO RODRIGUES.
   * MAIS UMA VEZ IDENTIFICADO O SECRETARIO DOS PRESIDENTES, ALEXANDRE SILVA DA SILVEIRA.

   Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/11/29/depoente-do-caso-fifa-reconhece-e-confirma-
              propina-a-jose-maria-marin.htm

2 ) GLOBO VOLTA A SER CITADA COMO PAGADORA DE PROPINA NO JULGAMENTO DE MARIN.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1939216-globo-volta-a-ser-citada-como-pagadora-de-propina-no-julgamento-de-marin.shtml

3 ) DEPOIMENTO NO CASO FIFA VOLTA A LIGAR TV GLOBO A PAGAMENTOS DE PROPINA.

ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,depoimento-no-caso-fifa-volta-a-ligar-tv-globo-a-pagamento-de-propina,70002102034

4 ) MÁFIA DA FIFA :  GLOBO SUBORNOU MARIN.

PAULO HENRIQUE AMORIM

Link.:https://www.conversaafiada.com.br/pig/mafia-da-fifa-globo-subornou-marin

5 ) EM TRIBUNAL, EXECUTIVO DIZ QUE PAGOU PROPINA PARA MARIN , MARCO POLO DEL NERO E RICARDO TEIXEIRA.

JORNAL NACIONAL

Veja Link.: https://globoplay.globo.com/v/6323765/programa/

6 ) EX-PRESIDENTE DA CBF, RICARDO TEIXEIRA É INVESTIGADO POR CORRUPÇÃO EM CINCO PAÍSES.

JORNAL DA RECORD

Veja Link.: https://noticias.r7.com/jornal-da-record/videos/ex-presidente-da-cbf-ricardo-teixeira-e-investigado-por-corrupcao-em-cinco-paises-28112017

7 ) DELATOR DIZ QUE PAGOU U$ 4,8 MILHÕES EM PROPINAS PARA MARIN E DEL NERO ENTE 2013 e 2014.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/delator-diz-que-pagou-us-48-milhoes-em-propinas-para-marin-e-del-nero-entre-2013-e-2014.ghtml

8 ) PLANILHA SUGERE EX-DIRETOR DA GLOBO E DEL NERO COMO RECEBEDORES DE PROPINA.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/11/1939638-planilha-sugere-ex-diretor-da-globo-e-del-nero-como-recebedores-de-propina.shtml

9 ) PEDINDO TOLERÂNCIA, FIFA DIZ QUE NÃO TOMARÁ DECISÃO SOBRE DEL NERO POR ENQUANTO.

JAMIL CHADE - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,pedindo-tolerancia-fifa-diz-que-nao-tomara-decisao-sobre-del-nero-por-enquanto,70002104113

10 ) INFANTINO DIZ ESPERAR DECISÃO DA JUSTIÇA PARA DEFINIR FUTURO DE MARCO POLO DEL NERO.

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1939768-infantino-diz-esperar-decisao-da-justica-para-decidir-futuro-de-del-nero.shtml

11 ) MARCO POLO DEL NERO É O ÚNICO PRESIDENTE DE FEDERAÇÃO AUSENTE EM MOSCOU.

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja   Link.;http://www1.folha.uol.com.br/esporte/2017/12/1939776-del-nero-e-o-unico-presidente-de-federacao-ausente-em-moscou.shtml

12 ) NO JULGAMENTO DO CASO FIFA, DOCUMENTO MOSTRA PAGAMENTO A EX-EXECUTIVO DA GLOBO.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.: https://globoesporte.globo.com/futebol/noticia/no-julgamento-do-caso-fifa-documento-mostra-pagamento-a-ex-executivo-da-globo.ghtml

13 ) ASSESSOR DA CBF CITADO EM DELAÇÃO NOS EUA ESTÁ EM MOSCOU NO HOTEL DA FIFA.

PEDRO LOPES / RODRIGO MATTOS

**** ALEXANDRE SILVA DA SILVEIRA ****

Veja Link.:https://copadomundo.uol.com.br/2018/noticias/2017/12/01/assessor-da-cbf-citado-em-delacao-
nos-eua-esta-em-moscou-no-hotel-da-fifa.htm

14 ) APREENSÕES FEITAS NO BRASIL SÃO DISCUTIDAS NO JULGAMENTO DE JOSÉ MARIA MARIN.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

**KLEFER - KLEBER LEITE **

Veja Link.; http://www1.folha.uol.com.br/esporte/2017/12/1940046-apreensoes-feitas-no-brasil-sao-discutidas-
no-julgamento-de-marin.shtml

15 ) EMPRESÁRIOS DISCUTIRAM PROPINA A MARCO POLO DEL NERO, JOSÉ MARIA MARIN E RICARDO TEIXEIRA, DIZ
PROMOTOR AMERICANO.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.:https://globoesporte.globo.com/futebol/selecao-brasileira/noticia/empresarios-discutiram-propina-a-del-nero-
marin-e-teixeira-diz-promotor-americano.ghtml

16 ) OLHA QUEM ESTÁ AO LADO DO TITE.

** FERNANDO SARNEY - VICE PRESIDENTE DA CBF.
** FERNANDO SARNEY, ESTÁ EM OPERAÇÕES DA PF, JÁ REALIZADAS.

PAULO HENRIQUE AMORIM

Veja Link.: https://www.conversaafiada.com.br/brasil/olha-quem-esta-ao-lado-do-tite

17 ) PROCURADOR CHEFE DO RIO DE JANEIRO, DEPÕE COMO TESTEMUNHA NO JULGAMENTO DA FIFA EM NOVA YORK.

JORNAL DA RECORD

Veja Link.:https://noticias.r7.com/jornal-da-record/videos/procurador-chefe-do-rio-depoe-como-testemunha-no-
julgamento-da-fifa-em-nova-york-01122017

18 ) EUA REVELAM DOCUMENTOS QUE LIGAM MARCO POLO DEL NERO, JOSÉ MARIA MARIN E RICARDO TEIXEIRA
A PROPINA.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/eua-revelam-documentos-que-
ligam-del-nero-marin-e-teixeira-a-propina.ghtml

19 ) CITADOS EM NOVO DEPOIMENTO DO FIFAGATE, GLOBO E MARCO POLO DEL NERO SE COMPROMETEM AINDA MAIS.

DOMINGO ESPETACULAR - REDE RECORD

Veja Link.:https://www.r7.com/#404

https://noticias.r7.com/domingo-espetacular/videos/citados-em-novo-depoimento-do-fifagate-globo-e-
del-nero-se-comprometem-ainda-mais-03122017

20 ) DEPOIMENTO DE J. HAWILLA E GRAVAÇÕES SECRETAS AUTORIZADAS PELA JUSTIÇA DEIXAM GLOBO E CARTOLAS
ATEMORIZADOS.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/12/04/depoimento-de-j-hawilla-e-gravacoes-secretas-autorizadas-pela
-justica-deixam-globo-e-cartolas-atemorizados/

21 ) GLOBO E MARCO POLO DEL NERO SE ENFORCAM NO FIFAGATE.

PAULO HENRIQUE AMORIM

Veja Link.:https://www.conversaafiada.com.br/pig/video-globo-e-del-nero-se-enforcam-mais-no-fifagate

22 ) J. HAWILLA DIZ QUE TEIXEIRA RECEBEU PROPINA PARA SELEÇÃO TER FORÇA MÁXIMA.

SILAS MARTI - FOLHA DE SÃO PAULO - NY

**** MARCO ANTONIO TEIXEIRA - EX-SECRETÁRIO GERAL - TITIO ****

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/12/1940484-jhawilla-diz-que-pagou-ao-menos-
us-10-milhoes-em-propinas-a-teixeira.shtml

23 ) J. HAWILLA DEPÕE COM BALÃO DE OXIGÊNIO E DIZ TER PAGO PROPINA A TEIXEIRA.

JAMES CIMINO - UOL - UOL

Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/12/04/j-hawilla-depoe-com-balao-de-oxigenio-e-diz-ter-pago-propina-a-teixeira.htm

24  ) J. HAWILLA CONFESSA QUE SUBORNOU RICARDO TEIXEIRA DA GLOBO.

PAULO HENRIQUE AMORIM

Veja Link.: https://www.conversaafiada.com.br/mundo/j-hawilla-confessa-que-subornou-teixeira-da-globo

25  ) DELATOR DIZ QUE PAGOU PROPINA PARA SELEÇÃO ESCALAR FORÇA MÁXIMA.

CIRO CAMPOS / PAULO FAVERO - O ESTADO DE SÃO PAULO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,delator-diz-que-pagou-propina-para-selecao-escalar-forca-maxima,70002108053

26  ) PRIMEIRO DIA DE J. HAWILLA NA CORTE AMERICANA REVELOU MANIPULAÇÃO NAS CONVOCAÇÕES DA SELEÇÃO BRASILEIRA.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/12/05/primeiro-dia-de-j-hawilla-na-corte-americana-revelou-manipulacao-nas-convocacoes-da-selecao-brasileira/

27  ) RICARDO TEIXEIRA É ACUSADO DE RECEBER U$ 10 MILHÕES DE PROPINA POR UM DOS DELATORES DO ESQUEMA.

JORNAL DA RECORD

Veja Link.:http://tv.r7.com/record-play/jornal-da-record/videos/ricardo-teixeira-e-acusado-de-receber-us-10-milhoes-de-propina-por-um-dos-delatores-do-esquema-05122017

28  ) EMPRESÁRIO DETALHA COMO PAGAVA PROPINAS A DIRIGENTES DO FUTEBOL DESDE 1991.

MARTIN FERNANDEZ - GLOBO - NY

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/empresario-detalha-como-pagava-propinas-a-dirigentes-do-futebol-desde-1991.ghtml

29  ) COPA DO BRASIL 2013, RENDEU R$ 1,5 MILHÃO A TRÊS PRESIDENTES DA CBF, DIZ J. HAWILLA.

JAMES CIMINO - UOL - NY

Veja Link.:https://esporte.uol.com.br/futebol/ultimas-noticias/2017/12/05/marin-del-nero-e-teixeira-receberam-r-15-milhao-em-propina-diz-hawilla.htm

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

**\*\* 37º.** COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.\*\*

- RAIO X DA EQUIPE DE RICARDO TEIXEIRA.
- CARTOLAS TERIAM RECEBIDO ATÉ U$ 3 MILHÕES EM PROPINA PELA COPA AMERICA 2015.
- FIFA: QUANDO J. HAWILLA FALAR A GLOBO FECHA.
- MARCELO DA GLOBO ERA DO CONSELHO DA FIFA.
- INVESTIGADO EM QUATRO PAÍSES, RICARDO TEIXEIRA CURTE FERIADÃO EM ANGRA DOS REIS, PASSEIO DE LANCHA.
- MARCELO CAMPOS PINTO É O FIO DESENCAPADO DA GLOBO.
- RICARDO TEIXEIRA MULTIPLICOU VIAGENS À MÔNACO AS VESPERAS DA COPA DE 2014.
- LONDRES, ÍNDIA, BAHAMAS E EUA: QUE MEDO DE SER PRESO AO VIAJAR FEZ MARCO POLO DEL NERO PERDER .
- CBF TEM CONTRATO COM INTERMEDIÁRIA PARA REVENDER DIREITOS DE TV.
- PAGAMENTOS DE DIREITOS DE TV ENTRAM NA MIRA DA JUSTIÇA.
- RICARDO TEIXEIRA DA GLOBO PREFERIA IR A MÔNACO.
- GLOBOMÁFIA: MPF DO RIO É QUE VAI INVESTIGAR.
- EM ÁUDIO GERENTE DE BANCO EM MÔNACO CITA MAIS UMA CONTA DE RICARDO TEIXEIRA.

- TEIXEIRA É SUSPEITO DE TER ENVIADO DINHEIRO DE PROPINA DO CATAR A OUTROS CARTOLAS.
- TÍNHAMOS QUE ESCONDER RELAÇÃO DE TEIXEIRA COM O FUTEBOL REVELA EX-ADMINISTRADORA .
- INVESTIGAÇÕES FECHAM CERCO A TEIXEIRA EX-PRESIDENTE DACBF
- SENADOR MARIO COUTO CHAMA RICARDO TEIXEIRA DE LADRÃO.
- FIFA: RICARDO TEIXEIRA DA GLOBO ESTÁ CERCADO.
- SEM DEL NERO, BRASIL VAI PARA SORTEIO DA COPA ENFRAQUECIDO NOS BASTIDORES.
- TENTATIVA DE RICARDO TEIXEIRA DE DELAÇÃO NOS EUA EMPERROU.
- TEIXEIRA ESTÁ ENTRE OS QUE GANHARAM PROPINA NA CONMEBOL DIZ DELATOR.
- DELATOR COLOMBIANO APONTA TEIXEIRA COMO UM DOS TRÊS MAIS CORRUPTOS DA CONMEBOL.

PGR / MPF No. 20170093948        PR-RJ No. 00091622/2017

DATA : 29 de NOVEMBRO de 2017

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170093948
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Wed, Nov 29, 2017 at 5:16 PM

De: **MPF**
Data: 29 de novembro de 2017 15:13
Assunto: MPF 20170093948


Atendimento ao **MPF**
Ministério Público Federal
Seu direito, nosso dever

Ilmo. Sr.

Resposta à manifestação nº **20170093948** (29/11/2017).

PROTOCOLO: PR-RJ-00091622/2017

#### Descrição:

**** 37o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF . !!!! ****

Rio de Janeiro, 29 de NOVEMBRO de 2017    às  13:52

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE  - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 37o. TRIGÉSIMO SÉTIMO,
COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES INDICIADOS, PRESOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, EM JULGAMENTO DESDE O DIA 06/11/2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, COM CITAÇÕES DE SEU NOME PELO DELATOR ALEJANDRO BURZACO NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA

AMERICANA/FBI, VÁRIAS CITAÇÕES DO SEU NOME NA CORTE FEDERAL DO BROOKLYN-NY-EUA FEITAS PELO ADVOGADO DE JOSÉ MARIA MARÍN, E O DELATOR ALEJANDRO BURZACO, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL
DO SENADO EM 2016, COM PROVAS CABAIS.

****** PGR/MPF/COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO/PR-RJ.; ATENÇÃO: FONTE ME INFORMA QUE ESTE NOME É UM DOS LARANJAS FORTES DE RICARDO TERRA TEIXEIRA:
LUIZ CESAR PENHA SARAIVA - CPF.: 677434047-49    PIS-PASEP: 11361838248, fonte informa o abaixo:

* LUIZ CESAR PENHA SARAIVA É SÓCIO DE 4 EMPRESAS NO ESTADO DO RIO DE JANEIRO
* CAPITAL SOCIAL DAS EMPRESAS DE LUIZ CESAR PENHA SARAIVA: R$ 5.721.466,00
* PRIMEIRA SOCIEDADE DE LUIZ CESAR PENHA SARAIVA: 11/12/1990, VEJAM., O RICARDO TERRA
  TEIXEIRA ENTROU NA CBF EM 1989, e, LUIZ CESAR PENHA SARAIVA ERA O GERENTE DA CONTA
  DA CBF NO ANTIGO BANCO REAL (ENTRE AV.PRES.VARGAS, RIO BRANCO, RUA DA ALFANDEGA)
  ERA O RESPONSÁVEL PELAS APLICAÇÕES, TROCA DE CAMBIO P/RICARDO, FOLHA DE
  PAGAMENTO, ETC.ETC.  Tem como sócios: JOSÉ DOS SANTOS FILHO (O TESOUREIRO DA CBF
  QUE ESTÁ NO RELATÓRIO PARALELO DA CPI DO FUTEBOL CHAMA-SE : ARIBERTO PEREIRA DOS
  SANTOS FILHO É O MESMO DOS R$ 30 MILHÕES DA HISTÓRIA DO BANCO RURAL). FRANCISCO
  ALCANTARA BARBOSA, VICTOR SALLY SARAIVA, ALINE SALLY SARAIVA, MARIA ALICE FERNANDES
  DA SILVA E RICARDO TERRA TEIXEIRA.
  !!!! AS EMPRESAS !!!!
  1 ) PERFECTCAR AUTO MECÂNICA LTDA.
     CNPJ.: 05.586.944/0001-06
     endereço.: Estrada dos Bandeirantes, no. 1963 (Parte)
     Jacarepagua - RJ
     Data da abertura: 21/03/2003.

  2 ) COMITE CORRETORA DE SEGUROS LTDA.
     CNPJ.: 10.938.186/0001-88
     endereço.: Av. Tenente Coronel Muniz Aragão, 894 Loja 11
     ANIL - RJ
     Capital Social.; R$ 12.000,00
     Atividade Social.: Corretores e Agentes de Seguros, de planos de previdência complementar e de saude.
     Data da abertura.: 20/03/2009
     Fonte informa que : LUIZ CESAR PENHA SARAIVA É SÓCIO DE ALEXANDRE SILVA DA SILVEIRA,
     na Venda de Seguros para Estádios, Jogos das Seleções, e, Federações Filiadas e aliadas de
     Marco Polo Del Nero, ALEXANDRE tem o codinome de: O SECRETÁRIO DOS PRESIDENTES está
     descrito no PROTOCOLO PR-RJ No. 00059472/2016 datado de 08 de AGOSTO de 2016, e, em todos já
     enviados. Recentemente CITADO NA CORTE FEDERAL DO BROOKLYN COMO O SECRETÁRIO
     QUE INFORMAVA O NUMERO DAS CONTAS DE RICARDO TEIXEIRA,  PARA DEPÓSITO . (matéria
     e link já enviados para a PGR/MPF/LAVA JATO/PR-RJ -  ge.globo.esportes  veja abaixo link.:
     https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-
     da-cbf-e-que-algumas-das-maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtm utm_source=
     whatsapp&utm_medium=share-bar-smart&utm_campaign=share-bar

        3 ) VIA REPRESENTAÇÕES LTDA
           CNPJ.: 14.441.408/0001-03
           endereço.: Rua Uruguaiana, no. 39 sala 502
           CENTRO-RJ
           Capital Social.: R$ 20.000,00
           Data da abertura: 05/10/2011

        4 ) AGRO PECUÁRIA SANTA ROSA INDUSTRIA E COMERCIO LTDA.
           CNPJ.: 39.137.781/0001-04
           endereço.: Estrada Hugo Portugal, no. 13300
           Distrito de PIRAÍ
           Capital Social.: R$ 5.689.466,00
           Data da Abertura.: 11/12/1990  (Ricardo Terra Teixeira entrou na CBF em 1989)

        RICARDO TERRA TEIXEIRA.  - PR-RJ no. 00058334/2016 datado de 02 de AGOSTO de 2016.
        ALEXANDRE SILVA DA SILVEIRA - PR - RJ no. 00059472/2016 datado de 08 de AGOSTO de 2016.
        ARIBERTO PEREIRA DOS SANTOS FILHO - PR - RJ no. 00058860/2016 datado de 06 de AGOSTO de 2016.
        RODRIGO SANTOS PAIVA (OLHOS - BOLSOS - OUVIDOS DE RICARDO TEIXEIRA) - CPF 908533267-20
        ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZÓ - CPF.: 337.325.237-72
        ODAIR ARAÚJO SILVA - O MOTORISTA - CPF.: 271005887-15
        MARCO ANTONIO TEIXEIRA - O TIO DE RICARDO - ex-secretário geral desde 1989 CPF.: 118733536-34
        JOSÉ CARLOS SALIM - ex-Diretor de Marketing de Ricardo Teixeira.
        ADIR MALAGUETA - EX-Varig O HOMEM DOS TRECHOS AÉREOS , GRUPO ÁGUIA WAGNER ABRÃAO.
        CARLOS EUGÊNIO LOPES - CARLÔ - Diretor Jurídico (Relatório Paralelo da CPI).

        GLAUCIA FERNANDES FEIJÓ - ACOMPANHA O RICARDO TERRA TEIXEIRA DESDE À MINAS
        INVESTIMENTOS / CBF/ - SECRETÁRIA - PAGAMENTOS/CONTAS BANCARIAS/CARTÕES, etc.
        WAGNER ABRAÃO - STELLA BARROS / GRUPO ÁGUIA.
        LUIZ CESAR PENHA SARAIVA - Ex-Gerente do Banco Real, responsável no Banco pelos R$ da CBF, fonte
        informa que Luiz Cesar recebia também pela CBF, e que está até hoje com Ricardo Teixeira, fonte informa
        também que o Escritório É DENTRO DA CASA DO RICARDO TEIXEIRA NO ITANHANGÁ.

                                    **** DESCRIÇÃO ****

1 ) CARTOLAS TERIAM RECEBIDO ATÉ U$ 3 MILHÕES EM PROPINA PELA COPA AMÉRICA/ 2015.
   SILAS MARTI - JORNAL FOLHA DE SÃO PAULO - NY

   * SANTIAGO PENA, RESPONSÁVEL FINANÇAS DA FULL PLAY.

   * U$ 3 MILHÕES AO REPRESENTANTE BRASILEIRO NA CONMEBOL - MARCO POLO DEL NERO / JOSÉ MARIA MARIN.

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1936778-cartolas-teriam-recebido-ate-us-3-mi-em-propina-pela-copa-america-2015.shtml

2 ) FIFA : QUANDO J.HAWILLA FALAR A GLOBO FECHA!

   PAULO HENRIQUE AMORIM

   Veja Link.:https://www.conversaafiada.com.br/mundo/fifa-quando-j-hawilla-falar-globo-fecha

3 ) MARCELO DA GLOBO ERA DO CONSELHO DA FIFA.

   PAULO HENRIQUE AMORIM

   Veja Link.: https://www.conversaafiada.com.br/pig/marcelo-da-globo-era-do-conselho-da-fifa

4 ) INVESTIGADO EM QUATRO PAÍSES, RICARDO TEIXEIRA CURTE FERIADÃO EM ANGRA: PASSEIO DE LANCHA.

   BLOG GENTE BOA - GLOBO

   Veja Link.: http://blogs.oglobo.globo.com/gente-boa/post/investigado-em-quatro-paises-ricardo-teixeira-curte-o-feriadao-em-angra-passeio-de-lancha.html

5 ) MARCELO CAMPOS PINTO É O FIO DESENCAPADO DA GLOBO.

   www.youtube.com

   Veja Link.:https://www.youtube.com/watch?time_continue=235&v=zxgedaHPkNU

6 ) RICARDO TEIXEIRA MULTIPLICOU VIAGENS À MÔNACO ÁS VÉSPERAS DA COPA 2014.

   JAMIL CHADE - GENEBRA - ESTADO DE SÃO PAULO

   * PRINCIPADO DE MÔNACO.
   * Endereço em DELRAY BEACH (FLÓRIDA).
   * Banco PASCHE - Mônaco - Diretor: JURG SCHMID
   * Volume/Importante de Dinheiro.
   * Justiça Francesa - Na Conta U$ 22 Milhões ( R$ 71,6 Milhões)
   * Banco Havilland.

   Veja Link.: http://esportes.estadao.com.br/noticias/futebol,ricardo-teixeira-multiplicou-viagens-a-monaco-as-vesperas-da-copa-14,70002096650

7 ) LONDRES, ÍNDIA, BAHAMAS E EUA: QUE MEDO DE SER PRESO AO VIAJAR FEZ MARCO POLO DEL NERO PERDER.
   ESPN

   Veja Link.:http://espn.uol.com.br/noticia/745575_londres-india-bahamas-e-eua-o-que-medo-de-ser-preso-ao-viajar-fez-marco-polo-del-nero-perder

8 ) CBF TEM CONTRATO COM INTERMEDIÁRIA PARA REVENDER DIREITOS DE TV.

   ALMIR LEITE / JAMIL CHADE - GENEBRA - ESTADÃO.

   Veja Link.:http://esportes.estadao.com.br/noticias/futebol,cbf-tem-contrato-com-intermediaria-para-revender-direitos-de-tv,70002097313

9 ) PAGAMENTOS DE DIREITOS DE TV ENTRAM NA MIRA DA JUSTIÇA.

   JAMIL CHADE - GENEBRA - ESTADÃO

   Veja Link.:http://esportes.estadao.com.br/noticias/futebol,pagamentos-de-direitos-de-tv-entram-na-mira-da-justica,70002097274

10 ) RICARDO TEIXEIRA DA GLOBO PREFERIA IR A MÔNACO.

   PAULO HENRIQUE AMORIM

   Veja Link.: https://www.conversaafiada.com.br/pig/ricardo-teixeira-da-globo-preferia-ir-a-monaco

11 ) GLOBOMÁFIA: MPF DO RIO É QUE VAI INVESTIGAR.

   PAULO HENRIQUE AMORIM

   Veja Link.:https://www.conversaafiada.com.br/pig/globomafia-mpf-do-rio-e-que-vai-investigar

12 ) EM ÁUDIO, GERENTE DE BANCO EM MÔNACO CITA MAIS UMA CONTA DE RICARDO TEIXEIRA.

JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,em-audio-gerente-de-banco-em-monaco-cita-mais-uma-conta-de-ricardo-teixeira,70002098026

13 ) TEIXEIRA É SUSPEITO DE TER ENVIADO DINHEIRO DE PROPINA DO CATAR A OUTROS CARTOLAS .

JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,teixeira-e-suspeito-de-ter-enviado-dinheiro-de-propina-do-catar-a-outros-cartolas,70002098093

14 ) TÍNHAMOS QUE ESCONDER RELAÇÃO DE TEIXEIRA COM O FUTEBOL REVELA EX-ADMINISTRADORA .

JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,tinhamos-que-esconder-relacao-de-teixeira-com-o-futebol-revela-ex-administradora,70002098164

15 ) INVESTIGAÇÕES FECHAM CERCO A TEIXEIRA, EX-PRESIDENTE DA CBF.

JAMIL CHADE - GENEBRA - ESTADÃO

Veja Link,.http://esportes.estadao.com.br/noticias/futebol,investigacoes-fecham-cerco-a-ricardo-teixeira-ex-presidente-da-cbf,70002099319

16 ) SENADOR MARIO COUTO CHAMA RICARDO TEIXEIRA DE LADRÃO.

Veja Link.:https://www.youtube.com/watch?v=Z_oyrO290WI

17 ) FIFA : RICARDO TEIXEIRA DA GLOBO ESTÁ CERCADO!

PAULO HENRIQUE AMORIM

Veja Link.: https://www.conversaafiada.com.br/mundo/fifa-ricardo-teixeira-da-globo-esta-cercado

18 ) SEM DEL NERO, BRASIL VAI PARA SORTEIO DA COPA ENFRAQUECIDO NOS BASTIDORES.

SERGIO RANGEL - ENVIADO ESPECIAL JORNAL FOLHA DE SÃO PAULO - MOSCOU.

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/11/1938889-sem-del-nero-brasil-vai-para-sorteio-da-copa-enfraquecido-nos-bastidores.shtml

19 ) TENTATIVA DE RICARDO TEIXEIRA DE DELAÇÃO NOS EUA EMPERROU.

ESTADÃO

Veja Link.: http://politica.estadao.com.br/blogs/coluna-do-estadao/tentativa-de-ricardo-teixeira-de-delacao-nos-eua-emperrou/

20 ) TEIXEIRA ESTÁ ENTRE OS QUE GANHARAM PROPINA NA CONMEBOL, DIZ DELATOR.

SILAS MARTI - JORNAL FOLHA DE SÃO PAULO -NY

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1939081-teixeira-esta-entre-os-que-ganharam-propina-na-conmebol-diz-delator.shtml

21 ) DELATOR COLOMBIANO APONTA TEIXEIRA COMO UM DOS TRÊS MAIS CORRUPTOS DA CONMEBOL.

MARTIN FERNANDEZ - GLOBO ESPORTE . TV GLOBO, NY

VEJA lINK.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/delator-colombiano-aponta-teixeira-como-um-dos-tres-mais-corruptos-da-conmebol.ghtml


Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,

E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

 

 

 

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 36º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.\*\*

- EM RESPOSTA REDE GLOBO ABRE ESPAÇO PARA JUSTIFICAR PAGAMENTO DE PROPINAS .
- JUÍZA PAMELA CHEN, DO FIFA GATE VÊ SINAL COMO AMEAÇA DE MORTE PARA DELATOR E PUNE CARTOLA.
- O MINISTÉRIO PÚBLICO TEM QUE ACORDAR E INVESTIGAR A DENUNCIA QUE A GLOBO PAGOU PROPINA.
- TESTEMUNHA AFIRMA QUE PAGOU R$ 8,8 MILHÕES PARA JOSÉ MARIA MARÍN.
- DELATOR DETALHA QUANTO PAGOU DE PROPINA AOS TRÊS RÉUS DO CASO FIFA.
- EMPRESÁRIO ARGENTINO DIZ QUE PAGOU U$ 2,7 MILHÕES EM PROPINAS A JOSÉ MARIA MARÍN.
- MUNDIAL 2022: FIFA  FAZ CONSULTA SOBRE ESTÁDIOS NA INGLATERRA.
- JULGAMENTO NOS ESTADOS UNIDOS EXPÕE RACHA ENTRE DEL NERO E MARIN.
- MARCO POLO DEL NERO TINHA CADERNO PARA ANOTAR PROPINAS ACUSA TESTEMUNHA.
- TESTEMUNHA AFIRMA QUE MARCO POLO DEL NERO JÁ MANDAVA NA CBF NA GESTÃO MARIN.

- EX-EXECUTIVO TINHA PROCURAÇÃO DA GLOBO PARA NEGOCIAR COM A CBF E FIFA.
- COMEÇA O JULGAMENTO DO EX-PRESIDENTE DA CBF JOSÉ MARIA MARIN ACUSADO DE CORRUPÇÃO EM NY.
- HOMEM BOMBA, ARGENTINO DELATA CARTOLAS E TVS, ENTRE CHORO E IRONIAS.
- JULGAMENTO DE JOSÉ MARIA MARIN CORTE FEDERAL DO BROOKLYN – NY.
- O TIME TODO: CONHEÇA A SITUAÇÃO DOS 42 RÉUS DO CASO FIFA
- DESTINO DE MARIN ESTÁ NAS MÃOS DE 12 JURADOS FÃS DE SÉRIES POLICIAIS.
- DIRETOR DA GLOBO ELOGIOU CARTOLAS QUE RECEBERAM PROPINA MENOS DE UM MÊS ANTES DA PRISÃO DE JOSE MARIA MARIN.
- ACUSADO DE SER AGENTE DA PROPINA EX-GLOBO CRIOU MODELO DA EMISSORA.
- DELAÇÃO DE EMPRESÁRIO É MAIS UM COMPONENTE EXPLOSIVO NO ESCÂNDALO DE CORRUPÇÃO NA FIFA.
- REDE GLOBO E OUTRAS EMISSORAS PAGARAM PROPINA PARA TRANSMITIR CAMPEONATOS DE FUTEBOL DIZ TESTEMUNHA.
- POR QUE A FIFA RECUSOU U$ 10 MILHÕES A MAIS PELAS COPAS DE 2010 E 2014. E , ESCOLHEU A GLOBO.
- SUSPEITO DE ENVOLVIMENTO NO FIFA GATE DIRETOR DE TV MEXICANA É ASSASSINADO.

PGR / MPF No. 20170090819          PR – RJ No. 00089492/2017


DATA : 20 de NOVEMBRO de 2017

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170090819
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Wed, Nov 22, 2017 at 5:34 PM

De: **MPF**
Data: 22 de novembro de 2017 15:37
Assunto: MPF 20170090819



Ilmo. Sr.

Resposta à manifestação nº **20170090819** (20/11/2017).

PROTOCOLO: PR-RJ-00089492/2017

**PR-RJ-00089492/2017.**

**Descrição:**

****** 36o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF !!!!!! ******

Rio de Janeiro, 20 de NOVEMBRO de 2017

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 36o. TRIGÉSIMO SEXTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES INDICIADOS, PRESOS, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUIÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, EM JULGAMENTO DESDE O DIA 06/11/2017
  NA CORTE FEDERAL DO BROOKLYN - NY - EUA, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, COM CITAÇÕES DE SEU

NOME

PELO DELATOR ALEJANDRO BURZACO NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO RELATÓRIO PARALELO
DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA AMERICANA/FBI, VÁRIAS CITAÇÕES DO SEU NOME NA CORTE FEDERAL DO BROOKLYN-NY-EUA FEITAS PELO ADVOGADO DE JOSÉ MARIA MARÍN, E O DELATOR ALEJANDRO BURZACO, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

****** DESCRIÇÃO ******

1 ) EM RESPOSTA, REDE GLOBO ABRE ESPAÇO PARA JUSTIFICAR PAGAMENTO DE PROPINAS.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/11/16/em-resposta-rede-globo-abre-espaco-para-justificar-pagamento-de-propinas/

2 ) JUÍZA PAMELA CHEN, DO FIFAGATE VÊ SINAL COMO AMEAÇA DE MORTE PARA DELATOR E PUNE CARTOLA.

SILAS MARTI - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1935723-juiza-do-fifagate-ve-sinal-como-ameaca-de-morte-para-delator-e-pune-cartola.shtml

3 ) O MINISTÉRIO PÚBLICO TEM DE ACORDAR E INVESTIGAR A DENUNCIA QUE A GLOBO PAGOU PROPINA.

Blog COSME RÍMOLI

Veja Link.:http://esportes.r7.com/blogs/cosme-rimoli/o-ministerio-publico-tem-de-acordar-e-investigar-a-denuncia-que-a-globo-pagou-propina-
pelo-futebol-15112017/

4 ) TESTEMUNHA AFIRMA QUE PAGOU R$ 8,8 MILHÕES PARA JOSÉ MARIA MARIN.

ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,testemunha-afirma-que-pagou-propina-de-r-8-8-milhoes-para-marin,70002086889

5 ) DELATOR DETALHA QUANTO PAGOU DE PROPINA AOS TRÊS RÉUS DO CASO FIFA.

GLOBO ESPORTE - NY

Veja Link.:https://globoesporte.globo.com/futebol/futebol-internacional/noticia/delator-detalha-quanto-pagou-de-propina-aos-tres-reus-do-caso-fifa.ghtml

6 ) EMPRESÁRIO ARGENTINO DIZ QUE PAGOU U$ 2,7 MILHÕES EM PROPINAS A JOSÉ MARIA MARIN.

SILAS MARTI - FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/11/1935861-empresario-argentino-diz-que-pagou-us-27-mi-em-propinas-a-marin.shtml

7 ) MUNDIAL 2022: FIFA FAZ CONSULTA SOBRE ESTÁDIOS NA INGLATERRA.

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

** CONTAS BANCÁRIAS NA CHINA.

** OS MAIS CITADOS POR BLATTER AOS AGENTES DO FBI.: RICARDO TEIXEIRA E MARCO POLO DEL NERO.

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/mundial-2022-fifa-faz-consulta-sobre-estadios-da-inglaterra/

8 ) JULGAMENTO NOS ESTADOS UNIDOS EXPÕE RACHA ENTRE DEL NERO E MARIN.

MARTIN FERNANDES - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/blogs/bastidores-fc/noticia/julgamento-nos-estados-unidos-expoe-racha-entre-del-nero-e-marin.ghtml

9 ) MARCO POLO DEL NERO TINHA CADERNO PARA ANOTAR PROPINAS, ACUSA TESTEMUNHA.

O ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,del-nero-tinha-caderno-para-anotar-propinas-diz-delator,70002088314

10 ) TESTEMUNHA AFIRMA QUE MARCO POLO DEL NERO JÁ MANDAVA NA CBF NA GESTÃO MARIN.

O ESTADO DE SÃO PAULO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,testemunha-afirma-que-del-nero-ja-mandava-na-cbf-na-gestao-marin,70002088722

11 ) EX-EXECUTIVO TINHA PROCURAÇÃO DA GLOBO PARA NEGOCIAR COM A CBF E FIFA.

JORNAL DA RECORD

** MARCELO CAMPOS PINTO **

Veja Link.:https://www.youtube.com/watch?time_continue=3&v=OjM9d-TSECI

12 ) COMEÇA O JULGAMENTO DO EX-PRESIDENTE DA CBF JOSÉ MARIA MARIN, ACUSADO DE CORRUPÇÃO EM NY.

JORNAL DA RECORD

Veja Link.:http://tv.r7.com/record-play/jornal-da-record/videos/comeca-o-julgamento-do-ex-presidente-da-cbf-jose-maria-marin-acusado-de-corrupcao-em-nova-york-06112017

13 ) HOMEM BOMBA, ARGENTINO DELATA CARTOLAS E TVS, ENTRE CHORO E IRONIAS.

SILAS MARTI - JORNAL FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1936413-homem-bomba-argentino-delata-cartolas-e-tvs-entre-choro-e-ironias.shtml

14 ) JULGAMENTO DE JOSÉ MARIA MARIN CORTE FEDERAL DO BROOKLYN - NY

BOECHAT - BAND

Veja Link.: http://videos.band.uol.com.br/jornaldaband/16346461/julgamento-de-marin-em-ny-comeca-com-escolha-de-juri.html

15 ) O TIME TODO: CONHEÇA A SITUAÇÃO DOS 42 RÉUS DO CASO FIFA.

MARTIN FERNANDES - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/o-time-todo-conheca-a-situacao-dos-42-reus-do-caso-fifa.ghtml

16 ) DESTINO DE MARIN ESTÁ NAS MÃOS DE 12 JURADOS FÃS DE SÉRIES POLICIAIS.

SILAS MARTI - JORNAL FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1936512-destino-de-marin-esta-na-mao-de-12-jurados-fas-de-series-policiais.shtml

17 ) DIRETOR DA GLOBO ELOGIOU CARTOLAS QUE RECEBERAM PROPINA, MENOS DE UM MÊS ANTES DA PRISÃO DE JOSÉ MARIA MARIN.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/11/19/diretor-da-globo-elogiou-cartolas-que-receberam-propina-menos-de-um-mes-antes-da-prisao-de-marin-video/

18 ) ACUSADO DE SER AGENTE DA PROPINA, EX-GLOBO CRIOU MODELO DA EMISSORA.

SERGIO RANGEL - JORNAL FOLHA DE SÃO PAULO

** RICARDO TERRA TEIXEIRA, JOSÉ MARIA MARÍN, ROBERTO IRINEU MARINHO, ALEJANDRO BURZACO, TORNEOS Y COMPETENCIAS, TELEVISA, MARCELO CAMPOS PINTO.

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/11/1936511-acusado-de-ser-agente-da-propina-ex-globo-criou-modelo-da-emissora.shtml

19 ) DELAÇÃO DE EMPRESÁRIO É MAIS UM COMPONENTE EXPLOSIVO NO ESCÂNDALO DE CORRUPÇÃO NA FIFA.

CBN - ESPORTES

Veja Link.:http://cbn.globoradio.globo.com/media/audio/138577/delacao-de-empresario-e-mais-um-componente-explosi.htm

20 ) REDE GLOBO E OUTRAS EMISSORAS PAGARAM PROPINA PARA TRANSMITIR CAMPEONATOS DE FUTEBOL DIZ TESTEMUNHA.

JORNAL DA RECORD

Veja Link.: https://noticias.r7.com/jornal-da-record/videos/rede-globo-e-outras-emissoras-pagaram-propina-para-transmitir-

Case 1:15-cr-00252-PKC-RML  Document 1056  Filed 08/20/18  Page 109 of 150 PageID #: 14988

campeonatos-de-futebol-diz-testemunha-14112017)

21 ) POR QUE A FIFA RECUSOU U\$ 100 MILHÕES A MAIS PELAS COPAS DE 2010 E 2014! E ESCOLHEU A GLOBO!

BLOG COSME RÍMOLI

Veja Link.:http://esportes.r7.com/blogs/cosme-rimoli/por-que-a-fifa-recusou-us-100-milhoes-a-mais-pelas-copas-de-2010-e-2014-e-escolheu-a-globo-19112017/

22 ) **SUSPEITO DE ENVOLVIMENTO NO FIFAGATE DIRETOR DE TV MEXICANA É ASSASSINADO.

O ESTADO DE SÃO PAULO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,suspeito-de-envolvimento-no-fifagate-diretor-de-tv-mexicana-e-assassinado,70002090785

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal

–
Moises Campos de Lima
Formação em Administração desde 1984
Chefe da Segurança da Seleção Brasileira na " COPA USA/1994 "
Tetra-Campeão do Mundo COPA USA/1994
Coordenador Serviços Gerais CBF - 1989/1998
Secretário Controle de Doping CBF
Condecorado pela Presidência da República com a Medalha do Mérito Desportivo
Condecorado pela Câmara Federal com a Medalha do Mérito Legislativo
Carta de Elogios/Transparência/Seriedade do " F. B. I - EUA"
Carta de Elogios/Transparência/Seriedade da Divisão de Patrulha/Policia da Califórnia - EUA
Fundador e Presidente do GRUPO DOURADOS de CORDOVIL/RJ/BRASIL
GRANDE BENEMÉRITO do SINDECLUBES/RJ/BRASIL

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170090837

1 message

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Wed, Nov 22, 2017 at 6:19 PM

De: **MPF**
Data: 22 de novembro de 2017 15:39
Assunto: MPF 20170090837


Atendimento ao **MPF**

---

Ilmo Sr.,

Resposta à manifestação nº **20170090837** (20/11/2017).

PROTOCOLO: PR-RJ-00089499/2017

**PR-RJ-00089499/2017**.

**Descrição:**

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

Senhora Procuradora, Senhor Coordenador, antes de iniciarmos nosso PROTESTO realizado na Corte federal do Brooklyn-NY-EUA, no dia 06 de NOVEMBRO de 2017, entreguei no Gabinete da JUIZA PAMELA CHEN, todo o material que enviei até o prezado momento para a

PGR/MPF/OPERAÇÃO LAVA JATO, e que está na PR-RJ desde o dia 26 de JULHO de 2016 (COPIA). Além deste farto material entreguei também

uma cópia da CPI DA CBF/NIKE, UMA CÓPIA DA CPI DO FUTEBOL DE 2001, E, O RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO

ASSINADO PELOS SENADORES ROMÁRIO E RANDOLFE RODRIGUES, QUE SE ENCONTRA TAMBÉM NESTES CONCEITUADOS ÓRGÃOS

BRASILEIROS QUE ESTÃO BRAVAMENTE COMBATENDO A CORRUPÇÃO EM NOSSO BRASIL, VIVO A EXPECTATIVA ASSIM COMO

MILHÕES DE BRASILEIROS PARA QUE SE COMBATA TAMBÉM EM NOSSO FUTEBOL, PRINCIPALMENTE NA ADMINISTRAÇÃO DO FUTEBOL BRASILEIRO, QUE À ANOS É MANCHETE DE CORRUPÇÃO NO MUNDO INTEIRO.

Abaixo, anexo do referido Oficio e seu respectivo Registro.


** QUE DEUS ILUMINE A SENHORA PROCURADORA GERAL DA REPÚBLICA, O SENHOR COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E TODOS DE SUAS EQUIPES. **



É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.



Atenciosamente,

Ministério Público Federal


**OFICIO ENTREGUE A JUIZA PAMELA CHEN CORTE FEDERAL DO BROOKLYN-NY.pdf**
533K



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 35º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES

ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO

LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA

DO RIO DE JANEIRO.\*\*

- QUANDO RICARDO TEIXEIRA SERÁ PRESO.
- EX-DIRIGENTE DA CONCACAF É CONDENADO À 15 MESES DE PRISÃO POR CORRUPÇÃO.
- EXTRADIÇÃO DE NICOLA LEOZ AOS EUA DEVE SAIR NESTE ANO DIZ JUIZ DO CASO.
- APÓS ESCOLHA DOS JURADOS, RECOMEÇA O JULGAMENTO DE JOSÉ MARIA MARIN.
- EM TRIBUNAL NOS EUA DEFESA DE MARIN DIZ QUE ERA DEL NERO QUEM MANDAVA .
- REVIRAVOLTA : FBI PODE TROCAR COLABORAÇÃO DE DEL NERO PELA DE BLATTER .
- CONFIRMADO: BLATTER DECIDIU COLABORAR COM FBI.
- MARCO POLO DEL NERO TOMAVA AS DECISÕES, DIZ, DEFESA DE JOSE MARIA MARIN EM JULGAMENTO NOS EUA.
- JOSE MARIA MARIN DELATA MARCO POLO DEL NERO NO TRIBUNAL DE NOVA YORK.
- TESTEMUNHA DIZ QUE REDE GLOBO PAGOU PROPINA POR DIREITOS DE TV.
- JULGAMENTO DE MARIN: DELATOR ENTREGA PAGAMENTO DE PROPINA DA REDE GLOBO.

- EXECUTIVO DIZ QUE SUBORNOU DIRIGENTES DA CBF E QUE ALGUMAS DAS MAIORES EMPRESAS DE MÍDIA DO MUNDO INCLUINDO A GLOBO PAGARAM PROPINA .
- ADVOGADO SUSPEITO DE CORRUPÇÃO NA FIFA SE MATA NA ARGENTINA.
- REFÚGIO DE RICARDO TEIXEIRA NO BRASIL, NÃO É GARANTIA DE IMPUNIDADE DIZ: PROCURADORIA GERAL DA REPÚBLICA.
- JUIZA ACUSA DIRIGENTE DE FAZER AMEAÇA DE MORTE DURANTE JULGAMENTO DO FIFA GATE.
- E SE O RICARDO TEIXEIRA CUSPIR FEIJÕES.
- COPAS DE 2026 e 2030 : GLOBO CRIOU MERCADO FUTURO DE PROPINA.
- PRIMEIRO DIA DE PROTESTO NA CORTE FEDERAL DO BROOKLYN .
- ESCÂNDALO DE CORRUPÇÃO NO MUNDO DO FUTEBOL PROVOCOU SUPOSTO SUICÍDIO DE DIRIGENTE ARGENTINO.

PGR / MPF No. 20170090761     PR – RJ No. 00089486/2017

DATA : 20  de  NOVEMBRO  de  2017.

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170090761

1 message

---

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Wed, Nov 22, 2017 at 4:49 PM

De: **MPF**
Data: 22 de novembro de 2017 15:35
Assunto: MPF 20170090761



Ilmo Sr.

Resposta à manifestação nº **20170090761** (20/11/2017).

Prezado Senhor ,

PROTOCOLO: PR-RJ-00089486/2017

**PR-RJ-00089486/2017.**

**Descrição:**

\*\*\*\*\* 35o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF !!!! \*\*\*\*\*

Rio de Janeiro, 20 de NOVEMBRO de 2017.     às 13:23

Ilma. Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA !

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

Sua Excelência Procuradora Geral da República, Senhor Coordenador da Força Tarefa Operação Lava jato, dando prosseguimento as informações à
   esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 35o. TRIGÉSIMO QUINTO,
   COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA
   REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES INDICIADOS, PRESOS, PELAS JUSTIÇAS DA SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI.**

** JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR,
EM JULGAMENTO DESDE O DIA 06/11/2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016. **

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, COM CITAÇÕES DE SEU NOME
PELO DELATOR ALEJANDRO BURZACO NA CORTE FEDERAL DO BROOKLYN-NY-EUA, INDICIADO PELO
RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA ESPANHOLA, JUSTIÇA SUÍÇA, JUSTIÇA
AMERICANA/FBI, VÁRIAS CITAÇÕES DO SEU NOME NA CORTE FEDERAL DO BROOKLYN-NY-EUA
FEITAS PELO ADVOGADO DE JOSÉ MARIA MARIN, E O DELATOR ALEJANDRO BURZACO,
INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL DO SENADO EM 2016, COM PROVAS CABAIS.

****** DESCRIÇÃO ******

1 ) QUANDO RICARDO TEIXEIRA SERÁ **PRESO** !

BLOG DO GAROTINHO.

Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=25058

2 ) EX-DIRIGENTE DA CONCACAF É CONDENADO À 15 MESES DE PRISÃO POR CORRUPÇÃO.

ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,ex-dirigente-da-concacaf-e-condenado-a-15-meses-de-prisao-por-corrupcao,70002067785

3 ) EXTRADIÇÃO DE NICOLAZ LEOZ AOS EUA DEVE SAIR NESTE ANO, DIZ JUIZ DO CASO.

MARTIN FERNANDES - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/blogs/bastidores-fc/post/extradicao-de-nicolas-leoz-aos-eua-deve-sair-neste-ano-diz-juiz-do-caso.ghtml

4 ) APÓS ESCOLHA DOS JURADOS, RECOMEÇA O JULGAMENTO DE JOSÉ MARIA MARIN.

MARTIN FERNANDES - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/apos-escolha-dos-jurados-recomeca-o-julgamento-de-jose-maria-marin.ghtml

5 ) EM TRIBUNAL NOS EUA, DEFESA DE MARIN DIZ QUE *** ERA DEL NERO QUEM MANDAVA. ***.

MARTIN FERNANDES - GLOBO ESPORTE

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/em-tribunal-nos-eua-defesa-de-marin-diz-que-era-del-nero-quem-mandava.ghtml

6 ) REVIRAVOLTA : FBI PODE TROCAR **COLABORAÇÃO** DE DEL NERO PELA DE BLATTER.

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

Veja Link.:http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/reviravolta-fbi-pode-trocar-colaboracao-de-del-nero-pela-de-blatter/

7 ) CONFIRMADO: BLATTER DECIDIU COLABORAR COM FBI.

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/confirmado-blatter-decidiu-colaborar-com-o-fbi/

8 ) MARCO POLO DEL NERO TOMAVA AS DECISÕES, DIZ, DEFESA DE JOSÉ MARIA MARIN EM JULGAMENTO NOS EUA.

ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,del-nero-tomava-as-decisoes-diz-defesa-de-marin-em-julgamento-nos-eua,70002083948

9 ) JOSÉ MARIA MARIN DELATA MARCO POLO DEL NERO NO TRIBUNAL DE NOVA YORK.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/11/14/marin-delatado-nero-no-tribunal-de-nova-iorque/

10 ) TESTEMUNHA DIZ QUE REDE GLOBO PAGOU PROPINA POR DIREITOS DE TV.

ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,testemunha-diz-que-rede-globo-pagou-propina-por-direitos-de-tv,70002084484

11 ) JULGAMENTO DE MARIN : DELATOR ENTREGA PAGAMENTO DE PROPINA DA REDE GLOBO.

BLOG DO PAULINHO

** MARCO ANTONIO TEIXEIRA ex-SECRETÁRIO GERAL, TITIO DE RICARDO TEIXEIRA, PARTICIPAVA DE TODAS AS REUNIÕES PARA ASSINATURA DE CONTRATOS.

Veja Link.: https://blogdopaulinho.com.br/2017/11/14/julgamento-de-marin-delator-entrega-pagamento-de-propina-da-rede-globo/

12 ) EXECUTIVO DIZ QUE SUBORNOU DIRIGENTES DA CBF E QUE ALGUMAS DAS MAIORES EMPRESAS DE MÍDIA DO MUNDO INCLUINDO A GLOBO PAGARAM PROPINA.

GLOBO ESPORTE - NOVA YORK.

* DESDE 2006 a 2012, PAGAMOS U\$ 600 MIL POR ANO, EM CONTAS BANCÁRIAS INDICADAS POR ELE OU SEU SECRETÁRIO PESSOAL - ALEXANDRE SILVA DA SILVEIRA , JÁ DEVIDAMENTE DESCRITO NA PGR/MPF/LAVA JATO, E NA PR - RJ COM O PROTOCOLO NUMERO: PR-RJ No. 00059472/2016 datado de 08 de AGOSTO de 2016, E OUTROS ENVIADOS.

Veja Link.: https://globoesporte.globo.com/futebol/futebol-internacional/noticia/executivo-diz-que-subornou-dirigentes-da-cbf-e-que-algumas-
das-maiores-empresas-de-midia-incluindo-a-globo-pagaram-propina.ghtml?utm_source=whatsapp&utm_medium=share-bar-smart&utm_campaign=share-bar

13 ) ADVOGADO SUSPEITO DE CORRUPÇÃO NA FIFA SE MATA NA ARGENTINA.

VEJA

Veja Link.: http://veja.abril.com.br/esporte/advogado-suspeito-de-corrupcao-na-fifa-se-mata-na-argentina/?utm_source=whatsapp

14 ) REFÚGIO DE RICARDO TEIXEIRA NO BRASIL **NÃO É GARANTIA DE IMPUNIDADE, DIZ : PROCURADORIA GERAL DA REPÚBLICA**.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,refugio-de-ricardo-teixeira-no-brasil-nao-e-garantia-de-impunidade-diz-pgr,70002085415

15 ) JUIZA ACUSA DIRIGENTE DE FAZER AMEAÇA DE MORTE DURANTE JULGAMENTO DO FIFAGATE.

ESTADO DE SÃO PAULO - NY

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,juiza-acusa-dirigente-de-fazer-ameaca-de-morte-durante-julgamento,70002086041

16 ) **** E SE O RICARDO TEIXEIRA CUSPIR FEIJÕES****!

PAULO HENRIQUE AMORIM - CONVERSA AFIADA

Veja Link.: https://www.conversaafiada.com.br/pig/e-se-o-ricardo-teixeira-cuspir-os-feijoes

17 ) COPAS DE 2026 e 2030: GLOBO CRIOU MERCADO FUTURO DE PROPINA.

PAULO HENRIQUE AMORIM - CONVERSA AFIADA

Veja Link.: https://www.conversaafiada.com.br/pig/copas-de-2026-e-2030-200b-globo-criou-o-mercado-futuro-da-propina

18 ) PRIMEIRO DIA DE PROTESTO NA CORTE FEDERAL DO BROOKLY-NY-EUA .

2 BRASILEIROS

GLOBO ESPORTES

Veja Link.: https://globoplay.globo.com/v/6270581/

19 ) ESCÂNDALO DE CORRUPÇÃO NO MUNDO DO FUTEBOL PROVOCOU SUPOSTO SUICÍDIO DE DIRIGENTE ARGENTINO.

DOMINGO ESPETACULAR - REDE RECORD.

Veja Link.: http://tv.r7.com/record-play/domingo-espetacular/videos/escandalo-de-corrupcao-no-mundo-do-futebol-provocou-

22/12/2017
Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 20170090761
suposto-suicidio-de-dirigente-argentino-19112011
Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 117 of 150 PageID #:
14996

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS COM
ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!!!! ILUMINE TODOS DA
PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático
de Direito.

Atenciosamente,

Ministério Público Federal

--
Moises Campos de Lima
Formação em Administração desde 1984
Chefe da Segurança da Seleção Brasileira na " COPA USA/1994 "
Tetra-Campeão do Mundo COPA USA/1994
Coordenador Serviços Gerais CBF - 1989/1998
Secretário Controle de Doping CBF
Condecorado pela  Presidência da República com a  Medalha do Mérito Desportivo
Condecorado pela Câmara Federal com a Medalha do Mérito Legislativo
Carta de Elogios/Transparência/Seriedade do " F. B. I  - EUA"
Carta de Elogios/Transparência/Seriedade da Divisão de Patrulha/Policia da Califórnia  -  EUA
Fundador e Presidente  do GRUPO DOURADOS de CORDOVIL/RJ/BRASIL
GRANDE BENEMÉRITO do SINDECLUBES/RJ/BRASIL



# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 34º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO.**

- SEM DINHEIRO PARA CLUBES, FEDERAÇÃO MINEIRA DE FUTEBOL BANCA FARRA POLÍTICA EM RESORT.
- JUSTIÇA DOS EUA INCLUI PROVAS QUE COMPLICAM DEL NERO EM JULGAMENTO DE MARIN.
- FBI APROFUNDA TRABALHO QUE PODE COLOCAR CARTOLAS BRASILEIROS NA CADEIA.
- FBI / PF : CASA MISTERIOSA EM MIAMI, TEMOR DE TEIXEIRA E A SAIDA DE DEL NERO.
- NUZMAN ENFIM ESTÁ PRESO.
- A PRISÃO DE NUZMAN FECHA O CICLO DOS CARTOLAS BRASILEIROS ENVOLVIDOS COM O CRIME.
- LOBISTA AFIRMA QUE RENAN NÃO AJUDA OS AMIGOS.
- ARO CONTRATA SEU PRÓPRIO ESCRITÓRIO E ENGORDA RENDA.
- EUA JULGAM CARTOLAS ACUSADOS POR CORRUPÇÃO DEPOIS DE DOIS ANOS.
- DEFESA DE MARIN PREVÊ QUE JULGAMENTO DURE OITO SEMANAS.
- EUA JULGAM MARIN E OUTROS CARTOLAS DOIS ANOS APÓS PRISÃO.
- NUZMAN E TEIXEIRA USARAM O MESMO DOLEIRO PARA PAGAMENTOS SECRETOS.

- RICARDO TEIXEIRA PERDE UM ESPIÃO.
- JUÍZA DO CASO MARIN NOS EUA TEME AMEAÇA E MANDA PROTEGER JURADOS.
- DENUNCIA DO MINISTÉRIO PÚBLICO FEDERAL REVELA OPERADOR DO ESQUEMA : NUZMAN USOU O MESMO DOLEIRO DE RICARDO TEIXEIRA PARA PAGAR LAMINE DIACK.
- QUARENTA ANOS DEPOIS A RESPOSTA: COMO VIVIA CARLOS ARTHUR NUZMAN.
- EMPRESA QUE PAGOU SUBORNOS EMPERRA NEGOCIAÇÕES SOBRE COPA AMERICA NO BRASIL.
- RICARDO TEIXEIRA ESTÁ FELIZ COM SERGIO MORO.
- DEL NERO QUER IR À RUSSIA, TENTANDO JUNTO AO ITAMARATY ATRAVÉS DA BANCADA DA BOLA PASSAPORT DIPLOMÁTICO.
- DEL NERO DIZ QUE NÃO SABE SE IRÁ A COPA E JUSTIFICA: VÃO DIZER QUE SOU PÉ FRIO.
- O FOLCLORICO MARCO POLO DEL NERO E SEU AJUDANTE PERONDI
- CORTE DOS EUA ANUNCIA A 1ª. SENTENÇA NO CASO FIFA E MANDA RECADO À MARIN.
- SENTENÇA CONTRA EX-COLEGA CAUSA APREENSÃO NOS ALIADOS DE MARIN.
- JUSTIÇA DA FRANÇA ENCONTRA R$ 71 MILHÕES EM CONTA DE RICARDO TEIXEIRA.
- DEL NERO ESTARIA UTILIZANDO-SE DE PERUCA E ÓCULOS PARA VIAJAR.
- JUSTIÇA DA FRANÇA ACHA R$ 71 MILHÕES EM CONTA SUSPEITA DE RICARDO TEIXEIRA.
- CARTOLAS: REDE DE PROTEÇÃO ESTÁ ENFRAQUECIDA.
- NA CÂMARA ANDRES SANCHES DEIXA ESCAPAR ESQUEMA ILEGAL DE EMPRÉSTIMOS DA CBF AOS CLUBES.

PGR / MPF No. 20170085118          PR – RJ No. 00083172/2017

DATA : 28 de OUTUBRO de 2017

 **Gmail**

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170085118
1 message

**Moises Campos** <moisescamposlima@gmail.com>
To: Felipe Quirino <aspquirino@gmail.com>

Mon, Oct 30, 2017 at 8:16 PM

10 copias

De: **MPF**
Data: 30 de outubro de 2017 13:49
Assunto: MPF 20170085118



Ilmo Sr.,

Resposta à manifestação nº **20170085118** (28/10/2017).

Prezado Senhor,

PROTOCOLO: PR-RJ-000831772/2017

**PR-RJ-00083172/2017**.

**Descrição:**

**\*\*\*\* 34o. TRIGÉSIMO QUARTO COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF!!!\*\*\*\***

Ilma, Sra. Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

Dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 34o. TRIGÉSIMO QUARTO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF- PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

\*\*\*\* PRESIDENTES INDICIADOS, PRESO, COM PEDIDO DE PRISÃO, PELAS JUSTIÇAS DA: SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI, E, COM JULGAMENTO MARCADO PARA O DIA 06 DE NOVEMBRO DE 2017 NA CORTE FEDERAL DO BROOKLYN - NY - EUA.\*\*\*\*

\*\*\*\* JOSÉ MARIA MARIN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO FEDERAL EM 2016.

\*\*\*\* RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, PEDIDO DE PRISÃO JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, INDICIADO PELA CPI DO FUTEBOL EM 2001, CPI DA CBF/NIKE, RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO FEDERAL EM 2016.

\*\*\*\*MARCO POLO DEL NERO - PRESIDENTE DA CBF EM EXERCÍCIO DA CBF, JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO FEDERAL EM 2016 COM PROVAS CABAIS.

\*\*\*\*\* OS HOMENS CONFIDENTES DOS PRESIDENTES, ESTÃO NOS PROTOCOLOS ABAIXO \*\*\*\*\*

a ) PROTOCOLO PR- RJ No. 00056283/2016 , datado de 26/07/2016.
b ) PROTOCOLO PR- RJ No. 00058334/2016,  datado de 02/08/2016.
c ) PROTOCOLO PR- RJ No. 00058860/2016,  datado de 06/08/2016.
d ) PROTOCOLO PR- RJ No. 00059472/2016,  datado de 08/08/2016.
c ) PROTOCOLO PR- RJ No. 00060006/2016,  datado de 16/08/2016.
d ) PROTOCOLO PR- RJ No. 00060255/2016,  datado de 20/08/2016.
e ) PROTOCOLO PR- RJ No. 00064846/2016,  datado de 10/09/2016.
f ) PROTOCOLO PR- RJ No. 00067352/2016,  datado de 20/09/2016.
g ) PROTOCOLO PR- RJ No. 00068183/2016,  datado de 22/09/2016.
h ) PROTOCOLO PR- RJ No. 00075487/2016,  datado de 20/10/2016.
i ) MARCO ANTONIO TEIXEIRA - EX-SECRETÁRIO GERAL DESDE 1989, TIO DE RICARDO TEIXEIRA, CPF.: 118.733.536-34.
J ) ANTONIO OSÓRIO LOPES RIBEIRO DA COSTA - ZOZÓ - EX-DIRETOR FINANCEIRO - CPF.: 337.325.237-72.
L ) RODRIGO SANTOS PAIVA - BOLSOS/OLHOS/OUVIDOS DE RICARDO TEIXEIRA *CONFIDENTE* - CPF - 908533267-20,
M ) ALEXANDRE SILVA DA SILVEIRA - O HOMEM DOS TELEFONES, AGENDAS, VALES, FESTAS, DE TODOS OS PRESIDENTES - INICIOU NA CBF, NA MANUTENÇÃO DE TELEFONIA. CONSERTANDO TOMADAS.

\*\*\*\*\* DESCRIÇÃO \*\*\*\*\*

1 ) SEM DINHEIRO PARA CLUBES, FEDERAÇÃO MINEIRA DE FUTEBOL BANCA FARRA POLÍTICA EM RESORT.

- O TEMPO / POLÍTICA / BELO HORIZONTE

* DIRETOR DE ÉTICA DA CBF, DEPUTADO FEDERAL MARCELO ARO (PHS).
* FEDERAÇÃO MINEIRA DE FUTEBOL, PRESIDENTE CASTELLAR GUIMARÃES, ALIADO DE MARCO POLO DEL NERO, RECEBE REPASSES, MENSALÃO.

  Veja Link.: http://www.otempo.com.br/capa/pol%C3%ADtica/sem-dinheiro-para-clubes-fmf-banca-farra-pol%C3%ADtica-em-resort-1.1524380

2 ) JUSTIÇA DOS EUA INCLUI PROVAS QUE COMPLICAM DEL NERO EM JULGAMENTO DE MARIN.

  RODRIGO MATTOS - UOL.

  Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2017/09/27/justica-dos-eua-aceita-incluir-provas-que-complicam-del-nero-em-julgamento/

3 ) FBI APROFUNDA TRABALHO QUE PODE COLOCAR CARTOLAS BRASILEIROS NA CADEIA.

  BLOG DO PAULINHO

  Veja Link.: https://blogdopaulinho.com.br/2017/09/28/fbi-aprofunda-trabalho-que-pode-colocar-cartolas-brasileiros-na-cadeia/

4 ) FBI / PF :  CASA MISTERIOSA EM MIAMI, TEMOR DE TEIXEIRA E A SAÍDA DE DEL NERO.

  BLOG WANDERLEY NOGUEIRA  - JOVEM PAN/SP - UOL.

  Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbipf-casa-misteriosa-em-miami-temor-de-teixeira-e-a-saida-de-del-nero/

5 ) NUZMAN ENFIM ESTÁ PRESO.

  BLOG PAULINHO

  Veja Link.: https://blogdopaulinho.com.br/2017/10/05/nuzman-enfim-esta-preso/

6 ) A PRISÃO DE NUZMAN FECHA O CICLO DOS CARTOLAS BRASILEIROS ENVOLVIDOS COM O CRIME.

  ROBSON MORELLI  -  ESTADO DE SÃO PAULO

  Veja Link.:http://esportes.estadao.com.br/blogs/robson-morelli/a-prisao-de-nuzman-fecha-o-ciclo-dos-cartolas-brasileiros-envolvidos-com-o-crime/

7 ) \*\*LOBISTA AFIRMA QUE RENAN NÃO AJUDA OS AMIGOS\*\*

  MARCELO ROCHA - REVISTA ÉPOCA

  \*\* MILTON LYRA - MILTINHO, ESTÁ NO PROTOCOLO PR-RJ No. 00075487/2016, DATADO DE 20 DE OUTUBRO DE 2016,E, OUTROS.

  Veja Link.: http://epoca.globo.com/politica/expresso/noticia/2017/10/lobista-afirma-que-renan-nao-ajuda-os-amigos.html

8 ) ARO CONTRATA SEU PRÓPRIO ESCRITÓRIO E ENGORDA RENDA.

BLOG JUCA KFOURI

Veja Link,: http://blogdojuca.uol.com.br/2017/10/aro-contrata-seu-proprio-escritorio-e-engorda-renda/

9 ) **EUA JULGAM CARTOLAS ACUSADOS POR CORRUPÇÃO DEPOIS DE DOIS ANOS**

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - SUIÇA - ESTADÃO.

Veja  Link.:  http://esportes.estadao.com.br/noticias/futebol,eua-julgam-cartolas-acusados-por-corrupcao-depois-de-dois-anos,70002046454

10 ) DEFESA DE MARIN PREVÊ QUE JULGAMENTO DURE OITO SEMANAS.

RAFHAEL RAMOS - ESTADÃO.

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,defesa-de-marin-preve-que-julgamento-dure-oito-semanas,70002046458

11 ) EUA JULGAM MARIN E OUTROS CARTOLAS DOIS ANOS APÓS PRISÃO.

VEJA

Veja Link.: http://veja.abril.com.br/placar/eua-julgam-marin-e-outros-cartolas-2-anos-e-meio-apos-prisao/

12 ) **NUZMAN E TEIXEIRA USARAM O MESMO DOLEIRO PARA PAGAMENTOS SECRETOS.

JAMIL CHADE - CORRESPONDENTE NA SUÍÇA - ESTADÃO.

Veja  Link.:http://esportes.estadao.com.br/noticias/futebol,nuzman-e-teixeira-usaram-mesmo-doleiro-para-pagamentos-secretos,70002051179

13 ) **RICARDO TEIXEIRA PERDE UM ESPIÃO **

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL.

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/ricardo-teixeira-perde-um-espiao/

14 ) JUÍZA DO CASO MARIN NOS EUA TEME AMEAÇA E MANDA PROTEGER JURADOS.

PAULO PASSOS  -  JORNAL FOLHA DE SÃO PAULO

Veja  Link.:  http://www1.folha.uol.com.br/esporte/2017/10/1928027-juiza-de-caso-marin-nos-eua-teme-ameaca-e-manda-proteger-jurados.shtml

15 ) DENUNCIA DO MINISTÉRIO PÚBLICO FEDERAL REVELA OPERADOR DO ESQUEMA: NUZMAN USOU O MESMO DOLEIRO DE RICARDO TEIXEIRA PARA PAGAR LAMINE DIACK.

LUCIO DE CASTRO  -  AGENCIASPORTLIGHT

Veja Link.: http://agenciasportlight.com.br/index.php/2017/10/18/denuncia-do-mpf-revela-o-operador-do-esquema-nuzman-usou-mesmo-doleiro-de-ricardo-teixeira-para-pagar-lamine-diack/

16 ) QUARENTA ANOS DEPOIS, A RESPOSTA: COMO VIVIA CARLOS ARTHUR NUZMAN

LUCIO DE CASTRO  -  AGENCIASPORTLIGHT

Veja Link.:http://agenciasportlight.com.br/index.php/2017/10/19/quarenta-anos-depois-a-resposta-como-vivia-carlos-arthur-nuzman/

17 ) EMPRESA QUE PAGOU SUBORNOS EMPERRA NEGOCIAÇÕES SOBRE COPA AMERICA NO BRASIL.

JAMIL CHADE - LONDRES - ESTADÃO.

* MARCO POLO DEL NERO, JOSÉ MARIA MARIN, J.HAWILLA -TRAFFIC, DATISA.

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,empresa-que-pagou-subornos-emperra-negociacoes-sobre-copa-america-no-brasil,70002056236

18 ) RICARDO TEIXEIRA ESTÁ FELIZ COM SERGIO MORO.

MAURICIO LIMA - VEJA

Veja Link.: http://veja.abril.com.br/blog/radar/ricardo-teixeira-esta-feliz-com-sergio-moro/

19 ) DEL NERO QUER IR À RUSSIA, TENTANDO JUNTO AO ITAMARATY ATRAVÉS BANCADA DA BOLA PASSAPORTE DIPLOMÁTICO.

BLOG JUCA KFOURI  -  UOL

Veja Link.: http://blogdojuca.uol.com.br/2017/10/del-nero-que-ir-a-russia/

20 ) DEL NERO DIZ QUE NÃO SABE SE IRÁ A COPA E JUSTIFICA, VÃO DIZER QUE SOU PÉ FRIO.

FÁBIO CARDOSO - GLOBO ESPORTES.

Veja Link.:https://globoesporte.globo.com/futebol/selecao-brasileira/noticia/del-nero-diz-que-nao-sabe-se-ira-a-copa-e-justifica-vao-dizer-que-sou-pe-frio.ghtml

21 ) O FOLCLÓRICO MARCO POLO E SEU AJUDANTE PERONDI.

BLOG JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/10/o-folclorico-marco-polo-e-seu-ajudante-perondi/

22 ) CORTE DOS EUA ANUNCIA A ****1a. SENTENÇA NO CASO FIFA E MANDA RECADO À MARIN****

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - JORNAL ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,corte-nos-eua-anuncia-a-1-sentenca-no-caso-fifa-e-manda-recado-a-marin,70002060401

23 ) SENTENÇA CONTRA EX-COLEGA CAUSA APREENSÃO NOS ALIADOS DE MARIN.

ALMIR LEITE - JORNAL ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/blogs/almir-leite/sentenca-contra-ex-colega-causa-apreensao-nos-aliados-de-marin/

24 ) **** JUSTIÇA DA FRANÇA ENCONTRA R$ 71 MILHÕES EM CONTA DE RICARDO TEIXEIRA ****

ANDREI NETTO / PARIS – JAMIL CHADE - GENEBRA - JORNAL ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,justica-da-franca-encontra-r-71-milhoes-em-conta-de-ricardo-teixeira,70002062200

25 ) DEL NERO ESTARIA UTILIZANDO-SE DE PERUCA E ÓCULOS PARA VIAJAR.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/10/26/del-nero-estaria-utilizando-se-de-peruca-e-oculos-para-viajar-a-sao-paulo/

26 ) JUSTIÇA DA FRANÇA ACHA R$ 71 MILHÕES EM CONTA SUSPEITA DE TEIXEIRA.

PLACAR VEJA

Veja Link.: http://veja.abril.com.br/placar/justica-da-franca-acha-r-71-mi-em-conta-suspeita-de-teixeira/

27 ) CARTOLAS : REDE DE PROTEÇÃO ESTÁ ENFRAQUECIDA .

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL.

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/cartolas-rede-de-protecao-esta-enfraquecida/

28 ) NA CÂMARA, ANDRES SANCHES DEIXA ESCAPAR **ESQUEMA ILEGAL DE EMPRÉSTIMOS DA CBF AOS CLUBES**.

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/10/28/na-camara-andres-sanches-deixa-escapar-esquema-ilegal-de-emprestimo-da-cbf-aos-clubes/


Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO !

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS, PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS, COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

****QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO!****


É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 33º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO.\*\*

- FBI APROFUNDA INVESTIGAÇÕES.
- CUNHADO DE RICARDO TEIXEIRA, SECRETÁRIO DE RAPHAEL DINIZ, ARMA ESQUEMA PARA EMBOLSAR R$ 14 MILHÕES.
- NIKE COMEÇA A DELATAR CLUBES BRASILEIROS NA JUSTIÇA AMERICANA.
- EMENDO PRISÃO DEL NERO VAI FALTAR AO 20º. VIGÉSIMO JOGO DA SELEÇÃO BRASILEIRA.
- DEL NERO PODE SER O PRIMEIRO PRESIDENTE DA CBF AUSENTE EM UMA COPA DO MUNDO.
- QUEREM DINAMITAR A PROFUT.
- FBI E PF : PODE COMEÇAR A OPERAÇÃO GRAMADO.
- FBI : GALO DE OURO DISTRIBUÍA A PROPINA.
- PRESO EX-CARTOLA DO BARÇA TEM CONTRATO DE R$ 80 MILHÕES COM EMPRESA DA COPA.
- PROPINA: FBI ENVIA DOCUMENTOS E PF SE PREPARA PARA AGIR.
- FBI – ENTREGA PROVAS DE CORRUPÇÃO DE CARTOLAS BRASILEIROS PARA A POLÍCIA FEDERAL.
- FBI – CARTOLAS USAVAM ATÉ NOMES DE MORTOS.
- POVO NÃO TEM NOÇÃO DAS FALCATRUAS E SACANAGENS DA CBF, DIZ ROMÁRIO.

- FBI MUDOU A VIDA DOS CARTOLAS.
- FBI ENCONTRA 12 MILHÕES DE EUROS SEM DONO.
- O BACALHAU QUE PULA DE GALHO EM GALHO.
- SUCESSOR ESCOLHIDO POR DEL NERO SOFRE RESISTÊNCIA NA CBF.
- A VEZ DE NUZMAN.
- NUZMAN PODE PEDIR MUSICA NO FANTÁSTICO.
- UMA MEDALHA PARA NUZMAN.
- BLOQUEIO DE CONTAS DE CARTOLAS SUSPEITOS DE CORRUPÇÃO NA FIFA É FACILITADO.
- CARTOLAS ESCONDEM COMPUTADORES E JOGAM TELEFONES NO LIXO.
- LIMPAR O BRASIL PASSA PELO ESPORTE.
- DELATOR DE RICARDO TEIXEIRA URUGUAIO DRIBLOU FBI E HOJE VIVE EM CASA.
- ARENA DAS DUNAS – NATAL/RN.
- FIFA VAI APRESENTAR NOVAS CONDIÇÕES PARA TRANSFERIR DINHEIRO PARA A CBF.
- FBI: NIKE DISCUTE O VALOR DA MULTA.
- CBF PROJETA OBTER RECEITA RECORDE DE R$ 1 BILHÃO EM 2017.
- EVITANDO DEL NERO FIFA FISCALIZARÁ USO DOS U$ 100 MILHÕES (R$ 311 MILHÕES) NO BRASIL.
- DE TEIXEIRA A DEL NERO VÍDEO EXPLICA EM 4 (QUATRO) MINUTOS A CORRUPÇÃO NA CBF.
- MESMO APÓS INTIMIDAÇÃO DE TESTEMUNHA, MARIN TENTA BARRAR PROTEÇÃO À JURI.
- ROMÁRIO: DEL NERO É UM MAU CARÁTER, ATÉ A COPA DO MUNDO ELE ESTARÁ PRESO.
- PARA ROMÁRIO CORRUPÇÃO NA CBF ENVERGONHA O BRASIL.
- LAVA JATO PRECISA CHEGAR AO FUTEBOL DIZ ROMÁRIO.
- LOBISTA É FLAGRADO SUJANDO AS MÃOS PELA CBF.

PGR / MPF No. 20170074263        PR – RJ No. 00366852/2017

DATA : 25 de SETEMBRO de 2017

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170074263
3 messages

---

**Moises Campos** <moisescamposlima@gmail.com>         Mon, Sep 25, 2017 at 2:00 PM
To: Felipe Quirino <aspquirino@gmail.com>


De: **MPF**
Data: 25 de setembro de 2017 12:37
Assunto:  MPF 20170074263



Ilmo.  Sr.  **Moises Campos de Lima**,

Resposta à manifestação nº **20170074263** (25/09/2017).

Agradecemos o contato por esta via de comunicação. Sua manifestação foi recebida e encaminhada ao Gabinete da
Procuradora-Geral da República. O número para acompanhamento no Sistema Único é: PGR-00366852/2017.

**PGR-00366852/2017**

Na busca da melhoria dos serviços prestados, pedimos a gentileza de responder o formulário de avaliação do atendimento, acessando o
link:

Formulário de Avaliação

**Descrição:**
**\*\*\*\* 33o. TRIGÉSIMO TERCEIRO COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF.!!! \*\*\*\***

Ilma. Sra., Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Ilmo. Sr. Dr. DELTAN MARTINAZZO DALLAGNOL  - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

\*\* COMO CIDADÃO BRASILEIRO, PARABENIZO E DESEJO TODO SUCESSO À ILUSTRÍSSIMA PROCURADORA GERAL DA
REPÚBLICA E SUA EQUIPE, ESPERO QUE O COMBATE À CORRUPÇÃO  NO FUTEBOL BRASILEIRO
SEJA COMBATIDO FORTEMENTE, PRINCIPALMENTE NA  ADMINISTRAÇÃO (CBF). APROVEITO ESTE MOMENTO PARA
INFORMAR À ILUSTRÍSSIMA PROCURADORA GERAL DA REPÚBLICA QUE FORAM ENVIADOS,PARA A  PGR,
COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E, REDISTRIBUÍDOS PARA O
MPF-PR-RJ 45 (QUARENTA E CINCO) DOSSIÊS , O RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO
ASSINADO PELOS SENADORES ROMÁRIO E RANDOLFE RODRIGUES, COM CONTEÚDOS DE CORRUPÇÃO E PROVAS
CABAIS. \*\*

Dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa
OPERAÇÃO LAVA JATO, segue o 33o. TRIGÉSIMO TERCEIRO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES,
DIRETORIA, FEDERAÇÕES FILIADAS, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF.

** PRESIDENTES INDICIADOS, PRESO, PELAS JUSTIÇA DA; SUÍÇA, ESPANHA, ESTADOS UNIDOS DA AMERICA/FBI.**

**JOSÉ MARIA MARÍN - PRESO NA SUÍÇA, EXTRADITADO PARA OS EUA, PRISÃO DOMICILIAR, JULGAMENTO MARCADO PARA O DIA 06 DE NOVEMBRO DE 2017, NA CORTE FEDERAL DO BROOKLYN - EUA, INDICIADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** RICARDO TERRA TEIXEIRA - JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, INDICIADO PELA CPI DO FUTEBOL NO SENADO EM 2001, CPI CBF NIKE, RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO EM 2016.

** MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO DA CBF, JUSTIÇA SUÍÇA, JUSTIÇA ESPANHOLA, JUSTIÇA AMERICANA/FBI, RELATÓRIO PARALELO DA CPI DO FUTEBOL EM 2016 COM PROVAS CABAIS.

***** DESCRIÇÃO *****

1 ) FBI APROFUNDA INVESTIGAÇÕES.

WANDERLEY NOGUEIRA - JOVEM PAN/SP, UOL.

Veja link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/fbi-aprofunda-investigacoes/

2 ) CUNHADO DE RICARDO TEIXEIRA, SECRETÁRIO DE RAPHAEL DINIZ, ARMA ESQUEMA PARA EMBOLSAR R$ 14 MILHÕES.

Blog Garotinho

Veja Link.: http://www.blogdogarotinho.com.br/lartigo.aspx?id=24645

3 ) NIKE COMEÇA A DELATAR CLUBES BRASILEIROS NA JUSTIÇA AMERICANA.

Blog do PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/08/21/nike-comeca-a-delatar-clubes-brasileiros-na-justica-americana/

4 ) * TEMENDO PRISÃO DEL NERO VAI FALTAR AO 20o. VIGÉSIMO JÔGO DA SELEÇÃO BRASILEIRA *

SILVIO BARSETTI - TERRA

Veja Link.: https://www.terra.com.br/esportes/brasil/temendo-prisao-del-nero-vai-faltar-ao-20-jogo-da-selecao, 19502c54421f5462136a209fa635b8f3ke4ibqag.html

5 ) DEL NERO PODE SER O PRIMEIRO PRESIDENTE DA CBF, AUSENTE EM UMA COPA DO MUNDO

SILVIO BARSETTI - TERRA

Veja Link.: https://www.terra.com.br/esportes/brasil/del-nero-pode-ser-o-1-presidente-da-cbf-ausente-em-uma-copa, 31044b18636752f5b394ca3a19713cac0ci8cijb.html

6 ) QUEREM DINAMITAR A PROFUT

Blog JUCA KFOURI

** DÍVIDAS EM IMPOSTOS PÚBLICOS : R$ 5 BILHÕES. **

Veja Link.: http://blogdojuca.uol.com.br/2017/08/querem-dinamitar-a-profut/

7 ) FBI E PF : PODE COMEÇAR A **OPERAÇÃO GRAMADO**

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-e-pf-pode-comecar-a-operacao-gramado/

8 ) FBI : GALO DE OURO DISTRIBUÍA A PROPINA.

WANDERLEY NOGUEIRA - JOVEM PAN/SP, UOL.

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/fbi-galo-de-ouro-distribuia-a-propina/

9 ) PRESO, EX-CARTOLA DO BARÇA TEM CONTRATO DE R$ 80 MILHÕES COM EMPRESA DA COPA.

Blog RODRIGO MATTOS - UOL

Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2017/08/30/preso-ex-cartola-do-barca-tem-contrato-de-r-80-mi-com-empresa-da-copa/

10 ) PROPINA: FBI ENVIA DOCUMENTOS E PF SE PREPARA PARA AGIR.

29/12/2017                                    Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF-2017007426...

Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 128 of 150 PageID #: 15007

WANDERLEY NOGUEIRA - JOVEM PAN/SP    UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/propina-fbi-envia-documentos-e-pf-se-prepara-para-agir/

11 ) FBI - ENTREGA PROVAS DE CORRUPÇÃO DE CARTOLAS BRASILEIROS PARA A POLÍCIA FEDERAL.

Blog do PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/08/31/fbi-entrega-provas-da-corrupcao-de-cartolas-brasileiros-para-a-policia-federal/

12 ) FBI - CARTOLAS USAVAM ATÉ NOMES DE MORTOS.

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-cartolas-usavam-ate-nomes-de-mortos/

13 ) POVO NÃO TEM NOÇÃO DAS FALCATRUAS E SACANAGENS DA CBF, DIZ ROMÁRIO.

RAPHAEL RAMOS - O ESTADO DE SÃO PAULO

Veja Link.: http://esportes.estadao.br/noticias/futebol,povo-nao-tem-nocao-das-falcatruas-e-sacanagens-da-cbf-diz-romario, 70001961937

14 ) FBI MUDOU A VIDA DOS CARTOLAS

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/fotos/fbi-mudou-a-vida-dos-cartolas/

15 ) ** FBI ENCONTRA 12 MILHÕES DE EUROS ........................... SEM DONO ! **

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-encontra-12-milhoes-de-euros-sem-dono/

16 ) O BACALHAU QUE PULA DE GALHO EM GALHO .

Blog JUCA KFOURI

* COORDENADOR DO COMITÊ LOCAL COPA DO MUNDO 2014, JUNTAMENTE COM JOANA HAVELANGE TEIXEIRA, FILHA DE: RICARDO TERRA TEIXEIRA.

Veja Link.: http://blogdojuca.uol.com.br/2017/09/o-bacalhau-que-pula-de-galho-em-galho/

17 ) SUCESSOR ESCOLHIDO POR DEL NERO SOFRE RESISTÊNCIA NA CBF.

SILVIO BARSETTI - TERRA

* ROGÉRIO CABOCLO, WALTER FELDMAN, REINALDO BUZZONI, ALUNOS DE DEL NERO.

Veja Link.: https://www.terra.com.br/esportes/futebol/sucessor-escolhido-por-del-nero-sofre-resistencia-na-cbf, 0db36ad735bff20096a586422421a0674aigc3jv.html

18 ) A VEZ DE NUZMAN

Blog JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/09/a-vez-de-nuzman/

19 ) NUZMAN PODE PEDIR MUSICA NO FANTÁSTICO.

Blog do JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/09/nuzman-pode-pedir-musica-no-fantastico/

20 ) UMA MEDALHA PARA NUZMAN

Blog JUCA KFOURI

Veja Link.: http://www1.folha.uol.com.br/colunas/jucakfouri/2017/09/1916505-uma-medalha-para-nuzman.shtml

21 ) BLOQUEIO DE CONTAS DE CARTOLAS SUSPEITOS DE CORRUPÇÃO NA FIFA É FACILITADO.

UOL ESPORTES

Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/09/08/bloqueio-de-contas-de-cartolas-suspeitos-de-corrupcao-na-fifa-e-facilitado.htm

22 ) CARTOLAS ESCONDEM COMPUTADORES E JOGAM TELEFONES NO LIXO.

29/12/2017 Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF 2017007426?

Case 1:15-cr-00252-PKC-RML Document 1056 Filed 08/20/18 Page 129 of 150 PageID #: 15008

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

Veja Link: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/cartolas-escondem-computadores-e-jogam-telefones-no-lixo/

23 ) ****LIMPAR O BRASIL PASSA PELO ESPORTE!****

Blog do PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/09/09/limpar-o-brasil-passa-pelo-esporte/

24 ) DELATOR DE RICARDO TEIXEIRA, URUGUAIO DRIBLOU FBI E HOJE VIVE EM CASA.

ALEX SABINO - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/09/1917329-delator-de-ricardo-teixeira-uruguaio-driblou-o-fbi-e-hoje-vive-em-casa.shtml

25 ) **** ARENA DAS DUNAS - NATAL / RN ****

GLOBO PLAY

****PRESIDENTE DA FEDERAÇÃO NORTE RIOGRANDENSE DE FUTEBOL
****JOSÉ VANILDO DA SILVA - 11 ANOS NO PODER, ALIADO DE MARCO POLO DEL NERO.(REPASSES/MENSALÃO).

Veja.: https://globoplay.globo.com/v/6138894/

26 ) FIFA VAI APRESENTAR NOVAS CONDIÇÕES PARA TRANSFERIR DINHEIRO PARA A CBF.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO.

** R$ 311 MILHÕES PERTENCENTES AO POVO BRASILEIRO. (LEGADO, CONSTRUÇÃO DE ESCOLAS/ÁREAS DE ESPORTES).

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,fifa-vai-apresentar-novas-condicoes-para-transferir-dinheiro-para-a-cbf,70001993710

27 ) FBI : NIKE DISCUTE O VALOR DA MULTA.

WANDERLEY NOGUEIRA - JOVEM PAN/SP - UOL

** MULTA POR REALIZAR CORRUPÇÃO U$ 1 BILHÃO, ALÉM DE OUTRAS SANÇÕES JURÍDICAS.

Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/geral/fbi-nike-discute-o-valor-da-multa/

28 ) CBF PROJETA OBTER RECEITA RECORDE DE R$ 1 BILHÃO EM 2017.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

** É MUITO DINHEIRO PARA QUEM NÃO VIAJA, NÃO É VERDADE MARCO POLO DEL NERO.

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,cbf-projeta-obter-receita-recorde-de-r-1-bilhao-em-2017,70001996175

29 ) **EVITANDO DEL NERO, FIFA FISCALIZARÁ USO DOS U$ 100 MILHÕES (R$ 311 MILHÕES) NO BRASIL.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,evitando-del-nero-fifa-fiscalizara-uso-de-us-100-milhoes-no-brasil,70001996885

30 ) **** DE TEIXEIRA A DEL NERO VÍDEO EXPLICA EM 4 (QUATRO) MIN. A CORRUPÇÃO NA CBF. ****

FOLHA DE SÃO PAULO

Veja: http://www1.folha.uol.com.br/tv/esporte/2017/09/1917887-de-teixeira-a-del-nero-video-explica-em-4-minutos-a-corrupcao-na-cbf.shtml

31 ) MESMO APÓS INTIMIDAÇÃO DE TESTEMUNHA, MARÍN TENTA BARRAR PROTEÇÃO À JURI.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,mesmo-apos-intimidacao-de-testemunha-marin-tenta-barrar-protecao-a-juri,70002005612

32 ) ROMÁRIO: **DEL NERO É MAU CARÁTER, ATÉ A COPA DO MUNDO, ELE ESTARÁ PRESO.

EL PAÍS - BREILLER PIRES

Veja Link.: https://brasil.elpais.com/brasil/2017/09/02/deportes/1504362239_171163.html

33 ) PARA ROMÁRIO, CORRUPÇÃO NA CBF ENVERGONHA O BRASIL.

PGR-00367099/2017

**MINISTÉRIO PÚBLICO FEDERAL**
**PROCURADORIA GERAL DA REPUBLICA**
**CHEFIA DE GABINETE PROCURADOR-GERAL DA REPÚBLICA**

**Despacho nº:** 5896/2017
**Referência:** PGR-00366852/2017
**Assunto:** SOLICITAÇÕES DIVERSAS

    A Procuradora-Geral da República Raquel Elias Ferreira Dodge agradece a atenção dispensada e compromete-se a exercer com excelência o mister que lhe foi conferido.

    Comunique-se ao requerente.

Brasília, 25 de setembro de 2017.

ALEXANDRE CAMANHO DE ASSIS
PROCURADOR REGIONAL DA REPUBLICA

Assinado com certificado digital por ALEXANDRE CAMANHO DE ASSIS, em 25/09/2017 15:06. Para verificar a autenticidade acesse http://www.transparencia.mpf.mp.br/validacaodocumento. Chave F8D58C36.E1A8CCF4.89C56BD3.68724970

SENADO NOTÍCIAS

Veja Link.:http://www12.senado.leg.br/noticias/materias/2017/09/20/para-romario-corrupcao-na-cbf-envergonha-o-brasil?
utm_medium=share-button&utm_source=whatsapp

34 ) **** LAVA JATO PRECISA CHEGAR AO FUTEBOL, DIZ ROMÁRIO.

PEDRO CARVALHO - VEJA

Veja Link.:http://veja.abril.com.br/blog/radar/lava-jato-precisa-chegar-ao-futebol-diz-romario-sobre-a-cbf/

35 ) **LOBISTA É FLAGRADO SUJANDO AS MÃOS PELA CBF!**

Blog DO PAULINHO

** WANDERBERGUER MACHADO - LOBISTA, ESTÁ NO PROTOCOLO PR-RJ No. 000754872016 DATADO DE
20 DE OUTUBRO DE 2016, CONFORME BLOG DO PAULINHO SOMENTE EM 2013 À CBF PAGOU MAIS DE
R$ 6,5 MILHÕES EM SALÁRIOS.

Veja Link.: https://blogdopaulinho.com.br/2017/09/22/lobista-e-flagrado-sujando-as-maos-pela-cbf/

Dra. RAQUEL ELIAS FERREIRA DODGE - MD. PROCURADORA GERAL DA REPÚBLICA!

Dr. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE
QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS, COM
ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!! ILUMINE TODOS DA
PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO,
E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! ****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático
de Direito.

Atenciosamente,

Ministério Público Federal



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

** 32º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO LAVA JATO, REDISTRIBUÍDAS PARA A PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO.**

- PEDIDO DE PRISÃO AO BRASIL DIZ QUE RICARDO TEIXEIRA CRIOU ORGANIZAÇÃO CRIMINOSA.
- PEDIDO DE PRISÃO AO BRASIL DIZ QUE RICARDO TEIXEIRA CRIOU ORGANIZAÇÃO CRIMINOSA.
- MINISTÉRIO PÚBLICO PEDE AFASTAMENTO DE DIRIGENTES DA CBF.
- MP-RJ, PEDE AFASTAMENTO DA CÚPULA DA CBF POR IRREGULARIDADE EM ASSEMBLÉIA.
- MINISTÉRIO PÚBLICO DO RIO DE JANEIRO, ACIONA CBF.
- RELATOR DA REFORMA POLÍTICA, VICENTE CÂNDIDO É CARTOLA DA CBF.
- MINISTÉRIO PÚBLICO DO RIO DE JANEIRO PEDE AFASTAMENTO DE DIRETORIA DA CBF.
- AÇÃO PEDE AFASTAMENTO DE DIRIGENTES DA CBF E ANULAÇÃO DE ASSEMBLÉIA.
- MINISTÉRIO PÚBLICO FEDERAL, NEGOCIARÁ COM ESPANHA TRANSFERÊNCIA DO PROCESSO DE RICARDO TEIXEIRA PARA O BRASIL.
- PROCURADORIA GERAL DA REPÚBLICA ENVIA PEDIDO DE DOCUMENTOS À ESPANHA DE ACUSAÇÃO CONTRA RICARDO TEIXEIRA.

- PROCURADORIA GERAL DA REPÚBLICA PEDE QUE INVESTIGAÇÃO CONTRA RICARDO TEIXEIRA SEJA ENCAMINHADA AO BRASIL.
- MST – ANUNCIA QUE VOLTOU A OCUPAR FAZENDA DE CORONEL AMIGO DE TEMER.
- MST – OCUPA FAZENDA DE RICARDO TEIXEIRA.
- MST OCUPA FAENDAS DE MAGGI, RICARDO TEIXEIRA E CORONEL AMIGO DE TEMER.
- MST INVADE FAZENDAS DE BLAIRO MAGGI, EX-CBF E AMIGO DE TEMER.
- IMPRENSA ESCONDE TRECHO RELEVANTE DE MANIFESTAÇÃO DO MST APÓS INVASÃO DAS TERRAS DE RICARDO TEIXEIRA.
- FAZENDA INVADIDA É LIGAÇÃO ENTRE TEIXEIRA E INVESTIGAÇÃO DE JOGO DA SELEÇÃO.
- EU MANDEI AS PROVAS DE CORRUPÇÃO NA CBF PARA A POLÍCIA BRASILEIRA, FBI, POLÍCIA SUÍÇA, FIFA, NOSSA POLÍCIA E INSTITUIÇÕES SÃO INCOMPETENTES.
- COMITÊ DA COPA DE 2014, AINDA DEVE 340 MIL À PRESTADORES DE SERVIÇO.
- FIFA DESVIA DE ASSUNTO E COMITÊ LOCAL NEGA DÉBITOS REFERENTES À COPA.
- ROSELL DIZ QUE CBF NUNCA RECLAMOU DE DINHEIRO SUPOSTAMENTE DESVIADO.
- INVESTIGAÇÃO CONTRA RICARDO TEIXEIRA, MARCO POLO DEL NERO, E OUTROS SETE CHEGA AO SUPREMO TRIBUNAL FEDERAL.
- CELSO DE MELLO SERÁ O RELATOR DO INQUÉRITO NO SUPERIOR TRIBUNAL FEDERAL CONTRA PRESIDENTE E EX-DIRIGENTES DA CBF.
- AMEAÇADO NA JUSTIÇA, MARCO POLO DEL NERO PÕE VICE DE SOBREAVISO NA CBF.
- PROCESSO QUE INVESTIGA MARCO POLO DEL NERO E DIRIGENTES DA CBF, VAI PARA O SUPREMO TRIBUNAL FEDERAL.
- PARA REFORÇAR INVESTIGAÇÃO SOBRE IRREGULARIDADES NA CBF, POLÍCIA FEDERAL PEDE AJUDA AO FBI.
- CBF ABRIRÁ PROCESSO DE CONCORRÊNCIA PARA TRANSMISSÃO DE JOGOS DA SELEÇÃO.
- CBF ADIA LICITAÇÃO PARA VENDA DE DIREITOS DE TV DA SELEÇÃO BRASILEIRA.

- JOSE MARIA MARIN FINALIZOU ONTEM, COLABORAÇÃO COM A JUSTIÇA AMERICANA.
- RICARDO TEIXEIRA : EUA RESGATA 9 MILHÕES DE EUROS.
- FBI MAIS CITADOS NAS INVESTIGAÇÕES.
- COMPRAMOS OS DIREITOS (DA COPA DO MUNDO) PARA O BRASIL DIRETAMENTE DA GLOBO, DIZ DIRETOR DA ESPN INTERNACIONAL – RUSSELL WOLF.

PGR / MPF No. 20170069397          PR – RJ No. 00066763/2017

DATA : 06 de SETEMBRO de 2017.

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

---

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170069397
1 message

**Moises Campos** <moisescamposlima@gmail.com>        Thu, Sep 21, 2017 at 2:28 PM
To: Felipe Quirino <aspquirino@gmail.com>

10

De: **MPF**
Data: 6 de setembro de 2017 15:50
MPF 2017006939

---

 Atendimento ao **MPF**

---

Ilmo. Sr.

Resposta à manifestação nº **20170069397** (06/09/2017).

PROTOCOLO: PR-RJ-00066763/2017

**Descrição:**

**\*\*\*\* 32o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF!!!! \*\*\*\***

Rio de Janeiro, 06 de SETEMBRO de 2017   14:41

Ilmo. Sr.

DR. DELTAN MARTINAZZO DALLAGNOL

MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO.

Senhor COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO, dando prosseguimento as informações à esta COORDENAÇÃO, PARA APURAR A CORRUPÇÃO NA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL - CBF, segue o 32o TRIGÉSIMO SEGUNDO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, POLÍTICOS, EMPRESAS DE MARKETING ESPORTIVO, LOBISTAS, DOLEIROS, E, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL.

**\*\*\*\* PRESIDENTES \*\*\*\***

\* JOSÉ MARIA MARÍN - PRESO NOS EUA/FBI, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO FEDERAL, COM JULGAMENTO NOS EUA MARCADO PARA O DIA 06 DE NOVEMBRO DE 2017.

* RICARDO TERRA TEIXEIRA - RENUNCIANTE , INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, INDICIADO PELA JUSTIÇA ESPANHOLA, INDICIADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO 2017, COM JULGAMENTO NOS EUA MARCADO PARA 06 DE NOVEMBRO DE 2017.

* MARCO POLO DEL NERO - PRESIDENTE EM EXERCÍCIO, INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, INDICIADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO 2017, COM JULGAMENTO NOS EUA MARCADO PARA 06 DE NOVEMBRO DE 2017.,E, SEUS QUATRO VICES-PRESIDENTES.


1 ) * PEDIDO DE PRISÃO AO BRASIL DIZ QUE RICARDO TEIXEIRA CRIOU ORGANIZAÇÃO CRIMINOSA.

    JAMIL CHADE - CORRESPONDE EM GENEBRA - SUÍÇA        ESTADÃO

    Veja Link.: http://esportes.estadao.com.br/noticias/futebol,pedido-de-prisao-ao-brasil-diz-que-ricardo-teixeira-
        criou-organizacao-criminosa,70001901273

2 ) * PEDIDO DE PRISÃO AO BRASIL DIZ QUE RICARDO TEIXEIRA CRIOU ORGANIZAÇÃO CRIMINOSA.*

    REVISTA ÉPOCA - NEGÓCIOS / GLOBO

    Veja Link.:http://epocanegocios.globo.com/Brasil/noticia/2017/07/pedido-de-prisao-ao-brasil-diz-que-ricardo-teixeira-
        criou-organizacao-criminosa.html

3 ) MINISTÉRIO PÚBLICO PEDE AFASTAMENTO DE DIRIGENTES DA CBF.

    CARLOS EDUARDO MANSUR - O GLOBO

    Veja Link.:http://blogs.oglobo.globo.com/panorama-esportivo/post/ministerio-publico-pede-afastamento-de-dirigentes-de-cbf.html

4 ) MP - RJ , PEDE AFASTAMENTO DA CÚPULA DA CBF POR IRREGULARIDADE EM ASSEMBLÉIA.

    GUILHERME COSTA / RICARDO PERRONE - UOL

    Veja Link.:https://esporte.uol.com.br/futebol/ultimas-noticias/2017/07/24/mp-rj-pede-afastamento-de-cupula-da-
        cbf-por-irregularidade-em-assembleia.htm

5 ) MINISTÉRIO PÚBLICO DO RIO DE JANEIRO, ACIONA A CBF.

    BLOG JUCA KFOURI

    Veja Link.:http://blogdojuca.uol.com.br/2017/07/ministerio-publico-do-rio-aciona-a-cbf/

6 ) RELATOR DA REFORMA POLÍTICA, VICENTE CÃNDIDO É CARTOLA DA CBF.

    * VICENTE CÃNDIDO, CONSTA EM INÚMEROS DOSSIÊS JÁ ENVIADOS.
    * RECEBE SALÁRIO DA CBF.
    * SOCIO E ADVOGADO DE MARCO POLO DEL NERO.
    * VICE PRESIDENTE REGIONAL DO ABC NA FEDERAÇÃO PAULISTA DE FUTEBOL.
    * DE R$ 170 MIL, SEU PATRIMÔNIO SALTOU PARA R$ 2,2 MILHÕES.
    * DIRETOR DE RELAÇÕES INSTITUCIONAIS DA CBF - NOMEADO POR MARCO POLO DEL NERO.

    PEDRO VENCESLAU / VALMAR HUPSEL FILHO   - ESTADÃO

    Veja Link.: https://noticias.uol.com.br/ultimas-noticias/agencia-estado/2017/07/24/relator-da-reforma-politica-
        vicente-candido-e-cartola-da-cbf.htm

7 ) MINISTÉRIO PÚBLICO DO RIO DE JANEIRO PEDE AFASTAMENTO DE DIRETORIA DA CBF.

    MARCIO DOLZAN - ESTADÃO

    Veja Link.: http://esportes.estadao.com.br/noticias/futebol,ministerio-publico-do-rio-pede-afastamento-de-diretoria-
        da-cbf,70001902601

8 ) AÇÃO PEDE AFASTAMENTO DE DIRIGENTES DA CBF E ANULAÇÃO DE ASSEMBLÉIA.

    ALEX SABINO / GUILHERME SETO  - FOLHA DE SÃO PAULO

    Veja Link.:http://www1.folha.uol.com.br/esporte/2017/07/1903891-acao-pede-afastamento-de-dirigentes-da-cbf-e-
        anulacao-de-assembleia.shtml

9 ) **MINISTÉRIO PÚBLICO FEDERAL, NEGOCIARÁ COM ESPANHA TRANSFERÊNCIA DO PROCESSO DE RICARDO TEIXEIRA PARA O BRASIL . **

    JORNAL EXTRA

    Veja Link.: https://extra.globo.com/esporte/mpf-negociara-com-espanha-transferencia-do-processo-de-ricardo-
        teixeira-para-brasil-21625972.html

10 ) PROCURADORIA GERAL DA REPÚBLICA, ENVIA PEDIDO DE DOCUMENTOS À ESPANHA DE ACUSAÇÃO CONTRA RICARDO TEIXEIRA.

RODRIGO MATTOS - UOL

Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/07/24/pgr-envia-pedido-de-documentos-a-espanha-de-acusacao-contra-teixeira.htm

11 ) PROCURADORIA GERAL DA REPÚBLICA PEDE QUE INVESTIGAÇÃO CONTRA RICARDO TEIXEIRA SEJA ENCAMINHADA AO BRASIL.

RAPHAEL MORAES MOURA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,pgr-pede-que-investigacao-contra-teixeira-seja-encaminhada-ao-brasil,70001903068

12 ) MST - ANUNCIA QUE VOLTOU A OCUPAR FAZENDA DE CORONEL AMIGO DE TEMER.

** RICARDO TEIXEIRA - FAZENDA SANTA ROSA - PRODUTOS LATICINIOS LINDA LINDA. **

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/poder/2017/07/1904093-mst-anuncia-que-voltou-a-ocupar-fazenda-de-coronel-amigo-de-temer.shtml

13 ) MST OCUPA FAZENDA DE RICARDO TEIXEIRA

DANIELA AMORIM - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,mst-ocupa-fazenda-de-ricardo-teixeira-no-rio,70001903568

14 ) MST OCUPA FAZENDAS DE MAGGI, RICARDO TEIXEIRA E CORONEL AMIGO DE TEMER.

CARLOS MADEIRO - UOL

Veja Link.: https://noticias.uol.com.br/cotidiano/ultimas-noticias/2017/07/25/em-acao-coordenada-mst-ocupa-fazendas-de-maggi-ricardo-teixeira-e-coronel-amigo-de-temer.htm

15 ) MST INVADE FAZENDAS DE BLAIRO MAGGI, EX-CBF E AMIGO DE TEMER.

JULIANA ARREGUY E TIAGO DANTAS - O GLOBO

Veja Link.:https://oglobo.globo.com/brasil/mst-invade-fazendas-de-ricardo-teixeira-de-amigo-de-temer-21628040

16 ) IMPRENSA ESCONDE TRECHO RELEVANTE DE MANIFESTAÇÃO DO MST APÓS INVASÃO DAS TERRAS DE RICARDO TEIXEIRA.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/07/25/imprensa-esconde-trecho-relevante-de-manifestacao-do-mst-apos-invasao-das-terras-de-ricardo-teixeira/

17 ) FAZENDA INVADIDA É LIGAÇÃO ENTRE TEIXEIRA E INVESTIGAÇÃO DE JOGO DA SELEÇÃO.

RODRIGO MATTOS - UOL

Veja Link.: https://rodrigomattos.blogosfera.uol.com.br/2017/07/25/fazenda-invadida-e-ligacao-entre-teixeira-e-investigacao-de-jogo-da-selecao/

18 ) EU MANDEI AS PROVAS DE CORRUPÇÃO NA CBF PARA A POLÍCIA BRASILEIRA, FBI, POLÍCIA SUÍÇA, FIFA, NOSSA POLÍCIA E INSTITUIÇÕES SÃO INCOMPETENTES.

BLOG COSME RÍMOLI

Veja Link.: http://esportes.r7.com/blogs/cosme-rimoli/eu-mandei-as-provas-de-corrupcao-na-cbf-para-a-policia-brasileira-fbi-policia-suica-fifa-conmebol-ninguem-agiu-e-uma-vergonha-nossa-policia-e-instituicoes-sao-incompetentes-eu-quero-ser-pre-24072017/

19 ) COMITÊ DA COPA DE 2014, AINDA DEVE 340 MIL À PRESTADORES DE SERVIÇO.

MATHEUS LARA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,comite-da-copa-de-2014-ainda-deve-r-340-mil-a-prestadores-de-servico,70001912296

20 ) FIFA DESVIA DE ASSUNTO E COMITÊ LOCAL NEGA DÉBITOS REFERENTES À COPA.

ESTADO DE SÃO PAULO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,fifa-desvia-de-assuntos-e-comite-local-nega-debitos

-referentes-a-copa,70001912280

21 ) ** ROSELL DIZ QUE CBF NUNCA RECLAMOU DE DINHEIRO SUPOSTAMENTE DESVIADO.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - SUÍÇA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,rosell-diz-que-cbf-nunca-reclamou-de-dinheiro-supostamente-desviado,70001916703

22 ) INVESTIGAÇÃO CONTRA RICARDO TEIXEIRA, MARCO POLO DEL NERO E OUTROS SETE, CHEGA AO SUPREMO TRIBUNAL FEDERAL.

REVISTA ÉPOCA - GLOBO

Veja Link.: http://epoca.globo.com/politica/expresso/noticia/2017/08/investigacao-contra-ricardo-teixeira-marco-polo-del-nero-e-outros-sete-chega-ao-supremo.html

23 ) CELSO DE MELLO SERÁ O RELATOR DO INQUÉRITO NO SUPERIOR TRIBUNAL FEDERAL CONTRA PRESIDENTE E EX-DIRIGENTES DA CBF.

REVISTA ÉPOCA - GLOBO

Veja Link.:http://epoca.globo.com/politica/expresso/noticia/2017/08/celso-de-mello-sera-relator-de-inquerito-no-stf-contra-presidente-e-ex-dirigentes-da-cbf.html

24 ) **AMEAÇADO NA JUSTIÇA, MARCO POLO DEL NERO PÕE VICE DE SOBREAVISO NA CBF **.

SILVIO BARSETTI - TERRA

Veja Link.: https://www.terra.com.br/esportes/futebol/ameacado-na-justica-del-nero-poe-vice-de-sobreaviso-na-cbf,03ba78c5a583134367fbaa53e40e079ex7zefy4u.html?utm_source=Whatsapp

25 ) ** PROCESSO QUE INVESTIGA MARCO POLO DEL NERO E DIRIGENTES DA CBF, VAI PARA O SUPREMO TRIBUNAL FEDERAL**.
- RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO 1023 PÁGINAS, COM ILUSTRAÇÕES E PROVAS CABAIS, ASSINADO PELOS SENADORES ROMÁRIO E RANDOLFE RODRIGUES.
- PGR/MPF/OPERAÇÃO LAVA JATO/PF/RECEITA FEDERAL.
- RICARDO TERRA TEIXEIRA.
- JOSÉ MARIA MARÍN.
- MARCO POLO DEL NERO
- KLEBER DA FONSECA LEITE - KLEFER
- JOSÉ HAWILLA - TRAFIC
- WAGNER ABRAÃO - GRUPO ÁGUIA
- MARCUS VICENTE - DEPUTADO FEDERAL - VICE PRESIDENTE.
- GUSTAVO DANTAS FEIJÓ - VICE PRESIDENTE
- ANTONIO NUNES - cel.NUNES - VICE PRESIDENTE
- FERNANDO SARNEY - VICE PRESIDENTE
- **ASSECLAS **

FOLHA DE SÃO PAULO

Veja Link.:http://www1.folha.uol.com.br/esporte/2017/08/1907866-processo-que-investiga-del-nero-e-dirigentes-da-cbf-vai-para-o-stf.shtml

26 ) PARA REFORÇAR INVESTIGAÇÃO SOBRE IRREGULARIDADES NA CBF, POLÍCIA FEDERAL PEDE AJUDA AO F.B.I.

MARCELO ROCHA - REVISTA ÉPOCA

Veja Link.:http://epoca.globo.com/politica/expresso/noticia/2017/08/para-reforcar-investigacao-sobre-irregularidades-na-cbf-policia-federal-pede-ajuda-ao-fbi.html

27 ) CBF ABRIRÁ PROCESSO DE CONCORRÊNCIA PARA TRANSMISSÃO DE JOGOS DA SELEÇÃO.

MARCIO DOLZAN - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,cbf-abrira-processo-de-concorrencia-para-transmissao-de-jogos-da-selecao,70001930524

28 ) CBF ADIA LICITAÇÃO PARA VENDA DE DIREITOS DE TV DA SELEÇÃO BRASILEIRA.

- JULGAMENTO DO INDICIADO MARCO POLO DEL NERO NA CORTE FEDERAL DO BROOKLYN-EUA/FBI DIA 06 NOVEMBRO DE 2017.

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Lnk.:http://www1.folha.uol.com.br/esporte/2017/08/1908784-cbf-adia-licitacao-para-venda-de-direitos-de-tv-da-selecao-brasileira.shtml

29 ) **JOSÉ MARIA MARÍN FINALIZOU ONTEM, COLABORAÇÃO COM A JUSTIÇA AMERICANA.**

25/09/2017                Gmail - Fwd: Sala de Atendimento ao Cidadão - MPF_20170069397
Case 1:15-cr-00252-PKC-RML   Document 1056   Filed 08/20/18   Page 139 of 150 PageID #:
15018

BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/08/12/jose-maria-marin-finalizou-ontem-colaboracao-com-a-justica-americana/

30 ) **** RICARDO TEIXEIRA: EUA RESGATA 9 MILHÕES DE EUROS.****

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

Veja Link.:http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/ricardo-teixeira-eua-resgata-9-milhoes-de-euros/

31 ) **** FBI MAIS CITADOS NAS INVESTIGAÇÕES.****

WANDERLEY NOGUEIRA - JOVEM PAN - UOL

Veja Link.:http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/fbi-mais-citados-nas-investigacoes/

32 ) **** COMPRAMOS OS DIREITOS (DA COPA DO MUNDO) PARA O BRASIL DIRETAMENTE DA GLOBO,
      DIZ DIRETOR DA ESPN.INTERNACIONAL - RUSSELL WOLFF****

BLOG DO PAULINHO

* MARCELO CAMPOS PINTO
* RICARDO TERRA TEIXEIRA
* MARCO POLO DEL NERO
* JOSÉ MARIA MARÍN

Veja Link.;https://blogdopaulinho.com.br/2017/08/17/compramos-os-direitos-da-copa-do-mundo-para-o-brasil-
      diretamente-da-globo-diz-diretor-da-espn-internacional/

Dr. Deltan Martinazzo Dallagnol - MD. Coordenador da Força Tarefa OPERAÇÃO LAVA JATO!

**** O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E
   CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE,
   QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS
   PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS, COM
   ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!****

**** QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!! ILUMINE TODOS DA
   COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF-PROCURADORIA DA REPÚBLICA
   DO RIO DE JANEIRO!****

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático

de Direito.

Atenciosamente,

Ministério Público Federal



**BRASIL**

# MPF/PGR/LAVA JATO/PR/RJ X CBF

\*\* 31º. COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES
ENVIADAS À PGR/MPF/COORDENAÇÃO FORÇA TAREFA OPERAÇÃO
LAVA JATO, REDISTRIBUÍDAS PARA, A PROCURADORIA DA REPÚBLICA
DO RIO DE JANEIRO. \*\*

- XADREX DE COMO A GLOBO CAIU NAS MÃOS DO FBI.
- EXCLUSIVO: CONTRATO DE TRANSMISSÃO DOS AMISTOSOS DA
  SELEÇÃO IMPÔS LEI DA MORDAÇA SOBRE TEMAS POLÍTICOS E
  ELEITORAIS.
- JUSTIÇA ACEITA AÇÃO CONTRA CBF, FEDERAÇÃO CEARENSE, E,
  GUSTAVO DANTAS FEIJÓ POR DESVIO DO JOGADOR BISMARK.
- CBF ENVIA CARTA PARA AJUDAR EX-CARTOLA QUE DESVIOU
  DINHEIRO DA SELEÇÃO.
- CBF DIZ QUE NÃO FOI PREJUDICADA POR ROSSEL EM RECURSO
  PARA SEPARAR CARTOLA .
- MARIN : DELAÇÃO COMEÇA DIA 06 DE AGOSTO.
- RICARDO TEIXEIRA ACEITA COLABORAR COM INVESTIGAÇÕES DO
  FBI.
- RICARDO TEIXEIRA E JOSÉ MARIA MARÍN ACERTAM DELAÇÃO NOS
  EUA.
- O QUE ATRAPALHA A DELAÇÃO DE MARÍN.
- O DOCUMENTO DA CBF.
- INVESTIGAÇÃO SUSPEITA QUE TEIXEIRA RECEBEU PROPINAS PARA
  VOTAR NO CATAR POR 2022.

- FILHA DE MEMBRO DA FIFA TERIA RECEBIDO U$2 MILHÕES EM ESCOLHA DA COPA 2022, DIZ RELATÓRIO .
- FIFA REVELA QUE TEIXEIRA USOU JOGO DA SELEÇÃO PARA VENDER VOTO AO CATAR.
- RELATÓRIO GARCIA: HOTEL PARA TEIXEIRA NO CATAR CUSTOU 18 VEZES MAIS QUE O DE MESSI.
- RELATÓRIO DA FIFA PEDIU INVESTIGAÇÃO SOBRE R$5 MILHÕES PAGOS À FILHA DE TEIXEIRA.
- TEIXEIRA E DIRIGENTES SUL AMERICANOS RECEBERAM RELÓGIOS DE OURO DO CATAR.
- SANDRO ROSSEL DEPOSITOU NA CONTA DA FILHA DE RICARDO TEIXEIRA.
- RELATÓRIO DA FIFA SUGERE FAVORES E CORRUPÇÃO DE TEIXEIRA EM ESCOLHA DA COPA.
- INGLATERRA QUERIA APOIO DO BRASIL PARA COPA, E EX-PRESIDENTE DA CBF DISSE.: LULA É NINGUÉM DIGA O QUE TEM PARA MIM.
- SEGUNDO INVESTIGAÇÃO DA FIFA , CATAR FALAVA COM A CBF POR MEIO DE SANDRO ROSSEL.
- RICARDO TEIXEIRA RECEBEU PROPINA DO CATAR APONTA FIFA.
- RELATÓRIO D FIFA DETALHA ROTINA DE BENESSES LUXUOSAS PARA TEIXEIRA.
- NÃO HÁ LUGAR MAIS SEGURO PARA ESTAR DO QUE O BRASIL, DIZ RICARDO TEIXEIRA.
- TEIXEIRA MINIMIZA RELATÓRIO E NEGA PLANO PARA FUGIR: TEM LUGAR MAIS SEGURO QUE O BRASIL.
- TEIXEIRA: TUDO QUE ME ACUSAM NÃO É CRIME NO BRASIL.
- SEGURO NO BRASIL: TEIXEIRA É RÉU NOS EUA E INVESTIGADO EM TRÊS PAÍSES.
- DEMORA , MAS PODERES DA CARTOLAGEM DO FUTEBOL SURGEM ÀS CARRADAS.
- AMEAÇA DO BODE EXPIATÓRIO VOLTA A RONDAR BASTIDORES DA REDE GLOBO.
- POR QUÊ O BRASIL É O PARAÍSO DA IMPUNIDADE PARA CARTOLAS COMO TEIXEIRA.
- TEIXEIRA APROPRIOU-SE DO DINHEIRO DA SELEÇÃO, DENUNCIA ESPANHA.

- FEDERAÇÕES QUEREM QUE MENSALINHO DA CBF SEJA REAJUSTADO.
- EUA : PROVAREMOS QUE TEIXEIRA, DEL NERO, E, MARIN , RECEBERAM PROPINA.
- ESPANHA EMITE ORDEM INTERNACIONAL DE CAPTURA CONTRA: TEIXEIRA, DIZ SITE ESPANHOL.
- ESPANHA PRENDE CÚPULA DO FUTEBOL NACIONAL.
- ESPANHA EMITE ORDEM DE BUSCA E CAPTURA DE RICARDO TEIXEIRA , DIZ SITE.
- ESTADOS UNIDOS E ESPANHA PEDEM PRISÃO DE RICARDO TEIXEIRA.
- BRASIL É ALERTADO SOBRE PEDIDO DE PRISÃO DE RICARDO TEIXEIRA NA ESPANHA.
- PROCURADORIA GERAL DA REPÚBLICA, INFORMA A JORNALISTA QUE RICARDO TEIXEIRA DEVE SER PROCESSADO NO BRASIL.
- ESTADOS UNIDOS E ESPANHA PEDEM PRISÃO DE RICARDO TEIXEIRA.
- ESPANHA PEDE PRISÃO DE TEIXEIRA E AGUARDA COLABORAÇÃO DO BRASIL.
- COM PRISÃO PEDIDA NA ESPANHA E EUA, TEIXEIRA PODE TER O MESMO DESTINO DE EDUARDO CUNHA.
- O QUE FALTA NO BRASIL PARA PEGAR RICARDO TEIXEIRA.
- PROCURADORIA QUER  INVESTIGAR NO BRASIL ACUSAÇÕES DA ESPANHA CONTRA TEIXEIRA.
- PEDIDO DE PRISÃO DE RICARDO TEIXEIRA CHEGA AS AUTORIDADES BRASILEIRAS.
- AMISTOSO ENTRE BRASIL E ARGENTINA ENTRA NO RADAR DA PROCURADORIA.
- COMO ACUSAÇÃO NA ESPANHA, APERTA CERCO E ACABA COM ALÍVIO DE TEIXEIRA.
- ACUSADO DE CORRUPÇÃO, RICARDO TEIXEIRA PODE RESPONDER POR  4 CRIMES NO BRASIL.
- ACUSADO EM  3  PAÍSES, TEIXEIRA AINDA É PROTEGIDO PELO BRASIL.
- EX-EXECUTIVO DA GLOBO (MARCELO CAMPOS PINTO) INVESTIGADO PELO FBI, TRABALHA PARA CBF E CORINTHIANS NO EXTERIOR.

- PROCURADORIA GERAL DA REPÚBLICA EXAMINA POSSIBILIDADE DE PEDIR PRISÃO DE RICARDO TEIXEIRA.
- BRASIL RECEBE ORDEM DE PRISÃO DE RICARDO TEIXEIRA.
- O SEGREDO POR TRÁS DA PROVOCAÇÃO DE RICARDO TEIXEIRA.
- RICARDO TEIXEIRA FOI INFORMADO QUE PRISÃO ESTARIA SENDO AVALIADA.
- PEDIDO DE PRISÃO DE RICARDO TEIXEIRA CHEGA AS AUTORIDADES BRASILEIRAS.


PGR/MPF No. 20170056023          PR-RJ No. 00053144/2017

DATA.: 23 de JULHO de 2017

 Gmail

**Felipe Quirino <aspquirino@gmail.com>**

### Fwd: Sala de Atendimento ao Cidadão - MPF 20170056023
1 message

**Moises Campos** <moisescamposlima@gmail.com>                                      Mon, Jul 24, 2017 at 2:17 PM
To: Felipe Quirino <aspquirino@gmail.com>

10 copias

De: **MPF**

Data: 24 de julho de 2017 13:45

Assunto: MPF 20170056023

 Atendimento ao **MPF**

Ilmo. Sr. **Moises Campos de Lima**,

Resposta à manifestação nº **20170056023** (23/07/2017).

Prezado Senhor,

PROTOCOLO: PR-RJ-00053144/2017

Sua Manifestação continuará em atendimento no MPF sob o número **PR-RJ-00053144/2017**.

**Descrição:**
\*\*\*\* 31o. COMPLEMENTO DE INFORMAÇÕES DA ADMINISTRAÇÃO DA CBF . !!!! \*\*\*\*

Rio de Janeiro, 23 de JULHO de 2017.          às 00:18

Ilmos. Srs.

DR. RODRIGO JANOT MONTEIRO DE BARROS - MD. PROCURADOR GERAL DA REPÚBLICA!

DR. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

Senhores Procuradores, dando prosseguimento as informações à esta Procuradoria Geral da República, e, a Coordenação da Força Tarefa OPERAÇÃO LAVA JATO, segue o 31o. TRIGÉSIMO PRIMEIRO, COMPLEMENTO DE INFORMAÇÕES DAS MANIFESTAÇÕES ENVIADAS AOS SENHORES, E, REDISTRIBUÍDAS PARA O MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO, DOS PRESIDENTES, DIRETORIA, FEDERAÇÕES FILIADAS, E, FUNCIONÁRIOS DA CONFEDERAÇÃO BRASILEIRA DE FUTEBOL-CBF.

\*\*\*\* PRESIDENTES \*\*\*\*

\* JOSÉ MARIA MARIN - PRESO NOS EUA/FBI, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO / 2016.
\* RICARDO TERRA TEIXEIRA - RENUNCIANTE - INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, PEDIDO DE PRISÃO

PELA JUSTIÇA ESPANHOLA, INVESTIGADO PELA PGR/MPF-BRASIL, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO/2016.

* MARCO POLO DEL NERO - PRESIDENTE DA CBF EM EXERCÍCIO, INDICIADO PELA JUSTIÇA NORTE AMERICANA/FBI, INDICIADO PELO RELATÓRIO PARALELO DA CPI DO FUTEBOL NO SENADO/2016, INDICIADO PELA JUSTIÇA ESPANHOLA.

!!!!!! TODOS COM JULGAMENTO MARCADO PARA O DIA 06 DE NOVEMBRO DE 2017 NA CORTE AMERICANA/FBI !!!!!!

**** DESCRIÇÃO ****

1 ) XADREZ DE COMO A GLOBO CAIU NAS MÃOS DO FBI.

   LUIS NASSIF

   Veja Link.: http://jornalggn.com.br/noticia/xadrez-de-como-a-globo-caiu-nas-maos-do-fbi#.WUvNwVsHybc.whatsapp

2 ) EXCLUSIVO: CONTRATO DE TRANSMISSÃO DOS AMISTOSOS DA SELEÇÃO IMPÔS LEI DA MORDAÇA SOBRE TEMAS POLÍTICOS E ELEITORAIS.

   LUCIO DE CASTRO - AGENCIASPORTLIGHT

   Veja Link.: http://agenciasportlight.com.br/index.php/2017/06/22/exclusivo-contrato-de-transmissao-dos-amistosos-da-selecao-impos-lei-da-mordaca-sobre-temas-politicos-e-eleitorais/

3 ) JUSTIÇA ACEITA AÇÃO CONTRA CBF, FEDERAÇÃO CEARENSE, E, GUSTAVO DANTAS FEIJÓ POR DESVIO DO JOGADOR BISMARK.

   BLOG DO PAULINHO

   * 27a. VARA CIVIL DE FORTALEZA/CE
   * REINALDO BUZZONI - DIRETOR DE REGISTROS DA CBF - INTIMAÇÃO
   * QUEIXA CRIME - RONALDO BOTELHO PIACENTE - PRESIDENTE DO STJD/CBF.
   * GUSTAVO DANTAS FEIJÓ - VICE PRESIDENTE DA CBF, INDICIADO NO RELATÓRIO PARALELO DA CPI DO FUTEBOL.

   Veja Link.: https://blogdopaulinho.com.br/2017/06/23/justica-aceita-acao-contra-cbf-federacao-cearense-e-gustavo-feijo-por-desvio-do-jogador-bismark/

4 ) CBF ENVIA CARTA PARA AJUDAR EX-CARTOLA QUE DESVIOU DINHEIRO DA SELEÇÃO.

   BLOG RODRIGO MATTOS - UOL

   Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/06/22/cbf-envia-carta-para-ajudar-ex-cartola-que-desviou-dinheiro-da-selecao.htm

5 ) CBF DIZ QUE NÃO FOI PREJUDICADA POR ROSELL EM RECURSO PARA SEPARAR CARTOLA.

   SERGIO RANGEL - FOLHA DE SÃO PAULO

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/06/1895201-cbf-diz-que-nao-foi-prejudicada-por-rosell-em-recurso-para-liberar-cartola.shtml

6 ) ** MARÍN: DELAÇÃO COMEÇA DIA 06 DE AGOSTO**.

   WANDERLEY NOGUEIRA

   Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/marin-delacao-comeca-dia-6-de-agosto/

7 ) RICARDO TEIXEIRA ACEITA COLABORAR COM INVESTIGAÇÕES DO FBI.

   WANDERLEY NOGUEIRA - UOL

   Veja Link.: http://blogjp.jovempan.uol.com.br/wanderleynogueira/destaques/marin-delacao-comeca-dia-6-de-agosto/

8 ) RICARDO TEIXEIRA E JOSÉ MARIA MARÍN ACERTAM DELAÇÃO NOS EUA.

   BLOG DO PAULINHO

   Veja Link.: https://blogdopaulinho.com.br/2017/06/24/ricardo-teixeira-e-jose-maria-marin-acertam-delacao-nos-eua/

9 ) O QUE ATRAPALHA A DELAÇÃO DE MARÍN.

   BLOG JUCA KFOURI

   Veja Link.: http://blogdojuca.uol.com.br/2017/06/o-que-atrapalha-a-delacao-de-marin/

10 ) O DOCUMENTO DA CBF

   BLOG DO PAULINHO

Veja Link.: https://blogdopaulinho.com.br/2017/06/25/o-documento-da-cbf/

11 ) INVESTIGAÇÃO SUSPEITA QUE TEIXEIRA RECEBEU PROPINAS PARA VOTAR NO CATAR POR 2022.

   JAMIL CHADE - CORRESPONDENTE EM GENEBRA - SUÍÇA - ESTADÃO

   * 2 MILHÕES DE EUROS EM NOME DA FILHA.
   * SANDRO ROSELL - EUA - ESPANHA - SUÍÇA.

   Veja Link.: http://esportes.estadao.com.br/noticias/futebol,investigacao-suspeita-que-teixeira-recebeu-propinas-para-
        votar-no-catar-por-2022,70001864380

12 ) FILHA DE MEMBRO DA FIFA TERIA RECEBIDO U$ 2 MILHÕES EM ESCOLHA DA COPA - 2022, DIZ RELATÓRIO.

   AGENCIA FRANCE PRESS - BERLIM - GLOBO ESPORTE

   Veja Link.: http://globoesporte.globo.com/futebol/copa-do-mundo/noticia/filha-de-membro-da-fifa-teria-recebido-
        us-2-mi-em-escolha-da-copa-2022-diz-relatorio.ghtml

13 ) FIFA REVELA QUE TEIXEIRA USOU JOGO DA SELEÇÃO PARA VENDER VOTO AO CATAR

   JAMIL CHADE - CORRESPONDENTE EM GENEBRA - SUÍÇA - ESTADÃO.

   Veja Link.: http://esportes.estadao.com.br/noticias/futebol,teixeira-usou-jogo-da-selecao-para-vender-voto-ao-catar-
        revela-investigacao,70001866585

14 ) RELATÓRIO GARCIA: HOTEL PARA TEIXEIRA NO CATAR CUSTOU 18 VEZES MAIS QUE O DE MESSI.

   GLOBO ESPORTES

   Veja Link.: http://globoesporte.globo.com/futebol/copa-do-mundo/noticia/relatorio-garcia-hotel-para-teixeira-no-catar-
        custou-18-vezes-mais-que-o-de-messi.ghtml

15 ) RELATÓRIO DA FIFA PEDIU INVESTIGAÇÃO SOBRE R$ 5 MILHÕES PAGOS À FILHA DE TEIXEIRA.

   O GLOBO

      Veja Link.:https://oglobo.globo.com/esportes/relatorio-da-fifa-pediu-investigacao-sobre-5-milhoes-pagos-filha-de-ricardo-teixeira-
21525461

16 ) TEIXEIRA E DIRIGENTES SUL AMERICANOS RECEBERAM RELÓGIOS DE OURO DO CATAR.

   SERGIO RANGEL - FOLHA DE SÃO PAULO

   Veja Link.: http://m.folha.uol.com.br/esporte/2015/06/1642575-teixeira-e-dirigentes-sul-americanos-receberam-relogios-
        de-ouro-do-qatar.shtml?mobile

17 ) SANDRO ROSELL DEPOSITOU NA CONTA DA FILHA DE RICARDO TEIXEIRA.

   BLOG JUCA KFOURI

   Veja Link.: https://blogdojuca.uol.com.br/2012/02/sandro-rossel-depositou-na-conta-da-filha-de-ricardo-teixeira/

18 ) RELATÓRIO DA FIFA SUGERE FAVORES E CORRUPÇÃO DE TEIXEIRA EM ESCOLHA DA COPA.

   UOL - RJ

   Veja Link.: https://esporte.uol.com.br/futebol/ultimas-noticias/2017/06/27/relatorio-da-fifa-aponta-propina-do-qatar-a-
        ricardo-teixeira-sobre-a-copa.htm

19 ) INGLATERRA QUERIA APOIO DO BRASIL PARA COPA, E EX-PRESIDENTE DA CBF DISSE: *LULA É NINGUÉM,
DIGA O QUE TEM PARA MIM ! *

      * ALEXANDRE SILVA DA SILVEIRA - O SECRETÁRIO CONFIDENTE DOS PRESIDENTES - PROTOCOLO PR-RJ No.
00059472/2016

                     datado de 08 de AGOSTO de 2016.

   ESPN.COM.BR

   Veja Link.: http://espn.uol.com.br/noticia/706523_inglaterra-queria-apoio-do-brasil-para-copa-e-ex-presidente-da-cbf-disse-lula-
        e-ninguem-diga-o-que-tem-para-mim

20 ) SEGUNDO INVESTIGAÇÃO DA FIFA, CATAR FALAVA COM A CBF POR MEIO DE SANDRO ROSELL.

   GLOBO ESPORTE - SP

   Veja Link.: http://globoesporte.globo.com/futebol/copa-do-mundo/noticia/segundo-investigacao-da-fifa-catar-falava-com-a-
        cbf-por-meio-de-sandro-rosell.ghtml

21 ) RICARDO TEIXEIRA RECEBEU PROPINA DO CATAR, APONTA FIFA.

   PLACAR VEJA

   Veja Link. http://veja.abril.com.br/placar/ricardo-teixeira-recebeu-propina-do-catar-aponta-fifa/

22 ) RELATÓRIO DA FIFA DETALHA ROTINA DE BENESSES LUXUOSAS PARA TEIXEIRA.

   FOLHA DE SÃO PAULO

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/06/1896464-relatorio-da-fifa-detalha-rotina-de-benesses-luxuosas-
             para-teixeira.shtml

23 ) **** NÃO HÁ LUGAR MAIS SEGURO PARA ESTAR DO QUE O BRASIL, DIZ RICARDO TEIXEIRA ****

   SERGIO RANGEL  - FOLHA DE SÃO PAULO

   **** CERTEZA ABSOLUTA DA IMPUNIDADE!!! ****

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/06/1896586-nao-ha-lugar-mais-seguro-para-estar-do-que-o-
             brasil-diz-ricardo-teixeira.shtml

24 ) TEIXEIRA MINIMIZA RELATÓRIO E NEGA PLANO PARA FUGIR:  !!! TEM LUGAR MAIS SEGURO QUE O BRASIL !!!

   GLOBO ESPORTES

   Veja Link.: http://globoesporte.globo.com/futebol/copa-do-mundo/noticia/teixeira-minimiza-relatorio-e-nega-intencao-
             de-fugir-tem-lugar-mais-seguro-que-o-brasil.ghtml

25 ) TEIXEIRA: !! TUDO QUE ME ACUSAM NO EXTERIOR NÃO É CRIME NO BRASIL !!.

   VEJA PLACAR

   Veja Link.: http://veja.abril.com.br/placar/teixeira-tudo-que-me-acusam-no-exterior-nao-e-crime-no-brasil/

26 ) ** SEGURO NO BRASIL ** TEIXEIRA É RÉU NOS EUA E INVESTIGADO EM TRÊS PAÍSES.**

   SERGIO RANGEL - FOLHA DE SÃO PAULO

   ** ESPANHA, EUA, URUGUAI, SUÍÇA.
   ** NO BRASIL > CPI DO FUTEBOL DO SENADO EM 2001, CPI DA CBF/NIKE, RELATÓRIO PARALELO DA CPI DO FUTEBOL
2016.
   ** TEIXEIRA TEM A CERTEZA ABSOLUTA QUE NO BRASIL, JAMAIS, SERÁ INVESTIGADO PELOS ÓRGÃOS FEDERAIS,
   CERTEZA DA IMPUNIDADE.
   ** OPERAÇÃO LAVA JATO, JÁ!!!!

   Veja Link.: http://www1.folha.uol.com.br/esporte/2017/06/1896707-acusado-de-pertencer-a-organizacao-teixeira-e-
             investigado-em-4-paises.shtml

27 ) DEMORA, MAS PODERES DA CARTOLAGEM DO FUTEBOL SURGEM ÀS CARRADAS.

   JUCA KFOURI - FOLHA DE SÃO PAULO

   Veja Link.: http://www1.folha.uol.com.br/colunas/jucakfouri/2017/06/1896899-demora-mas-podres-da-cartolagem-do-
             futebol-surgem-as-carradas.shtml

28 ) AMEAÇA DO BODE EXPIATÓRIO VOLTA A RONDAR BASTIDORES DA REDE GLOBO.

   BLOG DO PAULINHO

   ** MARCELO CAMPOS PINTO / FBI / CBF **

   Veja Link.: https://blogdopaulinho.com.br/2017/06/29/ameaca-do-bode-expiatorio-volta-a-rondar-bastidores-da-rede-globo/

29 ) POR QUE O BRASIL É O PARAÍSO DA IMPUNIDADE PARA CARTOLAS COMO TEIXEIRA.

   RODRIGO MATTOS - UOL

   Veja  Link.:  https://rodrigomattos.blogosfera.uol.com.br/2017/06/29/por-que-o-brasil-e-o-paraiso-da-impunidade-para-cartolas-como-
teixeira/

30 ) TEIXEIRA APROPRIOU-SE DO DINHEIRO DA SELEÇÃO, DENUNCIA ESPANHA.

   JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

        Veja  Link.:  http://esportes.estadao.com.br/noticias/futebol,teixeira-apropriou-se-do-dinheiro-da-selecao-denuncia-
espanha,70001874133

31 ) FEDERAÇÕES QUEREM QUE **MENSALINHO ** DA CBF SEJA REAJUSTADO.

SILVIO BARSETTI - TERRA

Veja Link.: https://www.terra.com.br/esportes/federacoes-querem-que-mensalinho-da-cbf-seja-reajustado, 411b3d51317267cf335f934f4850784c2yf9hb6r.html

32 ) **** EUA : PROVAREMOS QUE TEIXEIRA, DEL NERO E MARÍN, RECEBERAM PROPINA ****.

MARTIN FERNANDEZ - O GLOBO

Veja Link.: http://globoesporte.globo.com/blogs/bastidores-fc/noticia/eua-provaremos-que-teixeira-del-nero-e-marin-receberam-propina.ghtml

33 ) ESPANHA EMITE ORDEM INTERNACIONAL DE CAPTURA CONTRA : TEIXEIRA, DIZ SITE ESPANHOL.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,espanha-emite-ordem-internacional-de-captura-contra-teixeira-diz-site-espanhol,70001894033

34 ) ESPANHA PRENDE CÚPULA DO FUTEBOL NACIONAL.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,espanha-prende-cupula-do-futebol-nacional,70001894328

35 ) ESPANHA EMITE ORDEM DE BUSCA E CAPTURA DE RICARDO TEIXEIRA, DIZ SITE.

JORNAL O GLOBO

Veja Link.: https://oglobo.globo.com/esportes/espanha-emite-ordem-de-busca-captura-de-ricardo-teixeira-diz-site-21602340

36 ) ESTADOS UNIDOS E ESPANHA PEDEM PRISÃO DE RICARDO TEIXEIRA.

MARTIN FERNANDEZ - O GLOBO

Veja Link.:http://globoesporte.globo.com/futebol/selecao-brasileira/noticia/eua-e-espanha-pedem-prisao-de-ricardo-teixeira.ghtml

37 ) BRASIL É ALERTADO SOBRE PEDIDO DE PRISÃO DE RICARDO TEIXEIRA NA ESPANHA.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,brasil-e-alertado-sobre-pedido-de-prisao-de-ricardo-teixeira-na-espanha,70001894742

38 ) PROCURADORIA GERAL DA REPÚBLICA, INFORMA À JORNALISTA QUE RICARDO TEIXEIRA DEVE SER PROCESSADO NO BRASIL.

SPORTV - GLOBO

Veja Link.: http://sportv.globo.com/site/programas/selecao-sportv/noticia/2017/07/pgr-informa-jornalista-que-ricardo-teixeira-deve-ser-processado-no-brasil.html

39 ) ESTADO UNIDOS E ESPANHA PEDEM PRISÃO DE RICARDO TEIXEIRA.

CBN

Veja Link.:http://cbn.globoradio.globo.com/default.htm?url=/media/audio/104559/estados-unidos-e-espanha-pedem-prisao-de-ricardo-t.htm

40 ) ESPANHA PEDE PRISÃO DE TEIXEIRA E AGUARDA COLABORAÇÃO DO BRASIL.

PLACAR VEJA

Veja Link.: http://veja.abril.com.br/placar/espanha-pede-prisao-de-teixeira-e-aguarda-colaboracao-do-brasil/

41 ) COM PRISÃO PEDIDA NA ESPANHA E EUA, TEIXEIRA PODE TER O MESMO DESTINO DE EDUARDO CUNHA.

JAMIL CHADE - CORRESPONDE EM GENEBRA - ESTADÃO

Veja Link.: http://esportes.estadao.com.br/noticias/futebol,com-prisao-pedida-na-espanha-e-eua-teixeira-pode-ter-mesmo-destino-de-eduardo-cunha,70001895179

42 ) O QUE FALTA NO BRASIL PARA PEGAR RICARDO TEIXEIRA.

BLOG JUCA KFOURI

Veja Link.: http://blogdojuca.uol.com.br/2017/07/o-que-falta-no-brasil-para-pegar-ricardo-teixeira/

43 ) PROCURADORIA QUER INVESTIGAR NO BRASIL ACUSAÇÕES DA ESPANHA CONTRA TEIXEIRA.

SERGIO RANGEL - FOLHA DE SÃO PAULO

Veja Link.: http://www1.folha.uol.com.br/esporte/2017/07/1902228-justica-da-espanha-decreta-ordem-de-busca-e-captura-de-ricardo-teixeira.shtml

44 ) PEDIDO DE PRISÃO DE RICARDO TEIXEIRA CHEGA AS AUTORIDADES BRASILEIRAS.

LANCE

Veja Link.:https://www.terra.com.br/esportes/lance/pedido-de-prisao-de-ricardo-teixeira-chega-as-autoridades-brasileiras,5001902e791337ee9e5c07e0dc3d21c84e05n6nk.html

45 ) AMISTOSO ENTRE BRASIL E ARGENTINA ENTRA NO RADAR DA PROCURADORIA .

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,amistoso-entre-brasil-e-argentina-entra-no-radar-da-procuradoria,70001896703

46 ) COMO ACUSAÇÃO NA ESPANHA, APERTA CERCO E ACABA COM ALÍVIO DE TEIXEIRA.

RODRIGO MATTOS - UOL

Veja  Link.:https://rodrigomattos.blogosfera.uol.com.br/2017/07/20/como-acusacao-na-espanha-aperta-certo-sobre-antes-tranquilo-teixeira/

47 ) ACUSADO DE CORRUPÇÃO, RICARDO TEIXEIRA PODE RESPONDER POR 4 CRIMES NO BRASIL.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,acusado-de-corrupcao-ricardo-teixeira-pode-responder-por-4-crimes-no-brasil,70001897877

48 ) ACUSADO EM 3 PAÍSES, TEIXEIRA AINDA É PROTEGIDO PELO BRASIL.

JUCA KFOURI - FOLHA DE SÃO PAULO.

Veja Link.:http://www1.folha.uol.com.br/colunas/jucakfouri/2017/07/1902740-acusado-em-tres-paises-ricardo-teixeira-ainda-e-protegido-pelo-brasil.shtml

49 ) EX-EXECUTIVO DA GLOBO (MARCELO CAMPOS PINTO) , INVESTIGADO PELO FBI, TRABALHA PARA CBF E CORINTHIANS NO EXTERIOR.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/07/21/ex-executivo-da-globo-investigado-pelo-fbi-trabalhara-para-cbf-e-corinthians-no-exterior/

50 ) PROCURADORIA GERAL DA REPÚBLICA EXAMINA POSSIBILIDADE DE PEDIR PRISÃO DE RICARDO TEIXEIRA.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO.

Veja Link.; http://esportes.estadao.com.br/noticias/futebol,pgr-examina-possibilidade-de-pedir-prisao-de-ricardo-teixeira,70001899504

51 ) BRASIL RECEBE ORDEM DE PRISÃO DE RICARDO TEIXEIRA.

JAMIL CHADE - CORRESPONDENTE EM GENEBRA - ESTADÃO.

Veja Link.:http://esportes.estadao.com.br/noticias/futebol,brasil-recebe-ordem-de-prisao-de-ricardo-teixeira,70001899905

52 ) O SEGREDO POR TRÁS DA PROVOCAÇÃO DE RICARDO TEIXEIRA.

MÁRIO MAGALHÃES - UOL

Veja Link.: https://blogdomariomagalhaes.blogosfera.uol.com.br/2017/07/18/o-segredo-por-tras-da-provocacao-de-ricardo-teixeira/

53 ) RICARDO TEIXEIRA FOI INFORMADO QUE PRISÃO ESTARIA SENDO AVALIADA.

BLOG DO PAULINHO

Veja Link.:https://blogdopaulinho.com.br/2017/07/22/ricardo-teixeira-foi-informado-que-prisao-preventiva-estaria-sendo-avaliada/

54 ) PEDIDO DE PRISÃO DE RICARDO TEIXEIRA CHEGA AS AUTORIDADES BRASILEIRAS.

MARTIN FERNANDEZ - O GLOBO

Veja Link.: https://www.terra.com.br/esportes/lance/pedido-de-prisao-de-ricardo-teixeira-chega-as-autoridades-brasileiras,5001902e791337ee9e5c07e0dc3d21c84e05n6nk.html

DR. RODRIGO JANOT MONTEIRO DE BARROS - MD. PROCURADOR GERAL DA REPÚBLICA!

DR. DELTAN MARTINAZZO DALLAGNOL - MD. COORDENADOR DA FORÇA TAREFA OPERAÇÃO LAVA JATO!

\*\*\*\* O BRASIL AGUARDA ANSIOSAMENTE A OPERAÇÃO FUTEBOL LIMPO, E QUE TODOS OS CORRUPTOS E CORRUPTORES DO FUTEBOL BRASILEIRO, SEJAM JULGADOS, CONDENADOS, E O MAIS IMPORTANTE QUE OS BENS ADQUIRIDOS ATRAVÉS DA CORRUPÇÃO NO FUTEBOL BRASILEIRO, SEJAM BLOQUEADOS, PENHORADOS, VENDIDOS, E A RENDA SEJA INVESTIDA NA CONSTRUÇÃO DE ESCOLAS PÚBLICAS, COM ESPAÇO ESPORTIVO PARA NOSSAS CRIANÇAS!\*\*\*\*

\*\*\*\* QUE NOSSO SENHOR JESUS CRISTO, NOSSO PAI MAIOR, SALVE OXALÁ!!!! ILUMINE TODOS DA PROCURADORIA GERAL DA REPÚBLICA, DA COORDENAÇÃO DA FORÇA TAREFA OPERAÇÃO LAVA JATO, E DO MPF - PROCURADORIA DA REPÚBLICA DO RIO DE JANEIRO! \*\*\*\*

É missão do Ministério Público Federal promover a realização da justiça, a bem da sociedade e em defesa do Estado Democrático de Direito.

Atenciosamente,

Ministério Público Federal