UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>–against–<br><br>ALFREDO HAWIT, *et al.*,<br><br>Defendants | NO. 15-CR-252 (PKC) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance on behalf of Interested Party Fédération Internationale de Football Association (ECF Order Sept. 26, 2018).

Dated:  May 7, 2019
         New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

BY: */s/ Eunice Hong*
      Eunice Hong
      (ehong@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-0672