UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

- against -

JEFFREY WEBB, et al.,

        Defendants.
_____

NOTICE OF APPEARANCE

15-Cr.-252 (PKC) (RML)

TO:  The Clerk of the Court and all parties of record:

    I am admitted to practice in this Court, and I appear in this case as counsel for third-party claimants Romiro Gutierrez and Ram G Construction.

Dated:  New York, New York
       July 10, 2019

      /s Duncan Levin
      Duncan P. Levin, Esq. (DL1577)
      Tucker Levin, PLLC
      230 Park Avenue, Suite 440
      New York, New York 10169
      (212) 330-7626