July 22, 2019

*By ECF*

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N631
Brooklyn, NY 11201

      Re:    United States v. Jeffrey Webb, et al., criminal docket no. 15-252-PKC-RML

Your Honor:

      I respectfully request that the sentencing date for my client, Jose Margulies, currently set for September 12, 2019, be adjourned to a date in the first half of November 2019, other than November 8, 2019, that is convenient for the Court. I have consulted with counsel for the Government, Assistant U.S. Attorney Keith Edelman, who consents to this request.

      Respectfully submitted,

      By:    s/ Andrés Rivero
            ANDRÉS RIVERO
            JORGE MESTRE
            RIVERO MESTRE LLP
            2525 Ponce de Leon Boulevard
            Suite 1000
            Miami, Florida 33134
            Telephone: (305) 445-2500
            Fax: (305) 445-2505
            Email: arivero@riveromestre.com
                    jmestre@riveromestre.com
                    eserve@riveromestre.com

cc: Counsel for the Government