# CLIFFORD CHANCE

**CLIFFORD CHANCE US LLP**

31 WEST 52ND STREET
NEW YORK, NY 10019-6131
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

By ECF

Direct Dial: +1 212 878 3270
E-mail: ernie.gao@cliffordchance.com

February 14, 2020

The Honorable Pamela K. Chen
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:   United States v. Jeffrey Webb, et al., 15 Cr. 252 (PKC)**

Dear Judge Chen:

On behalf of our client, Mr. Jeffrey Webb, we write to respectfully request that his sentencing date (currently March 10, 2020) be adjourned for approximately six months, to a date that is convenient for the Court.

I have consulted with Assistant United States Attorney M. Kristin Mace about this request, and the government has no objection to the proposed adjournment.

Thank you for your consideration.

Respectfully submitted,

__/s/ Ernie Gao_____
Rijie Ernie Gao

cc:   United States Attorney's Office, Eastern District of New York (by ECF)