UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ x
United States of America,            :
                                     :
        Plaintiff,                   :
                                     :
    - against -                      :
                                          INDEX NO. CR. NO. 15-252 (S-3)
Hugo Jinkis, Mariano Kinkis, Full Play Group S.A., :   (PKC)
Hernan Lopez, Carlos Martinez, Gerard Romy, Ariel  :
Alvarado, Manuel Burga, Luis Chiriboga, Marco      :   **NOTICE OF CHANGE OF**
Polo Del Nero, Eduardo Deluca, Eugenio Figueredo,  :   **CONTACT INFORMATION**
Jose Luis Meiszner, Romer Osuna, Ricardo Teixeira, :
Reyanldo Vasquez and Jack Warner,    :
                                     :
        Defendant.                   :
------------------------------------ x

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   I have cases pending in this Court.

   Please take notice of the following attorney information changes for: CARLOS FRANCISCO ORTIZ. I am an Attorney. My EDNY Bar Number is: 0768-CO. My State Bar Number is: 2103315.

        OLD FIRM:   NORTON ROSE FULBRIGHT
                      1301 Avenue of the Americas
                      New York, NY 10019-6022
                      carlos.ortiz@nortonrosefulbright.com

        NEW FIRM:   McDermott Will & Emery
                      340 Madison Avenue
                      New York, NY 10173
                      (212) 547-5566
                      (212) 547-5444 (fax)
                      cortiz@mwe.com

I will continue to be counsel of record in the above-entitled case at my new firm.

| | |
|---|---|
| Dated:  New York, New York.<br>November 19, 2020 | Respectfully Submitted,<br><br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York  10173-1922<br>+1 212 547 5400<br><br><br>By: */s/* Carlos F. Ortiz<br>      Carlos F. Ortiz<br>      Attorneys for Plaintiff<br>      Full Play Group S.A. |