UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>–against–<br><br>HUGO JINKIS, *et al.*,<br><br>Defendants | NO. 15-CR-252 (PKC) |

### Notice of Withdrawal As Counsel of Record

PLEASE TAKE NOTICE that, upon the annexed declaration of Eunice Hong, and subject to the approval of the Court, Eunice Hong hereby withdraws as counsel for Interested Party Fédération Internationale de Football Association in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Fédération Internationale de Football Association in this proceeding.

DATED: New York New York
February 24, 2021

_____
Eunice Hong
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
ehong@paulweiss.com

SO ORDERED:

_____
Pamela K. Chen,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>–against–<br><br>HUGO JINKIS, *et al.*,<br><br>Defendants | NO. 15-CR-252 (PKC)<br><br>DECLARATION OF EUNICE HONG |

Eunice Hong, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Interested Party Fédération Internationale de Football Association in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent the Fédération Internationale de Football Association in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2021
New York, New York

By: _____
Eunice Hong