UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEFFREY WEBB, et al.,

                Defendants.

15 Cr. 252 (PKC)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the New York office of CLIFFORD CHANCE US LLP, previously located at 31 West 52nd Street, is now located at the following address:

CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York NY 10001

All telephone numbers and email addresses remain the same.

Dated: New York, New York
       May 28, 2024

Respectfully submitted,

    *s/ Ernie Gao*
Rijie Ernie Gao
CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 878-8000
ernie.gao@cliffordchance.com

*Attorneys for Defendant Jeffrey Webb*

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address was served by CM/ECF notification system on all counsel or parties of record on the service list, and on Mr. Jeffrey Webb by electronic mail.

Dated: New York, New York
    May 28, 2024

                   *s/ Ernie Gao*
                   Rijie Ernie Gao